# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

National Fair Housing Alliance; et al.,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

A. G. Spanos Construction, Inc., et al.

TO: (Name and address of defendant)

A. G. Spanos Management, Inc.
George G. Spanos
10100 Trinity Parkway, 5th Floor
Stockton, CA 95219




EMC

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael Allen
Stephen M. Dane
John P. Relman
Anita Khandelwal
RELMAN & DANE
1225 19th Street, NW, Suite 600
Washington, DC 20036-2456

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE 6/20/07

(BY) DEPUTY CLERK

MARY ANN BUCKLEY

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 6-25-07 @ 2:05 pm |

| Name of SERVER | | TITLE |
|---|---|---|
| SHARON FULLER | | PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:
DAYNA JEAN          AUTHORIZED TO RECEIVE LEGAL PAPERS
10100 TRINITY PARKWAY 5th FLOOR, STOCKTON, CA 95219

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | 20.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-25-07
             Date

Signature of Server

Address of Server

**American Legal Services**
5250 Claremont Ave. #107
Stockton, CA 95207
(209) 475-4968

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure