IN THE UNITED STATED DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| National Fair Housing Alliance, Inc., et al., ) <br> ) <br> Plaintiffs, ) <br> vs. ) <br> ) <br> A.G. Spanos Construction, Inc., et al., ) <br> ) <br> Defendants. ) <br> ) | CASE NO. C07-03255-EMC |

### NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Please enter the appearances of Lee Roy Pierce, Jr., and Thomas H. Keeling as counsel in this case for defendants A.G. Spanos Construction, Inc.; A.G. Spanos Development, Inc.; A.G. Spanos Land Company, Inc., and A.G. Spanos Management, Inc.

Dated: July 3, 2007
CA Bar No: 119318

LEE ROY PIERCE, JR.
FREEMAN, D'AIUTO, PIERCE,
 GUREV, KEELING & WOLF
A PROFESSIONAL LAW CORPORATION
1818 Grand Canal Boulevard, Suite 4
Stockton, California 95207
Telephone: (209) 474-1818
Facsimile:  (209) 474-1245
E-mail: lrpierce@freemanfirm.com

Dated: July 3, 2007
CA Bar No: 114979

THOMAS H. KEELING
FREEMAN, D'AIUTO, PIERCE,
 GUREV, KEELING & WOLF
A PROFESSIONAL LAW CORPORATION
1818 Grand Canal Boulevard, Suite 4
Stockton, California 95207
Telephone: (209) 474-1818
Facsimile:  (209) 474-1245
E-mail: tkeeling@freemanfirm.com