1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

11 | NATIONAL FAIR HOUSING ALLIANCE, et al.,

No. C 07-03255 EMC

12

13              Plaintiff(s),

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
**AND**

14      v.

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

A.G. SPANOS CONSTRUCTION, INC., et al.

15

16              Defendant(s).
_____/

17

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

18

     The undersigned party hereby declines to consent to the assignment of this case to a United

19

States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to

20

a United States District Judge.

21

22

Dated: __07/03/07_____        Signature _Thomas H. Keeling_

23

24                                 Counsel for _Defendants_
                                   (Plaintiff, Defendant, or indicate "pro se")

25

26

27

28