```
1  MAXWELL M. FREEMAN, #31278
   LEE ROY PIERCE, JR., #119318
2  MICHAEL L. GUREV, #163268
   THOMAS H. KEELING, #114979
3  FREEMAN, D'AIUTO, PIERCE,
     GUREV, KEELING & WOLF
4  A PROFESSIONAL LAW CORPORATION
   1818 Grand Canal Boulevard, Suite 4
5  Stockton, California 95207
   Telephone: (209) 474-1818
6  Facsimile:  (209) 474-1245
   E-mail:     lrpierce@freemanfirm.com
7              mgurev@freemanfirm.com
               tkeeling@freemanfirm.com
8
   Attorneys for Defendants A.G. Spanos
9  Construction, Inc.; A.G. Spanos
   Development, Inc.; A.G. Spanos
10 Land Company, Inc.; A.G. Spanos
   Management, Inc.
```

IN THE UNITED STATED DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| National Fair Housing Alliance, Inc., et al., ) | CASE NO. C07-03255-EMC |
| ) | |
| Plaintiffs, ) | **CERTIFICATE OF SERVICE** |
| ) | |
| vs. ) | |
| ) | |
| A.G. Spanos Construction, Inc., et al. ) | |
| ) | |
| Defendants. ) | Complaint Filed: June 20, 2007 |
| ) | |

   I hereby certify that I am a citizen of the United States, over the age of eighteen years, and not a party to this action. My business address is 1818 Grand Canal Boulevard, Suite 4, Stockton, California 95207. I served the foregoing documents entitled:

   1.   NOTICE OF APPEARANCE;

   2.   DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE.

<u>Service by United States Mail:</u>

✓   by placing a true copy thereof enclosed in a sealed envelope or package with postage thereon fully prepaid in a box or receptacle designated by my employer for collection and processing of correspondence for mailing with the United States Postal Service, addressed as set forth below. I am readily familiar with the business practices of my employer, FREEMAN, D'AIUTO, PIERCE, GUREV, KEELING & WOLF, for the collection and processing of correspondence for mailing with the United States Postal Service. Under

---

1

CERTIFICATE OF SERVICE [CASE NO. C07-03255-EMC]

that practice, the correspondence placed in the designated box or receptacle is deposited with the United States Postal Service at San Joaquin County, California, the same day in the ordinary course of business.

**ATTORNEYS FOR PLAINTIFFS NATIONAL FAIR HOUSING ALLIANCE, INC.; FAIR HOUSING OF MARIN, INC.; FAIR HOUSING NAPA VALLEY, INC.; METRO FAIR HOUSING SERVICES, INC.; AND FAIR HOUSING CONTINUUM, INC.:**
Michael Allen, Esq.
Stephen M. Dane, Esq.
John P. Relman, Esq.
D. Scott Chang, Esq.
Relman & Dane PLLC
1225 19th Street, NW, Suite 600
Washington, DC 20036
E-mail: mallen@relmanlaw.com

The acts described above were undertaken and completed in San Joaquin County on July 5, 2007.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on July 5, 2007, at Stockton, California.

*/s/ Tonia Robancho*
Tonia Robancho