```
 1  MAXWELL M. FREEMAN, SBN 31278
    LEE ROY PIERCE, JR., SBN 119318
 2  MICHAEL L. GUREV, SBN 163268
    THOMAS H. KEELING, SBN 114979
 3  FREEMAN, D'AIUTO, PIERCE,
      GUREV, KEELING & WOLF
 4  A PROFESSIONAL LAW CORPORATION
    1818 Grand Canal Boulevard, Suite 4
 5  Stockton, California  95207
    Telephone: (209) 474-1818
 6  Facsimile:  (209) 474-1245
    E-mail:      lrpierce@freemanfirm.com
 7               mgurev@freemanfirm.com
                 tkeeling@freemanfirm.com
 8
    Attorneys for Defendants A.G. Spanos
 9  Construction, Inc.; A.G. Spanos
    Development, Inc.; A.G. Spanos
10  Land Company, Inc.; A.G. Spanos
    Management, Inc.
11
```

12                IN THE UNITED STATED DISTRICT COURT

13                FOR THE NORTHERN DISTRICT OF CALIFORNIA

14  National Fair Housing Alliance, Inc., et al.  )  CASE NO.  C07-03255-EMC
                                                  )
15                 Plaintiffs,                    )  STIPULATION FOR EXTENSION OF
                                                  )  TIME IN WHICH TO RESPOND TO
16  vs.                                           )  COMPLAINT
                                                  )
17  A.G. Spanos Construction, Inc., et al.        )  [Civil L.R. 6-1]
                                                  )
18                 Defendants.                    )
                                                  )  Complaint Filed: June 20, 2007
19

20

21       IT IS HEREBY STIPULATED by and between the parties hereto, through their respective

22  attorneys of record, that defendants A.G. Spanos Construction, Inc., A.G. Spanos Development,

23  Inc., A.G. Spanos Land Company, Inc., A.G. Spanos Management, Inc., may have to and

24  including August 15, 2007, in which to file and serve a response to the complaint on file herein.

25  The current due date for these defendants' response is July 16, 2007.  These defendants have

26  neither requested nor received any prior extensions.

27  Dated: July 9, 2007                    FREEMAN, D'AIUTO, PIERCE,
                                            GUREV, KEELING & WOLF
28                                          A PROFESSIONAL LAW CORPORATION

---
1
STIPULATION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO COMPLAINT [CASE NO. 3:07-CV--03255-EMC]

By: /s/ Thomas H. Keeling
THOMAS H. KEELING
Attorneys for Defendants A.G. Spanos
Construction, Inc.; A.G. Spanos
Development, Inc.; A.G. Spanos
Land Company, Inc.; A.G. Spanos
Management, Inc.

Dated: July 6, 2007

RELMAN & DANE PLLC

By: /s/ Michael Allen
Michael Allen, Esq.
Attorneys for Plaintiffs

---

2
STIPULATION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO COMPLAINT [CASE NO. 3:07-CV--03255-EMC]