1  MAXWELL M. FREEMAN, #31278
   LEE ROY PIERCE, JR., #119318
2  MICHAEL L. GUREV, #163268
   THOMAS H. KEELING, #114979
3  FREEMAN, D'AIUTO, PIERCE,
     GUREV, KEELING & WOLF
4  A PROFESSIONAL LAW CORPORATION
   1818 Grand Canal Boulevard, Suite 4
5  Stockton, California 95207
   Telephone: (209) 474-1818
6  Facsimile: (209) 474-1245
   E-mail:      lrpierce@freemanfirm.com
7               mgurev@freemanfirm.com
                tkeeling@freemanfirm.com
8
   Attorneys for Defendants A.G. Spanos
9  Construction, Inc.; A.G. Spanos
   Development, Inc.; A.G. Spanos
10 Land Company, Inc.; A.G. Spanos
   Management, Inc.
11

12                     IN THE UNITED STATED DISTRICT COURT

13              FOR THE NORTHERN DISTRICT OF CALIFORNIA

14 | National Fair Housing Alliance, Inc., et al.,    )   CASE NO.  C07-03255-SBA
                                                      )
15 |                   Plaintiffs,                     )   **NOTICE OF MOTION AND MOTION
                                                      )   OF DEFENDANTS A.G. SPANOS
16 | vs.                                               )   CONSTRUCTION, INC., A.G. SPANOS
                                                      )   DEVELOPMENT, INC., A.G. SPANOS
17 | A.G. Spanos Construction, Inc., et al.            )   LAND COMPANY, INC., AND A.G.
                                                      )   SPANOS MANAGEMENT, INC. TO
18 |                   Defendants.                     )   DISMISS PLAINTIFFS' COMPLAINT**
                                                      )
19 | _____          )   [Fed. R. Civ. P. 12(b)(6)]

20                                                         Hearing Date: October 2, 2007
                                                           Time:          1:00 p.m.
21                                                         Dept.:         Courtroom 3

22                                                         Complaint Filed: June 20, 2007

23
       **TO PLAINTIFFS AND THEIR ATTORNEY OF RECORD:**
24
       **PLEASE TAKE NOTICE** that on October 2, 2007, at 1:00 p.m., or as soon thereafter
25
   as this matter may be heard, in Courtroom 3 of the above-entitled court, located at 1301 Clay
26
   Street, 3rd Floor, Oakland, California, Defendants A.G. Spanos Construction, Inc., A.G.
27
   Spanos Development, Inc., A.G. Spanos Land Company, Inc., and A.G. Spanos Management,
28

---

                                               1
   NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT [CASE NO. C07-03255-SBA]

1  Inc. ("Defendants") will and hereby do move this court, pursuant to rule 12(b)(6) of the

2  Federal Rules of Civil Procedure, for an order dismissing the claims of Plaintiffs National Fair

3  Housing Alliance, Inc., Fair Housing of Marin, Inc. Fair Housing Napa Valley, Inc., Metro

4  Fair Housing Services, Inc., Fair Housing Continuum, Inc. ("Plaintiffs") against Defendants.

5        The basis of this Motion, as set forth more fully in the accompanying Memorandum of

6  Points and Authorities, is that:

7  1.      PLAINTIFFS' COMPLAINT FAILS TO ALLEGE FACTS SUFFICIENT TO
   ESTABLISH STANDING TO SUE UNDER THE ADA.
8

      A.      Plaintiffs Do Not Claim To Be Members of a Protected Class under the  ADA,
9                Nor Do They Purport to Sue on Behalf of Any Member of a Protected Class
                 under the ADA; Therefore, They Have No Standing to Sue.
10

      B.      Plaintiffs Do Not Allege Facts Sufficient To Establish the "Irreducible
11               Constitutional Minimum" for Standing.

12       C.      Plaintiffs Have Failed to Allege Facts Sufficient to Show Standing to Seek
                 Injunctive Relief under Title III of the ADA.
13
   2.      PLAINTIFFS' COMPLAINT FAILS TO STATE A CLAIM FOR RELIEF UNDER
14       THE FHAA.

15       A.      Plaintiffs Have Not Alleged a Claim for Relief in Their Own Right
                 Because Plaintiffs Are Neither Disabled Renters Nor Entities That Claim
16               to Have Been Denied Rentals Against Because of Their Association With
                 Disabled Persons.
17
         B.      Plaintiffs Have Failed To State a Claim For Relief Under the FHAA
18               Because Plaintiffs Fail to Allege That These Defendants Are the Owners
                 of the Subject Properties; Only Current Owners Are Liable Under the
19               FHAA.

20 3.      PLAINTIFFS' COMPLAINT FAILS TO ALLEGE FACTS SUFFICIENT TO
   ESTABLISH STANDING TO SUE UNDER THE FHAA.
21

      A.      Plaintiffs Do Not Claim To Be Members of a Protected Class under the
22               FHAA, Nor Do They Purport to Sue on Behalf of Any Member of a
                 Protected Class under the FHAA; Therefore, They Have No Standing to
23               Sue.

24       B.      Plaintiffs Do Not Allege Facts Sufficient To Establish the "Irreducible
                 Constitutional Minimum" for Standing.
25
         C.      Plaintiffs Have Failed to Allege Facts Sufficient to Show Standing to Seek
26               Injunctive Relief Under the FHAA.

27 4.      PLAINTIFFS' ADA AND FHAA CLAIMS FOR RELIEF ARE BARRED BY THE
   STATUTE OF LIMITATIONS.
28

---

NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT [CASE NO. C07-03255-SBA]

1    A.    The Continuing Violation Doctrine Does Not Apply to the Plaintiffs'
         Untimely Claims.

2

3    B.    Plaintiffs Cannot Aggregate Alleged Violations Into A Continuing
         Practice.

4       This Motion will be based upon this Notice of Motion and Motion, the Memorandum of

5    Points and Authorities in support of this Motion, the Request for Judicial Notice filed in

6    support of this Motion, and the pleadings, orders, records and documents on file in this case,

7    as well as such oral and documentary evidence as may be properly presented at the hearing on

8    this Motion.

9       Opposition, if any, to the granting of the motion must be served and filed not less than

10   twenty-one (21) days before the hearing date.  If the party against whom the motion is directed

11   does not oppose the motion, that party must file with the Court a Statement of Nonopposition

12   within the time for filing and serving any opposition.  *(See* L.R. 7-3(a) and 7-3(b).)

13   Dated: August 15, 2007                FREEMAN, D'AIUTO, PIERCE, GUREV,
                                          KEELING & WOLF

14

15                                        By _____
                                             LEE ROY PIERCE, JR.

16                                        Attorneys for Defendants A.G. Spanos
                                          Construction, Inc.; A.G. Spanos Development,

17                                        Inc.; A.G. Spanos Land Company, Inc.; A.G.
                                          Spanos Management, Inc.

18

19

20

21

22

23

24

25

26

27

28

---

3

NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT [CASE NO. C07-03255-SBA]