MAXWELL M. FREEMAN, #31278
LEE ROY PIERCE, JR., #119318
MICHAEL L. GUREV, #163268
THOMAS H. KEELING, #114979
FREEMAN, D'AIUTO, PIERCE,
 GUREV, KEELING & WOLF
A PROFESSIONAL LAW CORPORATION
1818 Grand Canal Boulevard, Suite 4
Stockton, California 95207
Telephone: (209) 474-1818
Facsimile: (209) 474-1245
E-mail:    lrpierce@freemanfirm.com
           mgurev@freemanfirm.com
           tkeeling@freemanfirm.com

Attorneys for Defendants A.G. Spanos
Construction, Inc.; A.G. Spanos
Development, Inc.; A.G. Spanos
Land Company, Inc.; A.G. Spanos
Management, Inc.

IN THE UNITED STATED DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| National Fair Housing Alliance, Inc., et al., | CASE NO. C07-03255-SBA |
| Plaintiffs, | **MANUAL FILING NOTIFICATION** |
| vs. | Hearing Date: October 2, 2007<br>Time:    1:00 p.m. |
| A.G. Spanos Construction, Inc., et al. | Dept:    Courtroom 3 |
| Defendants. | Complaint Filed: June 20, 2007 |

**MANUAL FILING NOTIFICATION**

Regarding: Defendants' Request for Judicial Notice and Declaration of Lee Roy Pierce, Jr., in Support of:

1)   DEFENDANTS A.G. SPANOS CONSTRUCTION, INC., A.G. SPANOS DEVELOPMENT, INC., A.G. SPANOS LAND COMPANY, INC., AND A.G. SPANOS MANAGEMENT, INC.'S MOTION TO DISMISS;

(2)   NOTICE OF MOTION AND MOTION OF DEFENDANTS A.G. SPANOS CONSTRUCTION, INC., A.G. SPANOS DEVELOPMENT, INC., A.G. SPANOS

LAND COMPANY, INC., AND A.G. SPANOS MANAGEMENT, INC. TO STRIKE VARIOUS CLAIMS FOR RELIEF SOUGHT IN PLAINTIFFS' COMPLAINT;

(3) NOTICE OF MOTION AND MOTION OF DEFENDANTS A.G. SPANOS CONSTRUCTION, INC., A.G. SPANOS DEVELOPMENT, INC., A.G. SPANOS LAND COMPANY, INC., AND A.G. SPANOS MANAGEMENT, INC. FOR MORE DEFINITE STATEMENT; and

(4) NOTICE OF MOTION AND MOTION OF DEFENDANTS A.G. SPANOS CONSTRUCTION, INC., A.G. SPANOS DEVELOPMENT, INC., A.G. SPANOS LAND COMPANY, INC., AND A.G. SPANOS MANAGEMENT, INC. TO DISMISS FOR FAILURE TO JOIN INDISPENSABLE PARTIES.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

[ ✓ ] Voluminous Document (PDF file size larger than the e-filing system allows)

Dated: August 14, 2007                FREEMAN, D'AIUTO, PIERCE, GUREV,
                                      KEELING & WOLF

                                      By _____
                                          LEE ROY PIERCE, JR.
                                      Attorneys for Defendants A.G. Spanos
                                      Construction, Inc.; A.G. Spanos Development, Inc.;
                                      A.G. Spanos Land Company, Inc.; A.G. Spanos
                                      Management, Inc.