1  MAXWELL M. FREEMAN, #31278
   LEE ROY PIERCE, JR., #119318
2  MICHAEL L. GUREV, #163268
   THOMAS H. KEELING, #114979
3  FREEMAN, D'AIUTO, PIERCE,
     GUREV, KEELING & WOLF
4  A PROFESSIONAL LAW CORPORATION
   1818 Grand Canal Boulevard, Suite 4
5  Stockton, California 95207
   Telephone: (209) 474-1818
6  Facsimile: (209) 474-1245
   E-mail:      lrpierce@freemanfirm.com
7               mgurev@freemanfirm.com
                tkeeling@freemanfirm.com
8
   Attorneys for Defendants A.G. Spanos
9  Construction, Inc.; A.G. Spanos
   Development, Inc.; A.G. Spanos
10 Land Company, Inc.; A.G. Spanos
   Management, Inc.
11

12              IN THE UNITED STATED DISTRICT COURT

13           FOR THE NORTHERN DISTRICT OF CALIFORNIA

14 National Fair Housing Alliance, Inc., et al.,    )    CASE NO. C07-03255-SBA
                                                    )
15                     Plaintiffs,                  )    **[PROPOSED] ORDER GRANTING**
                                                    )    **DEFENDANTS A.G. SPANOS**
16 vs.                                              )    **CONSTRUCTION, INC., A.G. SPANOS**
                                                    )    **DEVELOPMENT, INC., A.G. SPANOS**
17 A.G. Spanos Construction, Inc., et al.           )    **LAND COMPANY, INC., AND A.G.**
                                                    )    **SPANOS MANAGEMENT, INC.'S**
18                     Defendants.                  )    **MOTION TO DISMISS PLAINTIFFS'**
                                                    )    **COMPLAINT**
19 ─────────────────────────────────────
                                                        Hearing Date: October 2, 2007
20                                                      Time:          1:00 p.m.
                                                        Dept.:         Courtroom 3
21
                                                        Complaint Filed: June 20, 2007
22

23        The motion of Defendants A.G. Spanos Construction, Inc., A.G. Spanos

24 Development, Inc., A.G. Spanos Land Company, Inc., and A.G. Spanos Management, Inc.,

25 appearing through counsel, for an order dismissing Plaintiffs' complaint, came on regularly for

26 hearing on October 2, 2007, at 1:00 p.m., in Courtroom 3 in the above-entitled court, located

27 at 1301 Clay Street, 3rd Floor, Oakland, California, the Honorable Saundra Brown Armstrong

28 presiding. Lee Roy Pierce, Jr. and Thomas H. Keeling appearing on behalf of Defendants,

1    and Michael Allen appearing on behalf of Plaintiffs.

2         Having read and considered the documents submitted in support of and in opposition to

3    the motion and the arguments of counsel, and good cause appearing therefor,

4         IT IS HEREBY ORDERED that the motion to dismiss the Complaint is granted.

5

6    Dated: _____, 2007

7                                              _____
                                              Honorable Saundra Brown Armstrong
                                              United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION
TO DISMISS COMPLAINT [CASE NO. C07-03255-SBA]