MAXWELL M. FREEMAN, #31278
LEE ROY PIERCE, JR., #119318
MICHAEL L. GUREV, #163268
THOMAS H. KEELING, #114979
FREEMAN, D'AIUTO, PIERCE,
  GUREV, KEELING & WOLF
A PROFESSIONAL LAW CORPORATION
1818 Grand Canal Boulevard, Suite 4
Stockton, California 95207
Telephone: (209) 474-1818
Facsimile: (209) 474-1245
E-mail:      lrpierce@freemanfirm.com
             mgurev@freemanfirm.com
             tkeeling@freemanfirm.com

Attorneys for Defendants A.G. Spanos
Construction, Inc.; A.G. Spanos
Development, Inc.; A.G. Spanos
Land Company, Inc.; A.G. Spanos
Management, Inc.

IN THE UNITED STATED DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| National Fair Housing Alliance, Inc., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> A.G. Spanos Construction, Inc., et al. <br><br> Defendants. | CASE NO. C07-03255-SBA <br><br> NOTICE OF MOTION AND MOTION OF DEFENDANTS A.G. SPANOS CONSTRUCTION, INC., A.G. SPANOS DEVELOPMENT, INC., A.G. SPANOS LAND COMPANY, INC., AND A.G. SPANOS MANAGEMENT, INC. FOR MORE DEFINITE STATEMENT <br><br> [Fed. R. Civ. P. 12(e)] <br><br> Hearing Date: October 2, 2007 <br> Time:         1:00 p.m. <br> Dept.:         Courtroom 3 <br><br> Complaint Filed: June 20, 2007 |

**TO PLAINTIFFS AND THEIR ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE** that on October 2, 2007, at 1:00 p.m., or as soon thereafter as this matter may be heard, in Courtroom 3 of the above-entitled court, located at 1301 Clay Street, 3rd Floor, Oakland, California, Defendants A.G. Spanos Construction, Inc., A.G. Spanos Development, Inc., A.G. Spanos Land Company, Inc., and A.G. Spanos Management, Inc. ("Defendants") will and hereby do move this court, pursuant to Rule 12(e) of the Federal

Rules of Civil Procedure, for an order requiring Plaintiffs National Fair Housing Alliance, Inc., Fair Housing of Marin, Inc., Fair Housing Napa Valley, Inc., Metro Fair Housing Services, Inc., Fair Housing Continuum, Inc. ("Plaintiffs") to amend their complaint to clarify the "vague" and "ambiguous" allegations contained therein.

The basis of this Motion, as set forth more fully in the accompanying Memorandum of Points and Authorities, is that:

I. THE COMPLAINT'S ALLEGATIONS ARE "VAGUE AND AMBIGUOUS" REGARDING PLAINTIFFS' STANDING TO SUE UNDER THE ADA BECAUSE PLAINTIFFS DO NOT CLAIM TO BE MEMBERS OF A PROTECTED CLASS UNDER THE ADA, NOR DO THEY PURPORT TO SUE ON BEHALF OF ANY MEMBER OF A PROTECTED CLASS UNDER THE ADA;

II. THE ALLEGATIONS OF PLAINTIFFS' COMPLAINT ARE "VAGUE AND AMBIGUOUS" REGARDING PLAINTIFFS' STANDING TO SUE UNDER THE ADA BECAUSE PLAINTIFFS DO NOT ALLEGE FACTS SUFFICIENT TO ESTABLISH THE "IRREDUCIBLE CONSTITUTIONAL MINIMUM" FOR STANDING UNDER ARTICLE III OF THE U.S. CONSTITUTION;

III. THE COMPLAINT'S ALLEGATIONS ARE "VAGUE AND AMBIGUOUS" REGARDING PLAINTIFFS' STANDING TO SUE UNDER THE FHAA BECAUSE PLAINTIFFS DO NOT CLAIM TO BE MEMBERS OF A PROTECTED CLASS UNDER THE FHAA, NOR DO THEY PURPORT TO SUE ON BEHALF OF ANY MEMBER OF A PROTECTED CLASS UNDER THE FHAA; and

IV. THE ALLEGATIONS OF PLAINTIFFS' COMPLAINT ARE "VAGUE AND AMBIGUOUS" REGARDING PLAINTIFFS' STANDING TO SUE UNDER THE FHAA BECAUSE PLAINTIFFS DO NOT ALLEGE FACTS SUFFICIENT TO ESTABLISH THE "IRREDUCIBLE CONSTITUTIONAL

1  MINIMUM" FOR STANDING UNDER ARTICLE III OF THE U.S.
2  CONSTITUTION.

3  This Motion will be based upon this Notice of Motion and Motion, the Memorandum of
4  Points and Authorities in support of this Motion, the Request for Judicial Notice in support of
5  this Motion, and the pleadings, orders, records and documents on file in this case, as well as
6  such oral and documentary evidence as may be properly presented at the time of the hearing on
7  this Motion.

8  Opposition, if any, to the granting of the motion must be served and filed not less than
9  twenty-one (21) days before the hearing date. If the party against whom the motion is directed
10 does not oppose the motion, that party must file with the Court a Statement of Nonopposition
11 within the time for filing and serving any opposition. *See* Local Rule 7-3(a) and 7-3(b).

12 Dated: August 15, 2007            FREEMAN, D'AIUTO, PIERCE, GUREV,
                                      KEELING & WOLF

14                                    By_____
                                        LEE ROY PIERCE, JR.
15                                    Attorneys for Defendants A.G. Spanos
                                      Construction, Inc.; A.G. Spanos Development,
16                                    Inc.; A.G. Spanos Land Company, Inc.; A.G.
                                      Spanos Management, Inc.