1  MAXWELL M. FREEMAN, #31278
   LEE ROY PIERCE, JR., #119318
2  MICHAEL L. GUREV, #163268
   THOMAS H. KEELING #114979
3  FREEMAN, D'AIUTO, PIERCE,
     GUREV, KEELING & WOLF
4  A PROFESSIONAL LAW CORPORATION
   1818 Grand Canal Boulevard, Suite 4
5  Stockton, California 95207
   Telephone: (209) 474-1818
6  Facsimile: (209) 474-1245
   E-mail:      lrpierce@freemanfirm.com
7                mgurev@freemanfirm.com
                 tkeeling@freemanfirm.com
8
   Attorneys for Defendants A.G. Spanos
9  Construction, Inc.; A.G. Spanos
   Development, Inc.; A.G. Spanos
10 Land Company, Inc.; A.G. Spanos
   Management, Inc.
11
                 IN THE UNITED STATED DISTRICT COURT
12
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
13

14 National Fair Housing Alliance, Inc., et al.,    )   CASE NO.  C07-03255-SBA
                                                     )
                          Plaintiffs,                )   **[PROPOSED] ORDER GRANTING**
15                                                   )   **DEFENDANTS A.G. SPANOS**
                                                     )   **CONSTRUCTION, INC., A.G. SPANOS**
16 vs.                                               )   **DEVELOPMENT, INC., A.G. SPANOS**
                                                     )   **LAND COMPANY, INC., AND A.G.**
17 A.G. Spanos Construction, Inc., et al.            )   **SPANOS MANAGEMENT, INC.'S**
                                                     )   **MOTION FOR MORE DEFINITE**
                          Defendants.                )   **STATEMENT**
18 _____         )

19                                                       [Fed. R. Civ. P. 12(e)]

20                                                       Hearing Date: October 2, 2007
                                                         Time:          1:00 p.m.
21                                                       Dept.:         Courtroom 3

22                                                       Complaint Filed: June 20, 2007

23        The motion of Defendants A.G. Spanos Construction, Inc., A.G. Spanos Development,

24 Inc., A.G. Spanos Land Company, Inc., and A.G. Spanos Management, Inc., appearing

25 through counsel, for an order for more definite statement under Federal Rules of Civil

26 Procedure, rule 12(e), came on regularly for hearing on October 2, 2007, at 1:00 p.m., in

27 Courtroom 3 in the above-entitled court, located at 1301 Clay Street, 3rd Floor, Oakland,

28 California, the Honorable Saundra Brown Armstrong presiding.  Lee Roy Pierce, Jr. and

1   Thomas H. Keeling appearing on behalf of Defendants, and Michael Allen appearing on behalf

2   of Plaintiffs.

3           Having read and considered the documents submitted in support of and in opposition to

4   the motion and the arguments of counsel, and good cause appearing therefor,

5           IT IS HEREBY ORDERED that the motion for more definite statement is granted.

6

    Dated: _____, 2007

7                                                   _____
                                                    Honorable Saundra Brown Armstrong
8                                                   United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION
FOR MORE DEFINITE STATEMENT [CASE NO. C07-03255-SBA]