MAXWELL M. FREEMAN, #31278
LEE ROY PIERCE, JR., #119318
MICHAEL L. GUREV, #163268
THOMAS H. KEELING, #114979
FREEMAN, D'AIUTO, PIERCE,
 GUREV, KEELING & WOLF
A PROFESSIONAL LAW CORPORATION
1818 Grand Canal Boulevard, Suite 4
Stockton, California 95207
Telephone: (209) 474-1818
Facsimile: (209) 474-1245
E-mail:    lrpierce@freemanfirm.com
           mgurev@freemanfirm.com
           tkeeling@freemanfirm.com

Attorneys for Defendants A.G. Spanos
Construction, Inc.; A.G. Spanos
Development, Inc.; A.G. Spanos
Land Company, Inc.; A.G. Spanos
Management, Inc.

IN THE UNITED STATED DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| National Fair Housing Alliance, Inc., et al., | CASE NO. C07-03255-SBA |
|---|---|
| Plaintiffs, | NOTICE OF MOTION AND MOTION OF DEFENDANTS A.G. SPANOS CONSTRUCTION, INC., A.G. SPANOS DEVELOPMENT, INC., A.G. SPANOS LAND COMPANY, INC., AND A.G. SPANOS MANAGEMENT, INC. TO STRIKE VARIOUS CLAIMS FOR RELIEF SOUGHT IN PLAINTIFFS' COMPLAINT |
| vs. | |
| A.G. Spanos Construction, Inc., et al. | |
| Defendants. | |

[Fed. R. Civ. P. 12(f)]

Hearing Date: October 2, 2007
Time:         1:00 p.m.
Dept.:        Courtroom 3

Complaint Filed: June 20, 2007

**TO PLAINTIFFS AND THEIR ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE** that on October 2, 2007, at 1:00 p.m., or as soon thereafter as this matter may be heard, in Courtroom 3 of the above-entitled court, located at 1301 Clay Street, 3rd Floor, Oakland, California, Defendants A.G. Spanos Construction, Inc., A.G. Spanos Development, Inc., A.G. Spanos Land Company, Inc., and A.G. Spanos Management,

Inc. ("Defendants") will and hereby do move this court, pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, for an order striking various claims for relief sought by Plaintiffs National Fair Housing Alliance, Inc., Fair Housing of Marin, Inc., Fair Housing Napa Valley, Inc., Metro Fair Housing Services, Inc., Fair Housing Continuum, Inc. ("Plaintiffs").

The basis of this Motion, as set forth more fully in the accompanying Memorandum of Points and Authorities, is that:

1. **PLAINTIFFS' REQUEST FOR DAMAGES SHOULD BE STRICKEN BECAUSE DAMAGES ARE NOT RECOVERABLE AS A MATTER OF LAW.**

2. **PLAINTIFFS' REQUEST FOR PUNITIVE DAMAGES SHOULD BE STRICKEN BECAUSE PUNITIVE DAMAGES ARE NOT RECOVERABLE AS A MATTER OF LAW UNDER THE ADA, NOR MAY PUNITIVE DAMAGES BE RECOVERED UNDER THE FHAA IN THIS CASE.**

3. **PLAINTIFFS' REQUESTED INJUNCTIVE RELIEF REGARDING ALL APARTMENTS PREVIOUSLY BUILT IS NOT RECOVERABLE AS A MATTER OF LAW.**

   A. **Plaintiffs Have Failed to State a Claim for Injunctive Relief under the ADA Against These Defendants Because Plaintiffs Fail to Allege That These Defendants Are the Current Owners of the Subject Apartments.**

   B. **Plaintiffs Have Failed To State a Claim For Injunctive Relief Under the FHAA Because Plaintiffs Fail to Allege That These Defendants Are the Owners of the Subject Properties; Only Current Owners Are Liable Under the FHAA.**

This Motion will be based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities in support of this Motion, the Request for Judicial Notice in support of this Motion, and the pleadings, orders, records and documents on file in this case, as well as such oral and documentary evidence as may be properly presented at the time of the hearing on this Motion.

Opposition, if any, to the granting of the motion must be served and filed not less than twenty-one (21) days before the hearing date.

/ / /

/ / /

/ / /

1     If the party against whom the motion is directed does not oppose the motion, that party
2 must file with the Court a Statement of Nonopposition within the time for filing and serving
3 any opposition. *See* Local Rule 7-3(a) and 7-3(b).

4 Dated: August 15, 2007                      FREEMAN, D'AIUTO, PIERCE, GUREV,
                                                    KEELING & WOLF

                                                    By_____
                                                         LEE ROY PIERCE, JR.
                                                    Attorneys for Defendants A.G. Spanos
                                                    Construction, Inc.; A.G. Spanos Development,
                                                    Inc.; A.G. Spanos Land Company, Inc.; A.G.
                                                    Spanos Management, Inc.