1  MAXWELL M. FREEMAN, #31278
   LEE ROY PIERCE, JR., #119318
2  MICHAEL L. GUREV, #163268
   THOMAS H. KEELING, #114979
3  FREEMAN, D'AIUTO, PIERCE,
     GUREV, KEELING & WOLF
4  A PROFESSIONAL LAW CORPORATION
   1818 Grand Canal Boulevard, Suite 4
5  Stockton, California  95207
   Telephone: (209) 474-1818
6  Facsimile:  (209) 474-1245
   E-mail:      lrpierce@freemanfirm.com
7                mgurev@freemanfirm.com
                 tkeeling@freemanfirm.com
8
   Attorneys for Defendants A.G. Spanos
9  Construction, Inc.; A.G. Spanos
   Development, Inc.; A.G. Spanos
10 Land Company, Inc.; A.G. Spanos
   Management, Inc.
11

12                  IN THE UNITED STATED DISTRICT COURT

13               FOR THE NORTHERN DISTRICT OF CALIFORNIA

14 National Fair Housing Alliance, Inc., et al.,     )    CASE NO.  C07-03255-SBA
                                                     )
15                        Plaintiffs,                )    [PROPOSED]  ORDER  GRANTING
                                                     )    DEFENDANTS A.G. SPANOS
16 vs.                                               )    CONSTRUCTION, INC., A.G. SPANOS
                                                     )    DEVELOPMENT, INC., A.G. SPANOS
17 A.G. Spanos Construction, Inc., et al.            )    LAND COMPANY, INC., AND A.G.
                                                     )    SPANOS  MANAGEMENT,  INC.'S
18                        Defendants.                )    MOTION  TO  STRIKE  VARIOUS
                                                     )    CLAIMS  FOR  RELIEF  SOUGHT  IN
19 ─────────────────────────────────────             )    PLAINTIFFS' COMPLAINT

20                                                        Hearing Date: October 2, 2007
                                                         Time:          1:00 p.m.
21                                                        Dept.:         Courtroom 3

22                                                        Complaint Filed: June 20, 2007

23

24        The motion of Defendants A.G. Spanos Construction, Inc., A.G. Spanos

25 Development, Inc., A.G. Spanos Land Company, Inc., and A.G. Spanos Management, Inc.,

26 appearing through counsel, for an order striking various claims for relief sought in Plaintiffs'

27 complaint, came on regularly for hearing on October 2, 2007, at 1:00 p.m., in Courtroom 3 in

28 the above-entitled court, located at  1301 Clay Street, 3rd Floor, Oakland, California, the

1   Honorable Saundra Brown Armstrong presiding.  Lee Roy Pierce, Jr. and Thomas H. Keeling

2   appearing on behalf of Defendants, and Michael Allen appearing on behalf of Plaintiffs.

3          Having read and considered the documents submitted in support of and in opposition to

4   the motion and the arguments of counsel, and good cause appearing therefor,

5          IT IS HEREBY ORDERED that the motion to strike various claims for relief in

6   plaintiffs' complaint is granted.  The following requests for relief are hereby stricken:

7          (1)     Plaintiffs' request for judgment in their favor: "Awarding such damages as

8                  would fully compensate Plaintiffs for their injuries incurred as a result of

9                  Defendants' discriminatory housing practices and conduct." (Complaint, p.

10                 39:12-14) ;

11         (2)     Plaintiffs' request for judgment in their favor: "Awarding such punitive

12                 damages against Defendants as are proper under law." (Complaint, p. 39:14-

13                 15); and

14         (3)     Plaintiffs' request for judgment granting an injunction requiring Defendants to:

15                 "bring each and every [existing] apartment community [previously built by

16                 defendants] into compliance with the requirements of 42 U.S.C. §

17                 3604(f)(3)(C), and the applicable regulations and into immediate compliance

18                 with the requirements of 42 U.S.C. §§ 12182-83 and the applicable

19                 regulations." (Complaint, p. 39:7-12)

20

21   Dated: _____, 2007              _____

22                                        Honorable Saundra Brown Armstrong
                                          United States District Judge

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STRIKE VARIOUS CLAIMS
FOR RELIEF SOUGHT IN PLAINTIFFS' COMPLAINT [CASE NO. C07-03255-SBA]