```
1  MAXWELL M. FREEMAN, #31278
   LEE ROY PIERCE, JR., #119318
2  MICHAEL L. GUREV, #163268
   THOMAS H. KEELING, #114979
3  FREEMAN, D'AIUTO, PIERCE,
     GUREV, KEELING & WOLF
4  A PROFESSIONAL LAW CORPORATION
   1818 Grand Canal Boulevard, Suite 4
5  Stockton, California 95207
   Telephone: (209) 474-1818
6  Facsimile:  (209) 474-1245
   E-mail:     lrpierce@freemanfirm.com
7              mgurev@freemanfirm.com
               tkeeling@freemanfirm.com
8
   Attorneys for Defendants A.G. Spanos
9  Construction, Inc.; A.G. Spanos
   Development, Inc.; A.G. Spanos
10 Land Company, Inc.; A.G. Spanos
   Management, Inc.
11
```

## IN THE UNITED STATED DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| National Fair Housing Alliance, Inc., et al., | ) CASE NO. C07-03255-SBA |
|---|---|
| Plaintiffs, | ) **MANUAL FILING NOTIFICATION** |
| vs. | ) Hearing Date: October 2, 2007<br>) Time:           1:00 p.m. |
| A.G. Spanos Construction, Inc., et al. | ) Dept:           Courtroom 3 |
| Defendants. | ) Complaint Filed: June 20, 2007 |

### MANUAL FILING NOTIFICATION

Regarding: Defendants' Request for Judicial Notice and Declaration of Lee Roy Pierce, Jr., in Support of:

1) DEFENDANTS A.G. SPANOS CONSTRUCTION, INC., A.G. SPANOS DEVELOPMENT, INC., A.G. SPANOS LAND COMPANY, INC., AND A.G. SPANOS MANAGEMENT, INC.'S MOTION TO DISMISS;

(2) NOTICE OF MOTION AND MOTION OF DEFENDANTS A.G. SPANOS CONSTRUCTION, INC., A.G. SPANOS DEVELOPMENT, INC., A.G. SPANOS

---
1
MANUAL FILING NOTIFICATION [CASE NO. C07-03255-SBA]

1  LAND COMPANY, INC., AND A.G. SPANOS MANAGEMENT, INC. TO STRIKE
2  VARIOUS CLAIMS FOR RELIEF SOUGHT IN PLAINTIFFS' COMPLAINT;
3  (3)  NOTICE OF MOTION AND MOTION OF DEFENDANTS A.G. SPANOS
4  CONSTRUCTION, INC., A.G. SPANOS DEVELOPMENT, INC., A.G. SPANOS
5  LAND COMPANY, INC., AND A.G. SPANOS MANAGEMENT, INC. FOR MORE
6  DEFINITE STATEMENT; and
7  (4)  NOTICE OF MOTION AND MOTION OF DEFENDANTS A.G. SPANOS
8  CONSTRUCTION, INC., A.G. SPANOS DEVELOPMENT, INC., A.G. SPANOS
9  LAND COMPANY, INC., AND A.G. SPANOS MANAGEMENT, INC. TO DISMISS
10 FOR FAILURE TO JOIN INDISPENSABLE PARTIES.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

[ ✓ ] Voluminous Document (PDF file size larger than the e-filing system allows)

Dated: August 14, 2007

FREEMAN, D'AIUTO, PIERCE, GUREV, KEELING & WOLF

By _____
LEE ROY PIERCE, JR.
Attorneys for Defendants A.G. Spanos Construction, Inc.; A.G. Spanos Development, Inc.; A.G. Spanos Land Company, Inc.; A.G. Spanos Management, Inc.