MAXWELL M. FREEMAN, #31278
LEE ROY PIERCE, JR., #119318
MICHAEL L. GUREV, #163268
THOMAS H. KEELING, #114979
FREEMAN, D'AIUTO, PIERCE,
  GUREV, KEELING & WOLF
A PROFESSIONAL LAW CORPORATION
1818 Grand Canal Boulevard, Suite 4
Stockton, California 95207
Telephone: (209) 474-1818
Facsimile: (209) 474-1245
E-mail:    lrpierce@freemanfirm.com
           mgurev@freemanfirm.com
           tkeeling@freemanfirm.com

Attorneys for Defendants A.G. Spanos
Construction, Inc.; A.G. Spanos
Development, Inc.; A.G. Spanos
Land Company, Inc.; A.G. Spanos
Management, Inc.

IN THE UNITED STATED DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| National Fair Housing Alliance, Inc., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> A.G. Spanos Construction, Inc., et al. <br><br> Defendants. | CASE NO. C07-03255-SBA <br><br> [PROPOSED] ORDER GRANTING DEFENDANTS A.G. SPANOS CONSTRUCTION, INC., A.G. SPANOS DEVELOPMENT, INC., A.G. SPANOS LAND COMPANY, INC., AND A.G. SPANOS MANAGEMENT, INC.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR FAILURE TO JOIN NECESSARY AND INDISPENSABLE PARTIES <br><br> [Fed. R. Civ. P. 12(b)(7)] <br><br> Hearing Date: October 2, 2007 <br> Time:         1:00 p.m. <br> Dept.:        Courtroom 3 <br><br> Complaint Filed: June 20, 2007 |

The motion of Defendants A.G. Spanos Construction, Inc., A.G. Spanos Development, Inc., A.G. Spanos Land Company, Inc., and A.G. Spanos Management, Inc., appearing through counsel, for an order dismissing Plaintiffs' complaint for failure to join necessary and indispensable parties, came on regularly for hearing on October 2, 2007, at 1:00

1  p.m., in Courtroom 3 in the above-entitled court, located at 1301 Clay Street, 3rd Floor,
2  Oakland, California, the Honorable Saundra Brown Armstrong presiding.  Lee Roy Pierce, Jr.
3  and Thomas H. Keeling appearing on behalf of Defendants, and Michael Allen appearing on
4  behalf of Plaintiffs.
5      Having read and considered the documents submitted in support of and in opposition to
6  the motion and the arguments of counsel, and good cause appearing therefor,
7      IT IS HEREBY ORDERED that the motion to dismiss the Complaint for failure to join
8  necessary and indispensable parties is granted.

10  Dated: _____, 2007

   _____
   Honorable Saundra Brown Armstrong
   United States District Judge