1  MAXWELL M. FREEMAN, #31278
   LEE ROY PIERCE, JR., #119318
2  MICHAEL L. GUREV, #163268
   THOMAS H. KEELING, #114979
3  FREEMAN, D'AIUTO, PIERCE,
     GUREV, KEELING & WOLF
4  A PROFESSIONAL LAW CORPORATION
   1818 Grand Canal Boulevard, Suite 4
5  Stockton, California 95207
   Telephone: (209) 474-1818
6  Facsimile: (209) 474-1245
   E-mail:    lrpierce@freemanfirm.com
7             mgurev@freemanfirm.com
              tkeeling@freemanfirm.com
8
   Attorneys for Defendants A.G. Spanos
9  Construction, Inc.; A.G. Spanos
   Development, Inc.; A.G. Spanos
10 Land Company, Inc.; A.G. Spanos
   Management, Inc.
11

12                IN THE UNITED STATED DISTRICT COURT

13             FOR THE NORTHERN DISTRICT OF CALIFORNIA

14 | National Fair Housing Alliance, Inc., et al.,  ) CASE NO. C07-03255-SBA
                                                   )
15 |             Plaintiffs,                       ) NOTICE OF ERRATA TO
                                                   ) DEFENDANTS' MEMORANDUM OF
16 | vs.                                           ) POINTS AND AUTHORITIES IN
                                                   ) SUPPORT OF THEIR MOTION TO
17 | A.G. Spanos Construction, Inc., et al.        ) DISMISS
                                                   )
18 |             Defendants.                       ) Hearing Date: October 2, 2007
                                                   ) Time:         1:00 p.m.
19                                                   Dept.:        Courtroom 3

20                                                   Complaint Filed: June 20, 2007

21         This notice adds the following to the end of footnote 14 on page 22, which was

22 erroneously omitted:

23         Defendant A.G. Spanos Construction, Inc. does own property number 48, one of the

24 "Untested Properties" identified in Exhibit A, to Plaintiffs' Complaint as property located in

25 Overland Park, Kansas. This Defendant currently owns this property, and, although the

26 property is still under construction, the first phase of this three-phase project is partially

27 occupied.

28 / / /

---
1
NOTICE OF ERRATA [CASE NO. C07-03255-SBA]

1 | Dated: August 31, 2007

FREEMAN, D'AIUTO, PIERCE, GUREV, KEELING & WOLF

By _____
LEE ROY PIERCE, JR.
Attorneys for Defendants A.G. Spanos Construction, Inc.; A.G. Spanos Development, Inc.; A.G. Spanos Land Company, Inc.; A.G. Spanos Management, Inc.