UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

National Fair Housing Alliance, Inc., et al.,

                 Plaintiff(s),

                 v.

A.G. Spanos Construction, Inc., et al.

                 Defendant(s).

CASE NO. C07-03255-SBA

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓    have not yet reached an agreement to an ADR process
      request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference 09/25/07

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Thomas H. Keeling | A.G. Spanos Construction, et al. | (209) 474-1818 | tkeeling@freemanfirm.com |
| Lee Roy Pierce, Jr. | A.G. Spanos Construction, et al. | (209) 474-1818 | lrpierce@freemanfirm.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated:_____

                                                            Attorney for Plaintiff

Dated: 09/05/07

                                                            Attorney for Defendants

Rev 12.05

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."