1  Michael Allen
   Stephen M. Dane
2  John P. Relman
   Thomas J. Keary
3  *Pending admission pro hac vice*
   D. Scott Chang # 146403
4  RELMAN & DANE PLLC
   1225 19TH Street NW, Suite 600
5  Washington DC 20036
   Telephone: (202) 728-1888
6  Facsimile: (202) 728-0848
   schang@relmanlaw.com
7
   *Attorney for Plaintiffs*
8

9                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
10

11  _____
                                       )   Case No. C-07-3255-SBA
    NATIONAL FAIR HOUSING ALLIANCE, et )
12  al.                                )   **DECLARATRION OF D.**
                                       )   **SCOTT CHANG IN SUPPORT**
13                         Plaintiffs, )   **OF PLAINTIFFS' MOTION**
          vs.                          )   **FOR RELIEF FROM**
14                                     )   **REQUIREMENT THAT**
    A.G. SPANOS CONSTRUCTION, INC., et al. ) **ATTORNEYS SEEKING TO**
15                                     )   **APPEAR** *PRO HAC VICE*
                           Defendants. )   **ASSOCIATE COUNSEL**
16                                     )   **HAVING AN OFFICE IN**
                                       )   **STATE OF CALIFORNIA**
17  _____)

                                           DATE: October 23, 2007
18                                         TIME: 1:00 p.m.
                                           Room: Courtroom 3, Courtroom
19                                         of the Honorable Saundra Brown
                                           Armstrong
20
          1.    I am an attorney licensed to practice law in the State of California and am
21
    admitted to practice in the United States District Court for the Northern District of
22
    California. I am one of the attorneys for Plaintiffs. Unless otherwise stated, I have
23
    personal knowledge of the matters set forth in this declaration and would competently
24
    testify to them, if called upon by the court to do so. I submit this declaration in support
25
    of plaintiff's Motion for Relief from Requirement that Attorneys Seeking to Appear *Pro*
26
    *Hac Vice* Associate Counsel Having an Office in the State of California.
27
          2.    I am a member of the bar of this District in good standing, actively litigate
28

1  cases in the District and am very familiar with the District's Civil Local Rules.
2  According to ECF, I have been listed as counsel for plaintiffs in 49 actions. I was lead or
3  co-lead counsel in the majority of those cases.
4        3.    I will be involved in the litigation of this case, will assume authority and
5  responsibility for the conduct of this case, and will appear in court when instructed.
6        4.    I am a member in good standing of the State Bar of California.
7       I declare under penalty of perjury under the laws of the United States that the
8  foregoing is true and correct.
9       Dated: September 11, 2007
10
11                                   /s/ Scott Chang
12                                   D. Scott Chang
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-

DECLARATION OF D. SCOTT CHANG IN SUPPORT OF
PLAINTIFFS' MOTION FOR RELIEF FROM REQUIREMENT THAT
ATTORNEYS SEEKING TO APPEAR PRO HACE VICE ASSOCIATE
COUNSEL HAVING AN OFFICE IN THE STATE OF CALIFORNIA;
CASE NO. C-07-3255-SBA