1
2
3
4
5
6
7

8                       UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| 10  NATIONAL FAIR HOUSING ALLIANCE, et | Case No. C-07-3255-SBA |
| 11  al. | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR RELIEF FROM REQUIREMENT THAT ATTORNEYS SEEKING TO APPEAR *PRO HAC VICE* ASSOCIATE COUNSEL HAVING AN OFFICE IN STATE OF CALIFORNIA** |
| 12           Plaintiffs, | |
|     vs. | |
| 13  A.G. SPANOS CONSTRUCTION, INC., et al. | |
| 14           Defendants. | |
| 15 | |

16

17       Having considered the arguments of counsel, and good cause appearing therefore,

18 it is hereby ordered that Plaintiffs' Motion for Relief from Requirement that Attorneys

19 Seeking to Appear *Pro Hac Vice* Associate Counsel Having an Office in the State of

20 California is granted. The requirement under Civ. L.R. 11-3(a)(3) that Plaintiffs' counsel

21 associate counsel with an office in the State of California is excused and Plaintiffs'

22
23
24
25
26
27
28

1 counsel may apply to appear in this action *pro hac vice* without meeting this requirement.

2     It is so ordered.

3     Dated: _____, 2007

4

5

                                          Saundra Brown Armstrong

6                                           United States District Judge

7 Submitted by:

8

   RELMAN & DANE PLLC
9    1225 19TH Street NW, Suite 600
   Washington DC 20036
10   Telephone: (202) 728-1888
   Facsimile: (202) 728-0848
11   schang@relmanlaw.com

12 /s/Scott Chang

13   D. Scott Chang
   Attorney for Plaintiffs
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28