**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(San Francisco)**

| | |
|---|---|
| National Fair Housing Alliance, Inc.; Fair Housing of Marin, Inc.; Fair Housing Napa Valley, Inc.; Metro Fair Housing Services, Inc.; and Fair Housing Continuum, Inc., </br></br>Plaintiffs, </br></br>v. </br></br>A.G. Spanos Construction, Inc.; A.G. Spanos Development, Inc., A.G. Spanos Land Company, Inc.; and A.G. Spanos Management, Inc., </br></br>Defendants. | Case No. C07-3255 - SBA </br></br>**[PLAINTIFFS' PROPOSED] ORDER** |

For good cause shown, the Plaintiffs' Motion for Leave to File First Amended Complaint is hereby GRANTED and Plaintiffs' First Amended Complaint filed concurrently with the Plaintiffs' motion is hereby deemed filed as of the date of this Order.

_____
United States District Judge

Dated this \_\_\_\_\_ day of _____ 2007.

1