1   MAXWELL M. FREEMAN, #31278
    LEE ROY PIERCE, JR., #119318
2   MICHAEL L. GUREV, #163268
    THOMAS H. KEELING, #114979
3   FREEMAN, D'AIUTO, PIERCE,
     GUREV, KEELING & WOLF
4   A PROFESSIONAL LAW CORPORATION
    1818 Grand Canal Boulevard, Suite 4
5   Stockton, California  95207
    Telephone: (209) 474-1818
6   Facsimile:  (209) 474-1245
    E-mail:       lrpierce@freemanfirm.com
7                 mgurev@freemanfirm.com
                  tkeeling@freemanfirm.com
8
    Attorneys for Defendants A.G. Spanos
9   Construction, Inc.; A.G. Spanos
    Development, Inc.; A.G. Spanos
10  Land Company, Inc.; A.G. Spanos
    Management, Inc.
11

12                  IN THE UNITED STATED DISTRICT COURT

13              FOR THE NORTHERN DISTRICT OF CALIFORNIA

14  National Fair Housing Alliance, Inc., et al.,    )  CASE NO.  C07-03255-SBA
                                                     )
15                 Plaintiffs,                       )  **NOTICE OF WITHDRAWAL OF**
                                                     )  **MOTIONS TO DISMISS, TO STRIKE,**
16  vs.                                              )  **AND FOR MORE DEFINITE**
                                                     )  **STATEMENT OF DEFENDANTS A.G.**
17  A.G. Spanos Construction, Inc., et al.           )  **SPANOS CONSTRUCTION, INC.,**
                                                     )  **A.G. SPANOS DEVELOPMENT, INC.,**
18                 Defendants.                       )  **A.G. SPANOS LAND COMPANY,**
                                                     )  **INC., AND A.G. SPANOS**
19  ─────────────────────────────────               )  **MANAGEMENT, INC.**

20                                                      [Civ. L.R. 7-7(e)]

21                                                      Hearing Date: October 2, 2007
                                                        Time:           1:00 p.m.
22                                                      Dept.:          Courtroom 3

23                                                      Complaint Filed: June 20, 2007

24          PLEASE TAKE NOTICE, pursuant to Civil Local Rule 7-7(e), that in light of the filing

25  of Plaintiffs' First Amended Complaint, Defendants A.G. Spanos Construction, Inc.,  A.G.

26  Spanos Development, Inc., A.G. Spanos Land Company, Inc., and A.G. Spanos Management,

27  Inc. ("Defendants") wish to withdraw the following motions and remove them from the

28  Court's calendar.

─────────────────────────────────────────────────────
                                   1

1       1.     Motion to Dismiss Plaintiffs' Complaint [Fed. R. Civ. P. 12(b)(6)];

2       2.     Motion to Dismiss for Failing to Join Necessary and Indispensable Parties [Fed.

3            R. Civ. P. 12(b)(7)];

4       3.     Motion for More Definite Statement [Fed. R. Civ. P. 12(e)]; and

5       4.     Motion to Strike Various Claims for Relief [Fed. R. Civ. P. 12(f)]

6       Defendants' withdrawal of the motions is without prejudice to Defendants' right to assert

7 the same, similar, or additional defenses in response to Plaintiffs' First Amended Complaint.

8 Dated: September 12, 2007                FREEMAN, D'AIUTO, PIERCE, GUREV,
                                              KEELING & WOLF

9

10                                     By _____

11                                           THOMAS H. KEELING
                                     Attorneys for Defendants A.G. Spanos

12                                      Construction, Inc.; A.G. Spanos Development,
                                     Inc.; A.G. Spanos Land Company, Inc.; A.G.
                                     Spanos Management, Inc.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF WITHDRAWAL OF MOTIONS [CASE NO. C07-03255-SBA]