UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE<br>      Plaintiff,<br><br>vs.<br><br><br>A.G. SPANOS CONSTRUCTION,<br>     Defendant.<br>_____ | No. C 07-03255 SBA<br><br>CLERK'S NOTICE |

**Counsel for the Plaintiff is directed to serve a copy of this Notice upon any other party in this action. Following service, Counsel shall file a certificate of service with the Clerk of the Court)**

    **YOU ARE HEREBY NOTIFIED THAT** the Case Management Conference set for September 26, 2007, has been continued to Tuesday, October 23, 2007, at 1:00 p.m., to follow the hearing on the motion in Courtroom 3 of the United States Courthouse, 1301 Clay Street, 3rd Floor, Oakland, California, 94612.


DATED: 9/19/07

                                             FOR THE COURT,
                                             Richard W. Wieking, Clerk


                                             By: /s/ Lisa R. Clark
                                                LISA R. CLARK
                                                Courtroom Deputy


To: