Michael Allen
Stephen M. Dane
John P. Relman
Thomas J. Keary
Pending admission *pro hac vice*
D. Scott Chang, # 146403
Relman & Dane, PLLC
1225 19th Street, NW, Suite 600
Washington, DC 20036
Telephone: (202) 728-1888
Fax: (202) 728-0848
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| National Fair Housing Alliance, Inc., et al., ) | |
| ) | Case No. C07-03255 - SBA |
| Plaintiffs, ) | |
| ) | **Plaintiff's Certificate of Service of** |
| v. ) | **September 19, 2007 Case Management** |
| ) | **Scheduling Order (Document Entry 29)** |
| A.G. Spanos Construction, Inc.; et al.., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pursuant to the Clerk's Notice of September 19, 2007, I hereby certify that on this 19th day of September, 2007, I caused a copy of the Court's September 19, 2007 Case Management Scheduling Order, Document Entry 29, to be served by United States first-class

1

mail, postage prepaid, on the following:

    Maxwell M. Freeman #31278  
    Lee Roy Pierce, Jr. #119318  
    Michael L. Gurev  #163268  
    Thomas H. Keeling #114979  
    Freeman, D'Aiuto, Pierce  
    Gurev, Keeling & Wolf, PLC  
    1818 Grand Canal Boulevard, Suite 4  
    Stockton, California 95207

Respectfully Submitted,

\_\_\_\_/s/_____  
Michael Allen

Dated:  September 19, 2007