1  Michael Allen
   Stephen M. Dane
2  John P. Relman
   Thomas J. Keary
3  Pending admission *pro hac vice*
   D. Scott Chang, # 146403
4  Relman & Dane, PLLC
   1225 19th Street, NW, Suite 600
5  Washington, DC 20036
   Telephone: (202) 728-1888
6  Fax: (202) 728-0848
   *Attorneys for Plaintiffs*
7
   Maxwell M. Freeman #31278
8  Lee Roy Pierce, Jr. #119318
   Michael L. Gurev #163268
9  Thomas H. Keeling #114979
   Freeman, D'Aiuto, Pierce
10   Gurev, Keeling & Wolf, PLC
   1818 Grand Canal Boulevard, Suite 4
11 Stockton, California 95207
   Telephone (209) 474-1818
12 Fax: (202) 474-1245
   *Attorneys for Defendants A.G. Spanos Construction, Inc.,*
13 *A.G. Spanos Development, Inc., A.G. Spanos Land Company, Inc.,*
   *and A.G. Spanos Management, Inc.*
14

15              UNITED STATES DISTRICT COURT
16              NORTHERN DISTRICT OF CALIFORNIA

17 National Fair Housing Alliance, Inc., et al., )
                                                 ) Case No. C07-3255 - SBA
18     Plaintiffs,                               )
                                                 ) **JOINT APPLICATION AND**
19     v.                                        ) **STIPULATION TO EXTEND DATES**
                                                 ) **FOR INITIAL CASE MANAGEMENT**
20                                               ) **CONFERENCE AND ADR DEADLINES**
21 A.G. Spanos Construction, Inc.; et al..,      )
                                                 )
22     Defendants.                               )
                                                 )
23 _____

24
       The parties to this action, by and through their respective counsel, hereby jointly
25
   apply for and stipulate to continue the Case Management Conference for an additional 41
26

27

28

29                                      1

days until December 3, 2007 or the earliest date thereafter convenient for the court. The Case Management Conference is presently scheduled for October 23, 2007.

The parties also jointly apply for and stipulate to continue other case schedule and ADR dates. The parties apply for and stipulate that the last day to meet and confer regarding initial disclosures, early settlement, ADR process selection and discovery plan and the last day to file the Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference shall be 21 days before the date of the Case Management Conference. The parties also apply for and stipulate that the last day to complete initial disclosures or state objection in the Rule 26(f) Report, file Case Management Conference Statement and file and serve the Rule 26(f) Report shall be seven (7) days before the date of the Case Management Conference.

There is good cause to grant this joint application and stipulation. On September 11, 2007, Plaintiffs filed a motion for leave to amend their Complaint to add: (i.) a putative class of defendants composed of current owners of apartment complexes designed and/or built by the A.G. Spanos Defendants, and named representatives of this defendant class; and (ii.) The Spanos Corporation as an individual defendant. The Court subsequently changed the date of the Case Management Conference to October 23, 2007 to coincide with the date set for hearing that motion. Without waiver or prejudice to any of their substantive and procedural defenses, defendants A.G. Spanos Construction, Inc., A.G. Spanos Development, Inc., A.G. Spanos Land Company, Inc. and A.G. Spanos Management, Inc. have now agreed not to oppose Plaintiffs' motion for leave to amend their complaint. Assuming the Court allows Plaintiffs to file their First Amended Complaint, the hearing set for October 23, 2007 is not

2

necessary. Added time is still necessary, however, to allow service of the Complaint on the new parties and allow all parties to participate in the Case Management Conference and events set forth in the preceding paragraph.

Respectfully Submitted,

*/s/ Michael Allen*

Michael Allen
Stephen M. Dane
John P. Relman
Thomas J. Keary
Pending admission *pro hac vice*
D. Scott Chang, Bar No. 146403
Relman & Dane, PLLC
1225 19th Street, NW, Suite 600
Washington DC 20036
Telephone: (202) 728-1888
Fax: (202) 728-0848
Attorneys for Plaintiffs

Dated: September 19, 2007

*/s/ Thomas H. Keeling*

Maxwell M. Freeman #31278
Lee Roy Pierce, Jr. #119318
Michael L. Gurev #163268
Thomas H. Keeling #114979
Freeman, D'Aiuto, Pierce
 Gurev, Keeling & Wolf, PLC
1818 Grand Canal Boulevard, Suite 4
Stockton, California 95207
Telephone (209) 474-1818
Fax: (202) 474-1245
Attorneys for Defendants A.G. Spanos Construction, Inc., A.G. Spanos Development, Inc., A.G. Spanos Land Company, Inc., and A.G. Spanos Management, Inc.

Dated: September 19, 2007

3

JOINT APPLICATION AND STIPULATION TO EXTEND DATES FOR INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; [PROPOSED] ORDER– CASE NO. C-07-3255-SBA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| National Fair Housing Alliance, Inc., et al., ) | Case No. C07-3255 - SBA |
| Plaintiffs, ) | |
| ) | **JOINT APPLICATION AND** |
| v. ) | **STIPULATION TO EXTEND DATES** |
| ) | **FOR INITIAL CASE MANAGEMENT** |
| A.G. Spanos Construction, Inc.; et al.., ) | **CONFERENCE AND ADR DEADLINES** |
| ) | |
| Defendants. ) | |

## [PROPOSED] ORDER

Pursuant to the stipulation of counsel, and good cause appearing therefor, it is hereby ordered that the case management conference in the above-referenced action will be continued until _____, 2007 at _____. The last day to meet and confer regarding initial disclosures, early settlement, ADR process selection and discovery plan and the last day to file the Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference shall be 21 days before the date of the case management conference. The last day to complete initial disclosures, file the Case Management Conference Statement and file and serve the Rule 26(f) Report shall be seven (7) days before the date of the case management conference.

Pursuant to stipulation, it is so ordered.

Dated: _____, 2007.


                                        _____
                                        Saundra Brown Armstrong
                                        United States District Judge

4