1  Michael Allen
   Stephen M. Dane
2  John P. Relman
   Thomas J. Keary
3  Pending admission *pro hac vice*
   D. Scott Chang, #. 146403
4  Relman & Dane, PLLC
   1225 19th Street, NW, Suite 600
5  Washington, DC 20036
   Telephone: (202) 728-1888
6  Fax: (202) 728-0848
   *Attorneys for Plaintiffs*
7
   Maxwell M. Freeman #31278
8  Lee Roy Pierce, Jr. #119318
   Michael L. Gurev #163268
9  Thomas H. Keeling #114979
   Freeman, D'Aiuto, Pierce
10   Gurev, Keeling & Wolf, PLC
   1818 Grand Canal Boulevard, Suite 4
11 Stockton, California 95207
   Telephone (209) 474-1818
12 Fax: (202) 474-1245
   *Attorneys for Defendants A.G. Spanos*
13  *Construction, Inc.; A.G. Spanos*
    *Development, Inc., A.G. Spanos*
14  *Land Company, Inc.; and A.G.*
    *Spanos Management, Inc.*
15
16          UNITED STATES DISTRICT COURT
17          NORTHERN DISTRICT OF CALIFORNIA

18 National Fair Housing Alliance, Inc., et al., )
                                               )  Case No. C07-3255 - SBA
19        Plaintiffs,                           )
                                               )  **STIPULATION FOR FILING OF**
20        v.                                    )  **FIRST AMENDED COMPLAINT**
                                               )  **DEFENDANT CLASS ACTION**
21 A.G. Spanos Construction, Inc.; et al.,      )
                                               )
22                                             )
          Defendants.                          )
23 _____)
24
25        IT IS HEREBY STIPULATED by and between the parties hereto through their
26
27 respective attorneys of record that Plaintiffs may file their First Amended Complaint
28
29                                      1

Defendant Class Action, a copy of which is attached hereto.

IT IS FURTHER STIPULATED that in consenting to the filing of the First Amended Complaint Defendant Class Action, defendants A.G. Spanos Construction, Inc., A.G. Spanos Development, Inc., A.G. Spanos Land Company, Inc. and A.G. Spanos Management, Inc., do not waive or prejudice any substantive or procedural defenses they may have.

IT IS FURTHER STIPULATED that Defendants A. G. Spanos Construction, Inc., A.G. Spanos Development, Inc.; A.G. Spanos Land Company, Inc.; A.G. Spanos Management, Inc. waive notice and service of the First Amended Complaint Defendant Class Action, and will file a response thereto forty (40) days from the entry of this stipulation.

FURTHER, Defendants A.G. Spanos Construction, Inc., A.G. Spanos Development, Inc.; A.G. Spanos Land Company, Inc.; A.G. Spanos Management, Inc. advise the Court that they take no position with respect to Plaintiffs' pending motion for relief from the requirement under Civ. L.R. 11-3(a)(3) that attorneys seeking to appear *pro hac vice* associate co-counsel that has an office in the State of California.

Michael Allen
Stephen M. Dane
John P. Relman
Thomas J. Keary
Pending admission *pro hac vice*
D. Scott Chang, Bar No. 146403
Relman & Dane, PLLC
1225 19th Street, NW, Suite 600
Washington DC 20036
Telephone: (202) 728-1888
Fax: (202) 728-0848
*Attorneys for Plaintiffs*

Dated: September 19, 2007

2

Maxwell M. Freeman #31278
Lee Roy Pierce, Jr. #119318
Michael L. Gurev #163268
Thomas H. Keeling #114979
Freeman, D'Aiuto, Pierce
  Gurev, Keeling & Wolf, PLC
1818 Grand Canal Boulevard, Suite 4
Stockton, California 95207
Telephone (209) 474-1818
Fax: (202) 474-1245
*Attorneys for Defendants A.G. Spanos
  Construction, Inc.; A.G. Spanos
  Development, Inc., A.G. Spanos
  Land Company, Inc.; and A.G.
  Spanos Management, Inc.*

Dated:  September 19 , 2007

3

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

National Fair Housing Alliance, Inc., et al., )
            )  Case No. C07-3255 - SBA
    Plaintiffs,       )
            )  **STIPULATION AND [PROPOSED]**
    v.         )  **ORDER FOR FILING OF**
            )  **FIRST AMENDED COMPLAINT**
A.G. Spanos Construction, Inc.; et al..,   )  **DEFENDANT CLASS ACTION**
            )
    Defendants.      )
_____ )

## [PROPOSED] ORDER

    Pursuant to the stipulation of counsel, and good cause appearing therefore, it is hereby ordered that the attached First Amended Complaint Defendant Class Action is deemed filed on this day, and that Defendants A.G. Spanos Construction, Inc., A.G. Spanos Development, Inc.; A.G. Spanos Land Company, Inc.; A.G. Spanos Management, Inc. shall have forty (40) days from entry of this order to file a responsive pleading thereto.

    Pursuant to stipulation, it is so ordered.


    Dated: _____, 2007.



              _____
              Saundra Brown Armstrong
              United States District Judge

4