Michael Allen
Stephen M. Dane
John P. Relman
Thomas J. Keary
Pending admission *pro hac vice*
D. Scott Chang, Bar No. 146403
RELMAN & DANE PLLC
1225 19th Street, NW, Suite 600
Washington DC 20036
Telephone: (202) 728-1888
Fax: (202) 728-0848
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### (San Francisco)

| | |
|---|---|
| National Fair Housing Alliance, Inc., et al.., ) | |
| ) | Case No. C07-03255 - SBA |
| Plaintiffs, ) | |
| ) | **NOTICE OF WITHDRAWAL OF** |
| v. ) | **PLAINTIFFS' MOTION FOR LEAVE** |
| ) | **TO FILE FIRST AMENDED** |
| A.G. Spanos Construction, Inc., et al., ) | **COMPLAINT** |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

Please take notice that, pursuant to Civ. L.R 7--7(e), Plaintiffs National Fair Housing Alliance Inc., Fair Housing of Marin, Inc., Fair Housing Napa Valley, Inc., Metro Fair Housing Services, Inc. and Fair Housing Continuum, Inc. wish to withdraw their Motion For Leave to File First Amended Complaint and remove this motion from the Court's calendar, argument now having been set for October 23, 2007, at 1:00 p.m.. in Courtroom 3 of the Hon. Saundra Brown Armstrong.

This motion is made as a result of Stipulation For Filing of the First Amended

1

Complaint entered into by the parties on September 19, 2007

Dated this 20th day of September 2007.

Respectfully Submitted,

\_\_\_/S/  D. Scott Chang\_\_\_

Michael Allen
Stephen M. Dane
John P. Relman
Thomas J. Keary
Pending admission *pro hac vice*
D. Scott Chang, Bar No. 146403
RELMAN & DANE PLLC
1225 19th Street, NW, Suite 600
Washington DC 20036
Telephone: (202) 728-1888
Fax: (202) 728-0848
Attorneys for Plaintiffs

2

NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST
AMENDED COMPLAINT – CASE NO. C-07-3255-SBA

**CERTIFICATE OF SERVICE**
**NORTHERN DISTRICT OF CALIFORNIA**

I hereby certify that on September 20, 2007, a copy of the foregoing Notice of Withdrawal of Plaintiffs Motion for Leave to File First Amended Complaint was electronically filed and by operation of the Court's ECF System was served upon the following by electronic mail:

Maxwell M. Freeman
Lee Roy Pierce, Jr
Michael L. Gurev
Thomas H. Keeling
Freeman, D'Aiuto, Pierce, Gurev, Keeling & Wolf, PLC
1818 Grand Canal Boulevard, Suite 4
Stockton, California 95207
209/474-1818
Fax: 415/972-6301
Email: tkeeling@freemanfirm.com

                 _____/S/  Michael Allen_____

NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT – CASE NO. C-07-3255-SBA