MAXWELL M. FREEMAN, #31278
LEE ROY PIERCE, JR., #119318
MICHAEL L. GUREV, #163268
THOMAS H. KEELING, #114979
FREEMAN, D'AIUTO, PIERCE,
   GUREV, KEELING & WOLF
A PROFESSIONAL LAW CORPORATION
1818 Grand Canal Boulevard, Suite 4
Stockton, California  95207
Telephone:  (209) 474-1818
Facsimile:  (209) 474-1245
E-mail:        lrpierce@freemanfirm.com
                   mgurev@freemanfirm.com
                   tkeeling@freemanfirm.com

Attorneys for Defendants A.G. Spanos
Construction, Inc.; A.G. Spanos
Development, Inc.; A.G. Spanos
Land Company, Inc.; A.G. Spanos
Management, Inc.

IN THE UNITED STATED DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| National Fair Housing Alliance, Inc., et al., | ) | CASE NO.  C07-03255-SBA |
| Plaintiffs, | )<br>)<br>) | **DEFENDANTS' STATEMENT OF NONOPPOSITION TO PLAINTIFFS'** |
| vs. | )<br>) | **MOTION FOR RELIEF FROM REQUIREMENT THAT ATTORNEYS** |
| A.G. Spanos Construction, Inc., et al. | )<br>) | **SEEKING TO APPEAR *PRO HAC VICE* ASSOCIATE COUNSEL HAVING AN** |
| Defendants. | )<br>) | **OFFICE IN STATE OF CALIFORNIA** |
| ———————————————— | ) | Date:        October 23, 2007<br>Time:        1:00 p.m.<br>Room:        Courtroom 3 |
| | | Complaint Filed: June 20, 2007 |

Pursuant to Rule 7-3(b) of the Local Rules of the United States District Court, Northern

District of California, Defendants A.G. Spanos Construction, Inc., A.G. Spanos Development,

Inc., A.G. Spanos Land Company, Inc., and A.G. Spanos Management, Inc., hereby file and

serve their Statement of Non-Opposition to Plaintiffs National Fair Housing Alliance, Inc., Fair

Housing of Marin, Inc., Fair Housing Napa Valley, Inc., Metro Fair Housing Services, Inc. and

Fair Housing Continuum, Inc.'s Motion for Relief from Requirement that Attorneys Seeking to

1  Appear *Pro Hac Vice* Associate Counsel Having an Office in The State of California.

2  Dated: October 2, 2007

Freeman, D'aiuto, Pierce, Gurev,
Keeling & Wolf

By _____
    THOMAS H. KEELING
Attorneys    for    Defendants    A.G.    Spanos
Construction, Inc.; A.G. Spanos Development, Inc.;
A.G. Spanos Land Company, Inc.; A.G. Spanos
Management, Inc.