**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| National Fair Housing Alliance, Inc., et al., ) | |
| ) | Case No. C07-3255 - SBA |
| Plaintiffs, ) | |
| ) | **STIPULATION AND ORDER FOR** |
| v. ) | **FILING OF** |
| ) | **FIRST AMENDED COMPLAINT** |
| A.G. Spanos Construction, Inc.; et al.., ) | **DEFENDANT CLASS ACTION** |
| ) | |
| Defendants. ) | |
| ) | |

ORDER

Pursuant to the stipulation of counsel, and good cause appearing therefore, it is hereby ordered that the attached First Amended Complaint Defendant Class Action is deemed filed on this day, and that Defendants A.G. Spanos Construction, Inc., A.G. Spanos Development, Inc.; A.G. Spanos Land Company, Inc.; A.G. Spanos Management, Inc. shall have forty (40) days from entry of this order to file a responsive pleading thereto.

Pursuant to stipulation, it is so ordered.

Dated: _10/12/07

_____
Saundra Brown Armstrong
United States District Judge

1