**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| National Fair Housing Alliance, Inc., et al., )<br>  )<br>   Plaintiffs,  )<br>  )<br> v.  )<br>  )<br> A.G. Spanos Construction, Inc.; et al..,  )<br>  )<br>   Defendants.  )<br>_____)  | Case No. C07-03255 - SBA<br><br>**JOINT APPLICATION AND STIPULATION TO EXTEND DATES FOR INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES** |

ORDER

Pursuant to the stipulation of counsel, and good cause appearing therefor, it is hereby ordered that the case management conference in the above-referenced action will be continued until December 5, 2007 at 2:45 p.m.. The last day to meet and confer regarding initial disclosures, early settlement, ADR process selection and discovery plan and the last day to file the Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference shall be 21 days before the date of the case management conference. The last day to complete initial disclosures, file the Case Management Conference Statement and file and serve the Rule 26(f) Report shall be seven (7) days before the date of the case management conference.

Pursuant to stipulation, it is so ordered.

Dated: 10/12/07

_____
Saundra Brown Armstrong
United States District Judge

1

JOINT APPLICATION AND STIPULATION TO EXTEND DATES FOR
INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;
[PROPOSED] ORDER– CASE NO. C-07-3255-SBA