Michael Allen
Stephen M. Dane
John P. Relman
Thomas J. Keary
Pending admission *pro hac vice*
D. Scott Chang, # 146403
Relman & Dane, PLLC
1225 19th Street, NW, Suite 600
Washington, DC 20036
Telephone: (202) 728-1888
Fax: (202) 728-0848
*Attorneys for Plaintiffs*

Maxwell M. Freeman #31278
Lee Roy Pierce, Jr. #119318
Michael L. Gurev #163268
Thomas H. Keeling #114979
Freeman, D'Aiuto, Pierce
  Gurev, Keeling & Wolf, PLC
1818 Grand Canal Boulevard, Suite 4
Stockton, California 95207
Telephone (209) 474-1818
Fax: (202) 474-1245
*Attorneys for Defendants A.G. Spanos Construction, Inc.,*
*A.G. Spanos Development, Inc., A.G. Spanos Land Company, Inc.,*
*and A.G. Spanos Management, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| National Fair Housing Alliance, Inc., et al., | Case No. C07-3255 - SBA |
| Plaintiffs, | |
| v. | **JOINT APPLICATION AND STIPULATION FOR RELIEF FROM REQUIREMENT THAT ATTORNEYS SEEKING TO APPEAR *PRO HAC VICE* ASSOCIATE COUNSEL HAVING AN OFFICE IN STATE OF CALIFORNIA** |
| A.G. Spanos Construction, Inc.; et al.., | |
| Defendants. | |

The parties to this action, by and through their respective counsel, hereby jointly stipulate that Plaintiffs be relieved of the requirement under Civ. L.R. 11-3(a)(3) that attorneys seeking to appear *pro hac vice* associate co-counsel that have an office in the State

1

of California.

Respectfully Submitted,

*[signature]*

Michael Allen
Stephen M. Dane
John P. Relman
Thomas J. Keary
Pending admission *pro hac vice*
D. Scott Chang, Bar No. 146403
Relman & Dane, PLLC
1225 19th Street, NW, Suite 600
Washington DC 20036
Telephone: (202) 728-1888
Fax: (202) 728-0848
Attorneys for Plaintiffs

Dated: October 18, 2007

*[signature]*

Maxwell M. Freeman #31278
Lee Roy Pierce, Jr. #119318
Michael L. Gurev #163268
Thomas H. Keeling #114979
Freeman, D'Aiuto, Pierce
 Gurev, Keeling & Wolf, PLC
1818 Grand Canal Boulevard, Suite 4
Stockton, California 95207
Telephone (209) 474-1818
Fax: (202) 474-1245
Attorneys for Defendants A.G. Spanos Construction, Inc., A.G. Spanos Development, Inc., A.G. Spanos Land Company, Inc., and A.G. Spanos Management, Inc.

Dated: October 22, 2007

2