# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

National Fair Housing Alliance, Inc.; et al.,

Plaintiffs,

V.

A.G. Spanos Construction, Inc.; et al., and, Knickerbocker Properties, Inc. XXXVIII; and Highpointe Village, L.P, Individually and As Representatives of a Class of All Others Similarly Situated, Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C07-3255 (EMC) JUDGE SAUNDRA B. ARMSTRONG

TO: (Name and address of defendant)

Kinckerbocker Properties, Inc. XXXVIII
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Highpointe Village, L.P.
c/o John F. Allen
207 Second Street, Suite E
Sausalito, CA 94965

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael Allen
D. Scott Chang
Stephen Dane
Tom Keary
John Relman
RELMAN & DANE
1225 19th Street, NW, Suite 600
Washington, DC 20036

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

DATE OCT 16 2007

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | October 26, 2007 at 3:35 p.m. |

| Name of SERVER | TITLE |
|---|---|
| Daniel Newcomb | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other *(specify):* Service on Knickerbocker Properties, Inc., XXXVIII was effectuated by serving Mary Drummond, Managing Agent duly authorized to accept service. Service was made at Corporation Service Company, 2711 Centerville Rd. # 400, Wilmington, DE 19808.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  | $60.00 | $60.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  October 29, 2007
   Date

Signature of Server
DELAWARE ATTORNEY SERVICES
2000 Pennsylvania Avenue, Suite 207
*Address of Server*
Wilmington, DE 19806 (302) 429-0657

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure