```
 1  ALLEN MATKINS LECK GAMBLE
      MALLORY & NATSIS LLP
 2  STEPHEN S. WALTERS (BAR NO. 54746)
    MAKESHA A. PATTERSON (BAR NO. 238250)
 3  Three Embarcadero Center, 12th Floor
    San Francisco, CA 94111-4074
 4  Phone: (415) 837-1515
    Fax: (415) 837-1516
 5  E-Mail: swalters@allenmatkins.com
            mpatterson@allenmatkins.com
 6
    Attorneys for Defendant
 7  KNICKERBOCKER PROPERTIES, INC. XXXVIII
```

**ORIGINAL FILED**

NOV 13 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| National Fair Housing Alliance, Inc.; Fair Housing of Marin, Inc.; Fair Housing Napa Valley, Inc.; Metro Fair Housing Services, Inc.; and Fair Housing Continuum, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> A.G. Spanos Corporation, Inc.; A.G. Spanos Development, Inc.; A.G. Spanos Land Company, Inc.; A.G. Spanos Management, Inc.; The Spanos Corporation; and <br><br> Knickerbocker Properties, Inc. XXXVIII; and Highpointe Village, L.P., Individually and as Representatives of a Class of All Others Similarly Situated, <br><br> Defendants. | Case No. C07-03255-SBA <br><br> **STIPULATION TO EXTEND THE TIME FOR DEFENDANT KNICKERBOCKER PROPERTIES, INC. XXXVIII TO RESPOND TO FIRST AMENDED COMPLAINT** <br><br> [Civil L.R. 6-1]   **BY FAX** <br><br> Amended Complaint Filed: October 12, 2007 |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

726190.01/SF

STIPULATION TO EXTEND THE TIME FOR DEFENDANT KNICKERBOCKER
PROPERTIES, INC. XXXVIII TO RESPOND TO FIRST AMENDED COMPLAINT

**IT IS HEREBY STIPULATED** by and between Plaintiffs National Fair Housing Alliance, Inc., Fair Housing of Marin, Inc., Fair Housing Napa Valley, Inc., Metro Fair Housing Services, Inc., and Fair Housing Continuum, Inc. (collectively "Plaintiffs"), on the one hand, and Defendant Knickerbocker Properties, Inc. XXXVIII ("Knickerbocker"), on the other hand, by and through their respective attorneys, in the action entitled, *National Fair Housing Alliance, Inc. et al. v. A.G. Spanos Construction, Inc., et al.*, ND C07-03255-SBA, as follows:

1. On October 12, 2007, Plaintiffs filed their First Amended Complaint ("Amended Complaint") in the Northern District of California, against numerous defendants, including Knickerbocker.

2. Knickerbocker was served with the Amended Complaint on October 26, 2007.

3. Knickerbocker's response to the Amended Complaint is currently due to be filed on or before November 15, 2007.

4. Plaintiffs and Knickerbocker stipulate and agree that Knickerbocker shall have a twenty (20) day extension of time, to and through December 5, 2007, to respond to Plaintiffs' Amended Complaint.

5. Knickerbocker has neither requested nor received any prior extensions.

IT IS SO STIPULATED.

Dated: November____, 2007

RELMAN & DANE PLLC

By: _____
D. SCOTT CHANG
Attorneys for Plaintiffs

Dated: November 7, 2007

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

By: _____
STEPHEN S. WALTERS
Attorneys for Defendant Knickerbocker
Properties, Inc. XXXVIII

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

726190.01/SF

-2-

STIPULATION TO EXTEND THE TIME FOR DEFENDANT KNICKERBOCKER
PROPERTIES, INC. XXXVIII TO RESPOND TO FIRST AMENDED COMPLAINT

1  **IT IS HEREBY STIPULATED** by and between Plaintiffs National Fair Housing Alliance, Inc., Fair Housing of Marin, Inc., Fair Housing Napa Valley, Inc., Metro Fair Housing Services, Inc., and Fair Housing Continuum, Inc. (collectively "Plaintiffs"), on the one hand, and Defendant Knickerbocker Properties, Inc. XXXVIII ("Knickerbocker"), on the other hand, by and through their respective attorneys, in the action entitled, *National Fair Housing Alliance, Inc. et al. v. A.G. Spanos Construction, Inc., et al.*, ND C07-03255-SBA, as follows:

1. On October 12, 2007, Plaintiffs filed their First Amended Complaint ("Amended Complaint") in the Northern District of California, against numerous defendants, including Knickerbocker.

2. Knickerbocker was served with the Amended Complaint on October 26, 2007.

3. Knickerbocker's response to the Amended Complaint is currently due to be filed on or before November 15, 2007.

4. Plaintiffs and Knickerbocker stipulate and agree that Knickerbocker shall have a twenty (20) day extension of time, to and through December 5, 2007, to respond to Plaintiffs' Amended Complaint.

5. Knickerbocker has neither requested nor received any prior extensions.

IT IS SO STIPULATED.

Dated: November 8, 2007

RELMAN & DANE PLLC

By: _____
D. SCOTT CHANG
Attorneys for Plaintiffs

Dated: November 7, 2007

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

By: _____
STEPHEN S. WALTERS
Attorneys for Defendant Knickerbocker
Properties, Inc. XXXVIII

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

726190.01/SF

-2-

STIPULATION TO EXTEND THE TIME FOR DEFENDANT KNICKERBOCKER PROPERTIES, INC. XXXVIII TO RESPOND TO FIRST AMENDED COMPLAINT