Michael Allen
Stephen M. Dane
John P. Relman
Thomas J. Keary
Pending admission *pro hac vice*
D. Scott Chang, # 146403
Relman & Dane, PLLC
1225 19th Street, NW, Suite 600
Washington, DC 20036
Telephone: (202) 728-1888
Fax: (202) 728-0848
*Attorneys for Plaintiffs*

Maxwell M. Freeman #31278
Lee Roy Pierce, Jr. #119318
Michael L. Gurev #163268
Thomas H. Keeling #114979
Freeman, D'Aiuto, Pierce
   Gurev, Keeling & Wolf, PLC
1818 Grand Canal Boulevard, Suite 4
Stockton, California 95207
Telephone (209) 474-1818
Fax: (202) 474-1245
*Attorneys for Defendants A.G. Spanos Construction, Inc.,*
*A.G. Spanos Development, Inc., A.G. Spanos Land Company, Inc.,*
*and A.G. Spanos Management, Inc.*

Stephen Walters #54746
Makesha Patterson #238250
Allen, Matkins, Leck,, Gamble, Mallory & Natsis, LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
Telephone (415) 837-1515
Fax: (415) 837-1516
*Attorneys for Defendant Knickerbocker Prop., Inc. XXXVIII*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| National Fair Housing Alliance, Inc., et al., ) | Case No. C07-3255 - SBA |
| Plaintiffs, ) | |
| ) | **JOINT APPLICATION AND** |
| v. ) | **STIPULATION TO FURTHER** |
| ) | **EXTEND THE DATES FOR THE** |
| A.G. Spanos Construction, Inc.; et al., ) | **INITIAL CASE MANAGEMENT** |

1

JOINT APPLICATION AND STIPULATION TO FURTHER EXTEND DATES
FOR THE INITIAL CASE MANAGEMENT CONFERENCE ,ADR
DEADLINES; AND FOR THE A.G. SPANOS AND KNICKERBOCKER
DEFENDANTS TO FILE RESPONSIVE PLEADINGS TO THE FIRST
AMENDED COMPLAIINT [PROPOSED] ORDER-- CASE NO. C-07-3255-
SBA

| | |
|---|---|
| 1  and | )  **CONFERENCE, ADR DEADLINES,** |
|    | )  **AND FOR THE A.G. SPANOS AND** |
| 2  Knickerbocker Properties, Inc. XXXVIII; | )  **KNICKERBOCKER DEFENDANTS TO** |
| 3  and Highpointe Village, L.P, Individually | )  **FILE RESPONSIVE PLEADINGS TO** |
|    and As Representatives of a Class of All | )  **THE FIRST AMENDED COMPLAINT** |
| 4  Others Similarly Situated, | )  **DEFENDANT CLASS ACTION** |
|    | ) |
| 5          Defendants. | ) |
| 6  | ) |

        Defendants A.G Spanos Development, Inc.; A.G. Spanos Land Company, Inc.; A.G.

Spanos Management, Inc.; and The Spanos Corporation, (collectively referred to as the

"A.G. Spanos"),  Defendant Knickerbocker Properties, Inc. XXXVIII ("Knickerbocker") and

Plaintiffs, through their respective counsel, hereby jointly apply for and stipulate to continue

the Case Management Conference for an additional 120 days until April 3, 2008 or the

earliest date thereafter convenient for the court.  The Case Management Conference is

presently scheduled for December 5, 2007.  (Docket Entry #36).

        These parties also jointly apply for and stipulate to continue other related case

schedule and ADR dates.  These parties apply for and stipulate that the last day to meet and

confer regarding initial disclosures, early settlement, ADR process selection and discovery

plan and the last day to file the Joint ADR Certification with Stipulation to ADR Process or

Notice of Need for ADR Phone Conference shall be 21 days before the date of the Case

Management Conference.  The parties also apply for and stipulate that the last day to

complete initial disclosures or state objection in the Rule 26(f) Report, file Case Management

JOINT APPLICATION AND STIPULATION TO FURTHER EXTEND DATES
FOR THE INITIAL CASE MANAGEMENT CONFERENCE ,ADR
DEADLINES; AND FOR THE A.G. SPANOS AND KNICKERBOCKER
DEFENDANTS TO FILE RESPONSIVE PLEADINGS TO THE FIRST
AMENDED COMPLAIINT [PROPOSED] ORDER– CASE NO. C-07-3255-
SBA

Conference Statement and file and serve the Rule 26(f) Report shall be seven (7) days before the date of the Case Management Conference.

In addition, these parties apply for and stipulate to an additional 30 days, or until December 21, 2007 for the A.G. Spanos and Knickerbocker Defendants to file responses to the First Amended Complaint Defendant Class Action. The A.G. Spanos responsive pleadings are now due on November 21, 2007 and Knickerbocker on December 5, 2007.

