Michael Allen
RELMAN & DANE, PLLC
1225 – 19th Street, NW, Ste. 600
Washington, DC 20036
Telephone: (202) 728-1888
Fax: (202) 728-0848

Attorneys for Palintiff

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA

NATIONAL FAIR HOUSING ALLIANCE, INC., et al.,
        Plaintiffs,

vs.

A.G. SPANOS CONSTRUCTION, INC., et al.,
        Defendants.

Case No.: C07-3255 EMC SBA

## PROOF OF SERVICE

I, __Barbara A. Trites__, declare:

I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity. I was on the dates herein mentioned over the age of eighteen years and not a party to the above-entitled action. I am authorized to serve legal process in the State of California. The following facts are within my personal knowledge and if sworn as a witness I can and will truthfully and competently testify thereto.

I delivered a copy of the **Summons & First Amended Complaint; Joint Application and Stipulation to Extend Dates for Initial case Management Conference and ADR Deadlines; Standing Order for All Judges of the NDC - Joint CMS; ECF Registration Info Handout** to:

**PARTY SERVED:** Highpointe Village, L.P., individually and As Representatives of a Class of All Others Similarly Situated

**ADDRESS:** 2 El Camino Bueno
Ross, CA 94957

**DATE/TIME:** November 3, 2007  6:33 PM

**MANNER OF SERVICE:** ☒ Substituted Service

by delivery to __LILLIE ALLEN, a person__ apparently in charge of the business at the time of service for John F. Allen, Agent for Service.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct and this declaration is executed on  6 November 2007  at Novato, California.

*Attorney Service of San Francisco*
*4104 – 24th St., #393*
*San Francisco, CA 94114*
*415/495-4221*

Barbara A. Trites

Michael Allen
RELMAN & DANE, PLLC
1225 – 19th Street, NW, Ste. 600
Washington, DC 20036
Telephone: (202) 728-1888
Fax: (202) 728-0848

Attorneys for Palintiff

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA

NATIONAL FAIR HOUSING ALLIANCE, INC., et al.,
Plaintiffs,

vs.

A.G. SPANOS CONSTRUCTION, INC., et al.,
Defendants.

Case No.: C07-3255 EMC SBA

## PROOF OF SERVICE BY MAIL

I, Tony Klein, declare:

I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity. I was on the dates herein mentioned over the age of eighteen years and not a party to the above-entitled action. I am authorized to serve legal process in the State of California. The following facts are within my personal knowledge and if sworn as a witness I can and will truthfully and competently testify thereto.

I delivered a copy of the **Summons & First Amended Complaint; Joint Application and Stipulation to Extend Dates for Initial case Management Conference and ADR Deadlines; Standing Order for All Judges of the NDC - Joint CMS; ECF Registration Info Handout** to:

**PARTY SERVED:** Highpointe Village, L.P., individually and As Representatives of a Class of All Others Similarly Situated

**ADDRESS:** 2 El Camino Bueno
Ross, CA 94957

**DATE/PLACE:** November 11, 2007
San Francisco, CA

**MANNER OF SERVICE:** ☒ First Class Mail

by mailing a copy to John F. Allen, Agent for Service to the above address from San Francisco, CA.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct and this declaration is executed on November 12, 2007 at San Francisco, California.

Attorney Service of San Francisco
4104 – 24th St., #393
San Francisco, CA 94114
415/495-4221

Tony Klein

## PROOF OF SERVICE