**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| National Fair Housing Alliance, Inc., et al., ) | |
| ) | Case No. C07-3255 - SBA |
| Plaintiffs, ) | |
| ) | **JOINT APPLICATION AND** |
| v. ) | **STIPULATION TO FURTHER** |
| ) | **EXTEND THE DATES FOR THE** |
| A.G. Spanos Construction, Inc.; et al.., ) | **INITIAL CASE MANAGEMENT** |
| and ) | **CONFERENCE, ADR DEADLINES,** |
| ) | **AND FOR THE A.G. SPANOS AND** |
| Knickerbocker Properties, Inc. XXXVIII; ) | **KNICKERBOCKER DEFENDANTS TO** |
| and Highpointe Village, L.P, Individually ) | **FILE RESPONSIVE PREADINGS TO** |
| and As Representatives of a Class of All ) | **THE FIRST AMENDED COMPLAINT** |
| Others Similarly Situated, ) | **DEFENDANT CLASS ACTION** |
| ) | |
| Defendants. ) | |
| ) | |

**[~~PROPOSED~~] ORDER**

Pursuant to the stipulation of counsel, and good cause appearing therefor, it is hereby ordered that the case management conference in the above-referenced action will be continued until April 9, 2008 at 2:30 p.m. via telephone. Plaintiff's counsel shall initiate the conference call. The last day to meet and confer regarding initial disclosures, early settlement, ADR process selection and discovery plan and the last day to file the Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference shall be 21 days before the date of the case management conference. The last day to complete initial disclosures, file the Case Management Conference Statement and file and serve the Rule 26(f) Report shall be seven (7) days before the date of the case management conference.

1

1  Further, Defendants A.G Spanos Development, Inc.; A.G. Spanos Land Company,
2  Inc.; A.G. Spanos Management, Inc.; The Spanos Corporation, and Knickerbocker
3  Properties, Inc. XXXVIII shall have until December 21, 2007 to file responsive pleadings to
4  Plaintiffs' First Amended Complaint Defendants Class Action.

6  Pursuant to stipulation, it is so ordered.

8  Dated: 11/26/07

_____
Saundra Brown Armstrong
United States District Judge

JOINT APPLICATION AND STIPULATION TO FURTHER EXTEND DATES FOR THE INITIAL CASE MANAGEMENT CONFERENCE ,ADR DEADLINES; AND FOR THE A.G. SPANOS AND KNICKERBOCKER DEFENDANTS TO FILE RESPONSIVE PLEADINGS TO THE FIRST AMENDED COMPLAIINT [PROPOSED] ORDER– CASE NO. C-07-3255-SBA