SHIRLEY E. JACKSON (State Bar No. 205872)
STEEFEL, LEVITT & WEISS
A Professional Corporation
One Embarcadero Center, 30th Floor
San Francisco, CA 94111-3719
Telephone:   (415) 788-0900
Facsimile:   (415) 788-2019
Email:         sjackson@steefel.com

Attorneys for Defendant
Highpointe Village, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| National Fair Housing Alliance, Inc., Fair Housing of Marin, Inc.; Fair Housing Napa Valley, Inc.; Metro Fair Housing Services, Inc.; and Fair Housing Continuum, Inc.,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>A.G. Spanos Corporation, Inc.; A.G. Spanos Development, Inc.; A.G. Spanos Land Company, Inc.; A.G. Spanos Management, Inc.; The Spanos Corporation; and<br><br>Knickerbocker Properties, Inc. XXXVIII; and Highpointe Village, L.P., Individually and as Representatives of a Class of All Others Similarly Situated,<br><br>　　　　　　　　Defendants. | Case No. C07-03255-SBA<br><br>**STIPULATION TO EXTEND THE TIME FOR DEFENDANT HIGHPOINTE VILLAGE, L.P. TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>[Civil L.R. 6-1]<br><br>Amended Complaint Filed:  October 12, 2007 |

1  IT IS HEREBY STIPULATED by and between Plaintiffs National Fair Housing Alliance,
2  Inc.; Fair Housing of Marin, Inc.; Fair Housing Napa Valley, Inc.; Metro Fair Housing Services,
3  Inc.; and Fair Housing Continuum, Inc. (collectively, "Plaintiffs"), on the one hand, and
4  Defendant Highpointe Village, L.P. ("Highpointe Village"), on the other hand, by and through
5  their respective attorneys, in the above-captioned action as follows:
6      1. On October 12, 2007, Plaintiffs filed their First Amended Complaint ("Amended
7  Complaint") in the Northern District of California against numerous defendants, including
8  Highpointe Village.
9      2. Highpointe Village was served with the Amended Complaint on November 3, 2007.
10     3. On November 26, 2007, the Honorable Saundra Brown Armstrong issued an Order
11 providing, *inter alia*, that Defendants A.G. Spanos Development, Inc.; A.G. Spanos Land
12 Company, Inc.; A.G. Spanos Management, Inc.; The Spanos Corporation; and Knickerbocker
13 Properties, Inc. XXXVIII shall have until December 21, 2007 to file responsive pleadings to
14 Plaintiffs' Amended Complaint (the "November 26 Order").
15     4. In light of Highpointe Village's recent retention of counsel and consistent with the
16 November 26 Order, Plaintiffs and Highpointe Village stipulate and agree that Highpointe Village
17 shall have up to and including December 21, 2007 to respond to Plaintiffs' Amended Complaint.
18     5. Highpointe Village has neither requested nor received any prior extensions.
19 IT IS SO STIPULATED.

20 Dated: November 28, 2007          RELMAN & DANE PLLC

21
22                                 By: /s/ D. Scott Chang
                                   D. SCOTT CHANG
23                                 Attorneys for Plaintiffs
                                   National Fair Housing Alliance, Inc., *et al.*

24 Dated: November 28, 2007          STEEFEL, LEVITT & WEISS, P.C.

25
26                                 By: /s/ Shirley E. Jackson
                                   SHIRLEY E. JACKSON
27                                 Attorneys for Defendant
                                   Highpointe Village, L.P.
28

STIPULATION TO EXTEND THE TIME FOR DEFENDANT HIGHPOINTE VILLAGE, L.P. TO
RESPOND TO THE FIRST AMENDED COMPLAINT (Case No. C07-3255-SBA)            1
99999:6626044.1

STEEFEL, LEVITT & WEISS
A PROFESSIONAL CORPORATION
ONE EMBARCADERO CENTER, 30TH FLOOR · SAN FRANCISCO, CA 94111-3719
Telephone: (415) 788-0900 · Facsimile: (415) 788-2019

# PROOF OF SERVICE

I, Darlene Lopez, declare as follows:

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to this action. My business address is STEEFEL, LEVITT & WEISS, One Embarcadero Center, 30th Floor, San Francisco, CA 94111-3719. On November 28, 2007, I served the within:

**STIPULATION TO EXTEND THE TIME FOR DEFENDANT HIGHPOINTE VILLAGE, L.P. TO RESPOND TO FIRST AMENDED COMPLAINT**

on the interested parties in this action addressed as follows:

Please see attached service list.

[X]  **(BY MAIL)** By placing such document(s) in a sealed envelope, with postage thereon fully prepaid for first class mail, for collection and mailing at Steefel, Levitt & Weiss, San Francisco, California following ordinary business practice. I am readily familiar with the practice at Steefel, Levitt & Weiss for collection and processing of correspondence for mailing with the United States Postal Service, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that the foregoing is true and correct.

Executed on November 28, 2007, at San Francisco, California.

_____
Darlene Lopez

99999:6626185.1

Service List

| | |
|---|---|
| D. Scott Chang<br>Relman & Dane<br>1225 19th Street, N.W., Suite 600<br>Washington, DC 20036-2456<br>Tel: 202-728-1888<br>Fax: 202-728-0848<br>schang@relmlaw.com | John P. Relman<br>Relman & Dane PLLC<br>1225 19th Street NW, Suite 600<br>Washington, DC 20036-2456<br>Tel: 202-728-1888<br>Fax: 202-728-0848 |
| Michael Allen<br>Relman & Dane<br>1225 19th Street, N.W., Suite 600<br>Washington, DC 20036-2456<br>Tel: 202-728-1888<br>Fax: 202-728-0848<br>mallen@relmlaw.com | Stephen M. Dane<br>1225 19th Street, N.W., Suite 600<br>Washington, DC 20036-2456<br>Tel: 202-728-1888<br>Fax: 202-728-0848 |
| Thomas Harvey Keeling<br>Freeman, D'Aiuto, Pierce, Gurev, Keeling & Wolf<br>1818 Grand Canal Boulevard, Suite 4<br>Stockton, CA 95207<br>Tel: (209) 474-1818<br>Fax: (209) 474-1245<br>tkeeling@freemanfirm.com | Lee Roy Pierce, Jr.<br>Freeman, D'Aiuto, Pierce, Gurev, Keeling & Wolf<br>1818 Grand Canal Boulevard, Suite 4<br>Stockton, CA 95207<br>Tel: (209) 474-1818<br>Fax: (209) 474-1245<br>lpierce@freemanfirm.com |
| Stephen Walters<br>Makesha Patterson<br>Allen, Matkins, Leck, Gamble, Mallory & Natsis, LLP<br>Three Embarcadero Center, 12th Floor<br>San Francisco, CA 94111-4074<br>Tel: (415) 837-1515<br>Fax: (415) 837-1516 | |

STEEFEL, LEVITT & WEISS
A PROFESSIONAL CORPORATION
ONE EMBARCADERO CENTER, 30TH FLOOR · SAN FRANCISCO, CA 94111-3719
Telephone: (415) 788-0900 · Facsimile: (415) 788-2019