UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE, et al. <br><br> Plaintiffs, <br><br> vs. <br><br> A.G. SPANOS CONSTRUCTION, INC., et al., <br><br> Defendants. | 07-3255 SBA <br><br> **ORDER** <br> [Docket No. 25] |

On September 11, 2007, plaintiffs' counsel filed a "Motion for relief from requirement that attorneys seeking to appear *pro hac vice* associate [with] counsel having an office in State of California" [Docket No. 25]. Plaintiffs' counsel seeks to be excused from Civil Local Rule 11-3(a)(3)'s requirement that plaintiffs' counsel associate with counsel with an office in the State of California.

However, in his declaration, plaintiffs' counsel states that he is a member of the Bar of the Northern District of California. Local Rule 11-3 only applies to attorneys who are "not a member of the bar of this Court." Civ. L.R. 11-3. Accordingly, the motion to be relieved from the requirements of this Rule [Docket No. 25] is DENIED AS MOOT.

IT IS SO ORDERED.

Dated: 12/4/07

*Saundra B Armstrong*

SAUNDRA BROWN ARMSTRONG
United States District Judge