1 | MAXWELL M. FREEMAN, #31278
LEE ROY PIERCE, JR., #119318
2 | MICHAEL L. GUREV, #163268
THOMAS H. KEELING, #114979
3 | FREEMAN, D'AIUTO, PIERCE,
GUREV, KEELING & WOLF
4 | A PROFESSIONAL LAW CORPORATION
1818 Grand Canal Boulevard, Suite 4
5 | Stockton, California 95207
Telephone: (209) 474-1818
6 | Facsimile: (209) 474-1245
E-mail: lrpierce@freemanfirm.com
7 | mgurev@freemanfirm.com
tkeeling@freemanfirm.com
8 |
Attorneys for Defendants A.G. Spanos
9 | Construction, Inc.; A.G. Spanos
Development, Inc.; A.G. Spanos
10 | Land Company, Inc.; A.G. Spanos
Management, Inc., and The Spanos Corporation
11 |

12 | IN THE UNITED STATED DISTRICT COURT

13 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

14 | National Fair Housing Alliance, Inc., et al.,      )      CASE NO. C07-03255-SBA
)
15 | Plaintiffs,      )      **NOTICE OF MOTION AND MOTION**
)      **OF DEFENDANTS A.G. SPANOS**
16 | vs.      )      **CONSTRUCTION, INC., A.G. SPANOS**
)      **DEVELOPMENT, INC., A.G. SPANOS**
17 | A.G. Spanos Construction, Inc., et al.      )      **LAND COMPANY, INC., A.G.**
)      **SPANOS MANAGEMENT, INC. AND**
18 | Defendants.      )      **THE SPANOS CORPORATION TO**
)      **DISMISS PLAINTIFFS' FIRST**
19 | _____      )      **AMENDED COMPLAINT**

20 | [Fed. R. Civ. P. 12(b)(6)]

21 | Hearing Date: February 26, 2008
Time: 1:00 p.m.
22 | Dept: Courtroom 3

23 | Complaint Filed: June 20, 2007

24 |

25 | **TO PLAINTIFFS AND THEIR ATTORNEY OF RECORD:**

26 | **PLEASE TAKE NOTICE** that on February 26, 2008 at 1:00 p.m., or as soon

27 | thereafter as this matter may be heard, in Courtroom 3 of the above-entitled court, located at

28 | 1301 Clay Street, 3rd Floor, Oakland, California, Defendants A.G. Spanos Construction, Inc.,

1   A.G. Spanos Development, Inc., A.G. Spanos Land Company, Inc., A.G. Spanos

2   Management, Inc., and The Spanos Corporation ("Defendants") will and hereby do move this

3   court, pursuant to rule 12(b)(6) of the Federal Rules of Civil Procedure, for an order

4   dismissing the claims of Plaintiffs National Fair Housing Alliance, Inc., Fair Housing of

5   Marin, Inc. Fair Housing Napa Valley, Inc., Metro Fair Housing Services, Inc., Fair Housing

6   Continuum, Inc. ("Plaintiffs").

7          The basis of this Motion, as set forth more fully in the accompanying Memorandum of

8   Points and Authorities, is that: (1) Plaintiffs' claim for relief under the Fair Housing

9   Amendments Act,  42 U.S.C. §§ 3601, et. seq. ("FHAA") is barred by the statute of

10  limitations as to all but eight of the eighty-five properties identified in the First Amended

11  Complaint; (2) Plaintiffs have failed to allege facts sufficient to state a cause of action because

12  they are not "aggrieved persons" within the meaning of the FHAA, they do not claim to

13  belong to the protected class or to sue on behalf of members of the protected class, their

14  damages, as alleged, were voluntarily incurred, and they have failed to name necessary and/or

15  indispensable parties; (3) Plaintiffs fail to allege that the Spanos Defendants actually denied, or

16  could deny, a rental to any member of the protected class; and (4) the First Amended

17  Complaint fails to allege facts sufficient to establish plaintiffs' standing to sue.

18         This Motion will be based upon this Notice of Motion and Motion, the Memorandum of

19  Points and Authorities in support of this Motion, the Request for Judicial Notice filed in

20  support of this Motion, and the pleadings, orders, records and documents on file in this case,

21  as well as such oral and documentary evidence as may be properly presented at the hearing on

22  this Motion.

23         Opposition, if any, to the granting of the motion must be served and filed not less than

24  twenty-one (21) days before the hearing date.  If the party against whom the motion is directed

25  / / /

26  / / /

27  / / /

28  / / /

NOTICE OF MOTION AND MOTION OF THE SPANOS DEFENDANTS TO
DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT [CASE NO. C07-03255-SBA]

1  does not oppose the motion, that party must file with the Court a Statement of Nonopposition

2  within the time for filing and serving any opposition.  (*See* L.R. 7-3(a) and 7-3(b).)

3  Dated: December 21, 2007

FREEMAN, D'AIUTO, PIERCE, GUREV,
KEELING & WOLF

By _____
    THOMAS H. KEELING
Attorneys for Defendants A.G. Spanos
Construction, Inc.; A.G. Spanos Development,
Inc.; A.G. Spanos Land Company, Inc.; A.G.
Spanos Management, Inc., and The Spanos
Corporation