MAXWELL M. FREEMAN, #31278
LEE ROY PIERCE, JR., #119318
MICHAEL L. GUREV, #163268
THOMAS H. KEELING, #114979
FREEMAN, D'AIUTO, PIERCE,
 GUREV, KEELING & WOLF
A PROFESSIONAL LAW CORPORATION
1818 Grand Canal Boulevard, Suite 4
Stockton, California 95207
Telephone: (209) 474-1818
Facsimile: (209) 474-1245
E-mail:       lrpierce@freemanfirm.com
              mgurev@freemanfirm.com
              tkeeling@freemanfirm.com

Attorneys for Defendants A.G. Spanos Construction, Inc.; A.G. Spanos Development, Inc.; A.G. Spanos Land Company, Inc.; A.G. Spanos Management, Inc., and The Spanos Corporation

IN THE UNITED STATED DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| National Fair Housing Alliance, Inc., et al., <br><br>　　　　Plaintiffs, <br><br>vs. <br><br>A.G. Spanos Construction, Inc., et al. <br><br>　　　　Defendants. | CASE NO. C07-03255-SBA <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS A.G. SPANOS CONSTRUCTION, INC., A.G. SPANOS DEVELOPMENT, INC., A.G. SPANOS LAND COMPANY, INC., A.G. SPANOS MANAGEMENT, INC., AND THE SPANOS CORPORATION'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** <br><br> Hearing Date: February 26, 2008 <br> Time:　　　　1:00 p.m. <br> Dept:　　　　Courtroom 3 <br><br> Complaint Filed: June 20, 2007 |

　　　The motion of Defendants A.G. Spanos Construction, Inc., A.G. Spanos Development, Inc., A.G. Spanos Land Company, Inc., A.G. Spanos Management, Inc., and The Spanos Corporation, appearing through counsel, for an order dismissing Plaintiffs' First Amended Complaint, came on regularly for hearing on February 26, 2008 at 1:00 p.m. in Courtroom 3 in the above-entitled court, located at 1301 Clay Street, 3rd Floor, Oakland, California, the Honorable Saundra Brown Armstrong presiding. Thomas H. Keeling and Lee

Roy Pierce, Jr. appearing on behalf of the Spanos Defendants, and Michael Allen appearing on behalf of Plaintiffs.

Having read and considered the documents submitted in support of and in opposition to the motion and the arguments of counsel, and good cause appearing therefor, the Court rules as follows: (1) Plaintiffs' claim for relief under the Fair Housing Amendments Act, 42 U.S.C. §§ 3601, et. seq. ("FHAA") is barred by the statute of limitations as to all but eight of the eighty-five properties identified in the First Amended Complaint; (2) Plaintiffs have failed to allege facts sufficient to state a cause of action because they are not "aggrieved persons" within the meaning of the FHAA, they do not claim to belong to the protected class or to sue on behalf of members of the protected class, their damages, as alleged, were voluntarily incurred, and they have failed to name necessary and/or indispensable parties; (3) Plaintiffs fail to allege that the Spanos Defendants actually denied, or could actually deny, a rental to any member of the protected class; and (4) the First Amended Complaint fails to allege facts sufficient to establish plaintiffs' standing to sue. For these reasons,

IT IS HEREBY ORDERED that the motion to dismiss the First Amended Complaint is granted.

Dated: _____, 2008

_____
Honorable Saundra Brown Armstrong
United States District Judge