MAXWELL M. FREEMAN, #31278
LEE ROY PIERCE, JR., #119318
MICHAEL L. GUREV, #163268
THOMAS H. KEELING, #114979
FREEMAN, D'AIUTO, PIERCE,
 GUREV, KEELING & WOLF
A PROFESSIONAL LAW CORPORATION
1818 Grand Canal Boulevard, Suite 4
Stockton, California 95207
Telephone: (209) 474-1818
Facsimile: (209) 474-1245
E-mail: lrpierce@freemanfirm.com
mgurev@freemanfirm.com
tkeeling@freemanfirm.com

Attorneys for Defendants A.G. Spanos
Construction, Inc.; A.G. Spanos
Development, Inc.; A.G. Spanos
Land Company, Inc.; A.G. Spanos
Management, Inc., The Spanos Corporation

IN THE UNITED STATED DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| National Fair Housing Alliance, Inc., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> A.G. Spanos Construction, Inc., et al. <br><br> Defendants. | CASE NO. C07-03255-SBA <br><br> NOTICE OF MOTION AND MOTION OF A.G. SPANOS CONSTRUCTION, INC.; A.G. SPANOS DEVELOPMENT, INC.; A.G. SPANOS LAND COMPANY, INC.; A.G. SPANOS MANAGEMENT, INC., AND THE SPANOS CORPORATION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT FOR FAILURE TO JOIN NECESSARY AND INDISPENSABLE PARTIES <br><br> [Fed. R. Civ. P., Rules 12(b)(7) & 19]] <br><br> Hearing Date: February 26, 2008 <br> Time: 1:00 p.m. <br> Dept.: Courtroom 3 <br><br> Complaint Filed: June 20, 2007 |

**TO PLAINTIFFS AND THEIR ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE** that on February 26, 2008, at 1:00 p.m., or as soon thereafter as this matter may be heard, in Courtroom 3 of the above-entitled court, located at 1301 Clay Street, 3rd Floor, Oakland, California, Defendants A.G. Spanos Construction, Inc.,

1 | A.G. Spanos Development, Inc., A.G. Spanos Land Company, Inc., A.G. Spanos
2 | Management, Inc., and The Spanos Corporation ("Spanos Defendants") will and hereby do
3 | move this court, pursuant to rule 12(b)(7) of the Federal Rules of Civil Procedure, for an order
4 | dismissing Plaintiffs' National Fair Housing Alliance, Inc., Fair Housing Of Marin, Inc., Fair
5 | Housing Napa Valley, Inc., Metro Fair Housing Services, Inc., Fair Housing Continuum, Inc.
6 | ("Plaintiffs") First Amended Complaint for failure to join necessary and indispensable parties.
7 |     The basis of this Motion, as set forth more fully in the accompanying Memorandum of
8 | Points and Authorities, is that: (1) the current owners of the affected properties, as well as the
9 | tenants living in the affected properties and the lenders whose loans are secured by the affected
10 | properties, are necessary and/or indispensable parties to this action, in which plaintiffs seek,
11 | among other things, an injunction requiring the rebuilding or retrofitting of the affected
12 | properties, and (2) plaintiffs have failed to join the current owners, tenants and secured
13 | lenders.
14 |     This Motion will be based upon this Notice of Motion and Motion, the Memorandum of
15 | Points and Authorities in support of this Motion, the Request for Judicial Notice in support of
16 | this Motion, and the pleadings, orders, records and documents on file in this case, as well as
17 | such oral and documentary evidence as may be properly presented at the time of the hearing on
18 | this Motion.
19 |     Opposition, if any, to the granting of the motion must be served and filed not less than
20 | twenty-one (21) days before the hearing date. If the party against whom the motion is directed
21 | does not oppose the motion, that party must file with the Court a Statement of Nonopposition
22 | within the time for filing and serving any opposition. *See* Local Rule 7-3(a) and 7-3(b).

Dated: December 21, 2007

FREEMAN, D'AIUTO, PIERCE, GUREV, KEELING & WOLF

By _____
THOMAS H. KEELING
Attorneys for Defendants A.G. Spanos Construction, Inc.; A.G. Spanos Development, Inc.; A.G. Spanos Land Company, Inc.; A.G. Spanos Management, Inc., The Spanos Corporation

---

2
NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT FOR FAILURE TO JOIN NECESSARY AND/OR INDISPENSABLE PARTIES [CASE NO. C07-03255-SBA]