1  MAXWELL M. FREEMAN, #31278
   LEE ROY PIERCE, JR., #119318
2  MICHAEL L. GUREV, #163268
   THOMAS H. KEELING, #114979
3  FREEMAN, D'AIUTO, PIERCE,
     GUREV, KEELING & WOLF
4  A PROFESSIONAL LAW CORPORATION
   1818 Grand Canal Boulevard, Suite 4
5  Stockton, California 95207
   Telephone: (209) 474-1818
6  Facsimile: (209) 474-1245
   E-mail:    lrpierce@freemanfirm.com
7             mgurev@freemanfirm.com
              tkeeling@freemanfirm.com
8
   Attorneys for Defendants A.G. Spanos
9  Construction, Inc.; A.G. Spanos
   Development, Inc.; A.G. Spanos
10 Land Company, Inc.; A.G. Spanos
   Management, Inc., The Spanos Corporation
11

12              IN THE UNITED STATED DISTRICT COURT

13          FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 14  National Fair Housing Alliance, Inc., et al., | CASE NO. C07-03255-SBA |
| 15       Plaintiffs, | NOTICE OF MOTION AND MOTION OF A.G. SPANOS CONSTRUCTION, |
| 16  vs. | INC.; A.G. SPANOS DEVELOPMENT, INC.; A.G. SPANOS LAND |
| 17  A.G. Spanos Construction, Inc., et al. | COMPANY, INC.; A.G. SPANOS MANAGEMENT, INC., AND THE |
| 18       Defendants. | SPANOS CORPORATION TO DISMISS PLAINTIFFS' FIRST |
| 19 | AMENDED COMPLAINT FOR FAILURE TO JOIN NECESSARY AND |
| 20 | INDISPENSABLE PARTIES |
| 21 | [Fed. R. Civ. P., Rules 12(b)(7) & 19]] |
| 22 | Hearing Date: February 26, 2008<br>Time:         1:00 p.m. |
| 23 | Dept.:        Courtroom 3 |
| 24 | Complaint Filed: June 20, 2007 |

25      **TO PLAINTIFFS AND THEIR ATTORNEY OF RECORD:**

26      **PLEASE TAKE NOTICE** that on February 26, 2008, at 1:00 p.m., or as soon

27 thereafter as this matter may be heard, in Courtroom 3 of the above-entitled court, located at

28 1301 Clay Street, 3rd Floor, Oakland, California, Defendants A.G. Spanos Construction, Inc.,

---
1
NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT FOR
FAILURE TO JOIN NECESSARY AND/OR INDISPENSABLE PARTIES [CASE NO. C07-03255-SBA]

A.G. Spanos Development, Inc., A.G. Spanos Land Company, Inc., A.G. Spanos Management, Inc., and The Spanos Corporation ("Spanos Defendants") will and hereby do move this court, pursuant to rule 12(b)(7) of the Federal Rules of Civil Procedure, for an order dismissing Plaintiffs' National Fair Housing Alliance, Inc., Fair Housing Of Marin, Inc., Fair Housing Napa Valley, Inc., Metro Fair Housing Services, Inc., Fair Housing Continuum, Inc. ("Plaintiffs") First Amended Complaint for failure to join necessary and indispensable parties.

The basis of this Motion, as set forth more fully in the accompanying Memorandum of Points and Authorities, is that: (1) the current owners of the affected properties, as well as the tenants living in the affected properties and the lenders whose loans are secured by the affected properties, are necessary and/or indispensable parties to this action, in which plaintiffs seek, among other things, an injunction requiring the rebuilding or retrofitting of the affected properties, and (2) plaintiffs have failed to join the current owners, tenants and secured lenders.

This Motion will be based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities in support of this Motion, the Request for Judicial Notice in support of this Motion, and the pleadings, orders, records and documents on file in this case, as well as such oral and documentary evidence as may be properly presented at the time of the hearing on this Motion.

Opposition, if any, to the granting of the motion must be served and filed not less than twenty-one (21) days before the hearing date. If the party against whom the motion is directed does not oppose the motion, that party must file with the Court a Statement of Nonopposition within the time for filing and serving any opposition. *See* Local Rule 7-3(a) and 7-3(b).

Dated: December 21, 2007

FREEMAN, D'AIUTO, PIERCE, GUREV, KEELING & WOLF

By _____
THOMAS H. KEELING
Attorneys for Defendants A.G. Spanos Construction, Inc.; A.G. Spanos Development, Inc.; A.G. Spanos Land Company, Inc.; A.G. Spanos Management, Inc., The Spanos Corporation