MAXWELL M. FREEMAN, #31278
LEE ROY PIERCE, JR., #119318
MICHAEL L. GUREV, #163268
THOMAS H. KEELING, #114979
FREEMAN, D'AIUTO, PIERCE,
 GUREV, KEELING & WOLF
A PROFESSIONAL LAW CORPORATION
1818 Grand Canal Boulevard, Suite 4
Stockton, California 95207
Telephone: (209) 474-1818
Facsimile: (209) 474-1245
E-mail:     lrpierce@freemanfirm.com
            mgurev@freemanfirm.com
            tkeeling@freemanfirm.com

Attorneys for Defendants A.G. Spanos Construction, Inc.; A.G. Spanos Development, Inc.; A.G. Spanos Land Company, Inc.; A.G. Spanos Management, Inc., The Spanos Corporation

IN THE UNITED STATED DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| National Fair Housing Alliance, Inc., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> A.G. Spanos Construction, Inc., et al. <br><br> Defendants. | CASE NO. C07-03255-SBA <br><br> **[PROPOSED] ORDER GRANTING A.G. SPANOS CONSTRUCTION, INC.; A.G. SPANOS DEVELOPMENT, INC.; A.G. SPANOS LAND COMPANY, INC.; A.G. SPANOS MANAGEMENT, INC., AND THE SPANOS CORPORATION'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT FOR FAILURE TO JOIN NECESSARY AND INDISPENSABLE PARTIES** <br><br> [Fed. R. Civ. P., Rules 12(b)(7) & 19]] <br><br> Hearing Date: February 26, 2008 <br> Time:          1:00 p.m. <br> Dept.:         Courtroom 3 <br><br> Complaint Filed: June 20, 2007 |

The motion of Defendants A.G. Spanos Construction, Inc., A.G. Spanos Development, Inc., A.G. Spanos Land Company, Inc., A.G. Spanos Management, Inc., and The Spanos Corporation, appearing through counsel, for an order dismissing Plaintiffs' first

1  amended complaint for failure to join necessary and indispensable parties, came on regularly
2  for hearing on February 26, 2008, at 1:00 p.m., in Courtroom 3 of the above-entitled court,
3  located at 1301 Clay Street, 3rd Floor, Oakland, California, the Honorable Saundra Brown
4  Armstrong presiding. Thomas H. Keeling and Lee Roy Pierce, Jr. appearing on behalf of the
5  Spanos Defendants, and Michael Allen appearing on behalf of Plaintiffs.

6        Having read and considered the documents submitted in support of and in opposition to
7  the motion and the arguments of counsel, and good cause appearing therefor, the Court rules as
8  follows: (1) the current owners of the affected properties, as well as the tenants living in the
9  affected properties and the lenders whose loans are secured by the affected properties, are
10 necessary and/or indispensable parties to this action, in which plaintiffs seek, among other
11 things, an injunction requiring the rebuilding or retrofitting of the affected properties, and (2)
12 plaintiffs have failed to join the current owners, tenants and secured lenders. For these
13 reasons,

14       IT IS HEREBY ORDERED that the motion to dismiss the Complaint for failure to join
15 necessary and indispensable parties is granted.

17 Dated: _____, 2008

    Honorable Saundra Brown Armstrong
18     United States District Judge