1  MAXWELL M. FREEMAN, #31278
   LEE ROY PIERCE, JR., #119318
2  MICHAEL L. GUREV, #163268
   THOMAS H. KEELING, #114979
3  FREEMAN, D'AIUTO, PIERCE,
      GUREV, KEELING & WOLF
4  A PROFESSIONAL LAW CORPORATION
   1818 Grand Canal Boulevard, Suite 4
5  Stockton, California 95207
   Telephone: (209) 474-1818
6  Facsimile: (209) 474-1245
   E-mail:     lrpierce@freemanfirm.com
7              mgurev@freemanfirm.com
               tkeeling@freemanfirm.com
8
   Attorneys for Defendants A.G. Spanos
9  Construction, Inc.; A.G. Spanos
   Development, Inc.; A.G. Spanos
10 Land Company, Inc.; A.G. Spanos
   Management, Inc., The Spanos Corporation
11

12              IN THE UNITED STATED DISTRICT COURT

13              FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 14  National Fair Housing Alliance, Inc., et al., | CASE NO. C07-03255-SBA |
| 15                Plaintiffs, | NOTICE OF MOTION AND MOTION OF DEFENDANTS A.G. SPANOS |
| 16  vs. | CONSTRUCTION, INC.; A.G. SPANOS DEVELOPMENT, INC.; A.G. SPANOS |
| 17  A.G. Spanos Construction, Inc., et al. | LAND COMPANY, INC.; A.G. SPANOS MANAGEMENT, INC., AND THE |
| 18                Defendants. | SPANOS CORPORATION FOR MORE DEFINITE STATEMENT RE FIRST |
| 19  | AMENDED COMPLAINT |
| 20  | [Fed. R. Civ. P. 12(e)] |
| 21  | Hearing Date: February 26, 2008  |
| 22  | Time:         1:00 p.m.  Dept.:         Courtroom 3 |
| 23  | Complaint Filed: June 20, 2007 |

24      **TO PLAINTIFFS AND THEIR ATTORNEY OF RECORD:**

25      **PLEASE TAKE NOTICE** that on February 26, 2008, at 1:00 p.m., or as soon

26  thereafter as this matter may be heard, in Courtroom 3 of the above-entitled court, located at

27  1301 Clay Street, 3rd Floor, Oakland, California, Defendants A.G. Spanos Construction, Inc.,

28  A.G. Spanos Development, Inc., A.G. Spanos Land Company, Inc., A.G. Spanos

---
1
NOTICE OF MOTION AND MOTION FOR MORE DEFINITE STATEMENT [Case No. C07-03255-SBA]

Management, Inc., and the Spanos Corporation ("Defendants") will and hereby do move this court, pursuant to Rule 12(e) of the Federal Rules of Civil Procedure, for an order requiring Plaintiffs National Fair Housing Alliance, Inc., Fair Housing of Marin, Inc., Fair Housing Napa Valley, Inc., Metro Fair Housing Services, Inc., Fair Housing Continuum, Inc. ("Plaintiffs") to amend their first amended complaint to clarify the "vague" and "ambiguous" allegations contained therein.

The basis of this Motion, as set forth more fully in the accompanying Memorandum of Points and Authorities, is that:

I. THE COMPLAINT IS UNCERTAIN RE THE NUMBER OF COMPLEXES SUED ON.

II. THE ALLEGATIONS OF PLAINTIFFS' COMPLAINT ARE "VAGUE AND AMBIGUOUS" REGARDING PLAINTIFFS' STANDING TO SUE FOR DAMAGES OR INJUNCTIVE RELIEF UNDER THE FHAA BECAUSE PLAINTIFFS DO NOT ALLEGE FACTS SUFFICIENT TO ESTABLISH THE "IRREDUCIBLE CONSTITUTIONAL MINIMUM" FOR STANDING UNDER ARTICLE III OF THE U.S. CONSTITUTION

   A. Plaintiffs Do Not Claim To Be Members of a Protected Class under the FHAA, Nor Do They Purport to Sue on Behalf of Any Member of a Protected Class; Therefore, They Have No Standing to Sue

   B. Plaintiffs Do Not Allege Facts Sufficient To Establish the "Irreducible Constitutional Minimum" for Standing

   C. Plaintiffs Have Not Alleged Facts Sufficient to Establish Standing to Seek Damages

   D. Plaintiffs Have Failed to Allege Facts Sufficient to Establish Standing to Seek Injunctive Relief Under The FHAA re The Subject Properties

This Motion will be based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities in support of this Motion, the Request for Judicial Notice in support of this Motion, and the pleadings, orders, records and documents on file in this case, as well as such oral and documentary evidence as may be properly presented at the time of the hearing on this Motion.

Opposition, if any, to the granting of the motion must be served and filed not less than twenty-one (21) days before the hearing date. If the party against whom the motion is directed does not oppose the motion, that party must file with the Court a Statement of Nonopposition

1  within the time for filing and serving any opposition.  *See* Local Rule 7-3(a) and 7-3(b).

2

3  Dated: December 21, 2007                    FREEMAN, D'AIUTO, PIERCE, GUREV,
                                               KEELING & WOLF
4
                                               By _____
5                                                  LEE ROY PIERCE, JR.
                                               Attorneys for Defendants A.G. Spanos
6                                              Construction, Inc.; A.G. Spanos Development,
                                               Inc.; A.G. Spanos Land Company, Inc.; A.G.
7                                              Spanos Management, Inc., the Spanos Corporation

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---