There is good cause to grant these further time changes. Subsequent to these scheduling orders, the Ninth Circuit rendered a split decision concerning when the statute of limitations begins to run in a design and construction claim under the Fair Housing Act. *Garcia v. Brockway,* --- F.3d ---, 2007 WL 2728753 (C.A. 9 (Idaho)), 07 Cal. Daily Op. Serv. 1310. The parties have conferred but have been unable to resolve their differences regarding *Garcia's* application to this case. The A.G. Spanos Defendants will respond to the amended Complaint with a motion to dismiss based, in part, upon this recent decision. Additional time is needed to allow the parties to brief and for the Court to consider this question prior to the case management conference. This outcome may affect the number of multifamily properties, which are the subject of Plaintiffs' amended complaint.

Furthermore, prior changes in the date of the case management conference were brought about by Plaintiffs amendment of their Complaint to add a putative class of defendants composed of the current owners of apartment complexes designed and or built by the A.G. Spanos Defendants. The Court first changed the Case Management Conference to October 23, 2007 to coincide with the date then set for hearing Plaintiffs' motion for leave to

amend their Complaint. (Docket Entry # 29). Plaintiffs subsequently withdrew that motion

when the A.G. Spanos Defendants agreed not to oppose this filing. (Docket Entry # 33).

The Court cancelled the hearing and the Amended Complaint, Defendant Class Action was

filed on October 12, 2007. The Court then continued the case management conference until

December 5, 2007 to permit participation in these proceedings by the newly added putative

defendants. (Docket Entry #36). Plaintiffs have only recently been able to serve Putative

Defendant Highpointe Village, L.P. ("Highpoint") with the amended Complaint, however.

Therefore, additional time is needed to allow Highpoint to participate in the Case

Management Conference and the related events.

Respectfully Submitted,


_____/S/_____

Michael Allen
Stephen M. Dane
John P. Relman
Thomas J. Keary
Pending admission *pro hac vice*
D. Scott Chang, #. 146403
Relman & Dane, PLLC
1225 19th Street, NW, Suite 600
Washington DC 20036
Telephone: (202) 728-1888
Fax: (202) 728-0848
Attorneys for Plaintiffs

Dated:  November 16, 2007


4

JOINT APPLICATION AND STIPULATION TO FURTHER EXTEND DATES
FOR THE INITIAL CASE MANAGEMENT CONFERENCE ,ADR
DEADLINES; AND FOR THE A.G. SPANOS AND KNICKERBOCKER
DEFENDANTS TO FILE RESPONSIVE PLEADINGS TO THE FIRST
AMENDED COMPLAIINT [PROPOSED] ORDER– CASE NO. C-07-3255-
SBA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29

_____

Maxwell M. Freeman #31278
Lee Roy Pierce, Jr. #119318
Michael L. Gurev  #163268
Thomas H. Keeling #114979
Freeman, D'Aiuto, Pierce
   Gurev, Keeling & Wolf, PLC
1818 Grand Canal Boulevard, Suite 4
Stockton, California 95207
Telephone (209) 474-1818
Fax: (202) 474-1245
Attorneys for Defendants A.G. Spanos
Construction, Inc., A.G. Spanos Development,
Inc., A.G. Spanos Land Company, Inc., and
A.G. Spanos Management, Inc.

Dated:  November 16, 2007

_____
            /S/

Stephen Walters #54746
Makesha Patterson #238250
Allen, Matkins, Leck,, Gamble, Mallory &
Natsis, LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
Telephone (415) 837-1515
Fax: (415) 837-1516
Attorneys for Defendant Knickerbocker Prop.,
Inc. XXXVIII.

Dated:  November 16, 2007
____

JOINT APPLICATION AND STIPULATION TO FURTHER EXTEND DATES
FOR THE INITIAL CASE MANAGEMENT CONFERENCE ,ADR
DEADLINES; AND FOR THE A.G. SPANOS AND KNICKERBOCKER
DEFENDANTS TO FILE RESPONSIVE PLEADINGS TO THE FIRST
AMENDED COMPLAIINT [PROPOSED] ORDER– CASE NO. C-07-3255-
SBA

Maxwell M. Freeman #31278
Lee Roy Pierce, Jr. #119318
Michael L. Gurev #163268
Thomas H. Keeling #114979
Freeman, D'Aiuto, Pierce
  Gurev, Keeling & Wolf, PLC
1818 Grand Canal Boulevard, Suite 4
Stockton, California 95207
Telephone (209) 474-1818
Fax: (202) 474-1245
Attorneys for Defendants A.G. Spanos
Construction, Inc., A.G. Spanos Development,
Inc., A.G. Spanos Land Company, Inc., and
A.G. Spanos Management, Inc.

Dated: November 16, 2007

Stephen Walters #54746
Allen Matkin
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
Telephone (415) 837-1515
Fax: (415) 837-1516
Attorney for Defendant Knickerbocker Prop.,
Inc. XXXVIII.

Dated: November 16, 2007

5

JOINT APPLICATION AND STIPULATION TO FURTHER EXTEND DATES
FOR THE INITIAL CASE MANAGEMENT CONFERENCE ,ADR
DEADLINES; AND FOR THE A.G. SPANOS AND KNICKERBOCKER
DEFENDANTS TO FILE RESPONSIVE PLEADINGS TO THE FIRST
AMENDED COMPLAINT [PROPOSED] ORDER– CASE NO. C-07-3255-
SBA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| National Fair Housing Alliance, Inc., et al., ) | Case No. C07-3255 - SBA |
| Plaintiffs, ) | |
| ) | **JOINT APPLICATION AND** |
| v. ) | **STIPULATION TO FURTHER** |
| ) | **EXTEND THE DATES  FOR THE** |
| A.G. Spanos Construction, Inc.; et al.., ) | **INITIAL CASE MANAGEMENT** |
| and ) | **CONFERENCE, ADR DEADLINES,** |
| ) | **AND FOR THE A.G. SPANOS AND** |
| Knickerbocker Properties, Inc. XXXVIII; ) | **KNICKERBOCKER DEFENDANTS TO** |
| and Highpointe Village, L.P, Individually ) | **FILE RESPONSIVE PREADINGS TO** |
| and As Representatives of a Class of All ) | **THE FIRST AMENDED COMPLAINT** |
| Others Similarly Situated, ) | **DEFENDANT CLASS ACTION** |
| ) | |
| Defendants. ) | |
| ) | |

[PROPOSED] ORDER

Pursuant to the stipulation of counsel, and good cause appearing therefor, it is hereby

ordered that the case management conference in the above-referenced action will be

continued until _____, 2008 at _____.   The last day to meet and confer

regarding initial disclosures, early settlement, ADR process selection and discovery plan and

the last day to file the Joint ADR Certification with Stipulation to ADR Process or Notice of

Need for ADR Phone Conference shall be 21 days before the date of the case management

conference.  The last day to complete initial disclosures,  file the Case Management

Conference Statement and file and serve the Rule 26(f) Report shall be seven (7) days before

the date of the case management conference.

Further, Defendants A.G Spanos Development, Inc.; A.G. Spanos Land Company,

Inc.; A.G. Spanos Management, Inc.; The Spanos Corporation, and Knickerbocker

6

JOINT APPLICATION AND STIPULATION TO FURTHER EXTEND DATES
FOR THE INITIAL CASE MANAGEMENT CONFERENCE ,ADR
DEADLINES; AND FOR THE A.G. SPANOS AND KNICKERBOCKER
DEFENDANTS TO FILE RESPONSIVE PLEADINGS TO THE FIRST
AMENDED COMPLAINT [PROPOSED] ORDER-- CASE NO. C-07-3255-
SBA

Properties, Inc. XXXVIII shall have until December 21, 2007 to file responsive pleadings to Plaintiffs' First Amended Complaint Defendants Class Action.

Pursuant to stipulation, it is so ordered.

Dated: _____, 2007.


_____
Saundra Brown Armstrong
United States District Judge

7

1

2

# CERTIFICATE OF SERVICE
## NORTHERN DISTRICT OF CALIFORNIA

3

4

I hereby certify that on November 16, 2007, a copy of the foregoing

5

Joint Application and Stipulation to Further Extend Dates for Initial Joint

6

Management Conference, ADR Deadlines and Deadline for the A.G. Spanos and

7

8

Knickerbocker Defendants to File Responsive Pleadings to the First Amended

9

Complaint and [Proposed] Order was served upon the following by electronic mail:

10

11

12

13

14

15

16

Maxwell M. Freeman
Lee Roy Pierce, Jr
Michael L. Gurev
Thomas H. Keeling
Freeman, D'Aiuto, Pierce, Gurev,
  Keeling & Wolf, PLC
1818 Grand Canal Boulevard, Suite 4
Stockton, California 95207
209/474-1818
Fax: 415/972-6301
Email: tkeeling@freemanfirm.com

Stephen Walters
Allen Matkin
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
415/837-1515
Fax: 415/837-1516
Email: swalters@allenmatkins.com

17

18

19

_____/S/_____
D. Scott Chang

20

21

22

23

24

25

26

27

28

29

8

JOINT APPLICATION AND STIPULATION TO FURTHER EXTEND DATES
FOR THE INITIAL CASE MANAGEMENT CONFERENCE ,ADR
DEADLINES; AND FOR THE A.G. SPANOS AND KNICKERBOCKER
DEFENDANTS TO FILE RESPONSIVE PLEADINGS TO THE FIRST
AMENDED COMPLAIINT [PROPOSED] ORDER-- CASE NO. C-07-3255-
SBA