MAXWELL M. FREEMAN, #31278
LEE ROY PIERCE, JR., #119318
MICHAEL L. GUREV, #163268
THOMAS H. KEELING, #114979
FREEMAN, D'AIUTO, PIERCE,
 GUREV, KEELING & WOLF
A PROFESSIONAL LAW CORPORATION
1818 Grand Canal Boulevard, Suite 4
Stockton, California 95207
Telephone: (209) 474-1818
Facsimile: (209) 474-1245
E-mail:     lrpierce@freemanfirm.com
            mgurev@freemanfirm.com
            tkeeling@freemanfirm.com

Attorneys for Defendants A.G. Spanos
Construction, Inc.; A.G. Spanos
Development, Inc.; A.G. Spanos
Land Company, Inc.; A.G. Spanos
Management, Inc., the Spanos Corporation

IN THE UNITED STATED DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| National Fair Housing Alliance, Inc., et al., | ) | CASE NO. C07-03255-SBA |
|---|---|---|
| Plaintiffs, | ) | **[PROPOSED] ORDER GRANTING DEFENDANTS A.G. SPANOS CONSTRUCTION, INC.; A.G. SPANOS DEVELOPMENT, INC.; A.G. SPANOS LAND COMPANY, INC.; A.G. SPANOS MANAGEMENT, INC., AND THE SPANOS CORPORATION'S MOTION FOR MORE DEFINITE STATEMENT RE FIRST AMENDED COMPLAINT** |
| vs. | ) | |
| A.G. Spanos Construction, Inc., et al. | ) | |
| Defendants. | ) | |
| | ) | [Fed. R. Civ. P. 12(e)] |
| | | Hearing Date: February 26, 2008<br>Time:         1:00 p.m.<br>Dept.:        Courtroom 3 |
| | | Complaint Filed: June 20, 2007 |

The motion of Defendants A.G. Spanos Construction, Inc., A.G. Spanos Development, Inc., A.G. Spanos Land Company, Inc., A.G. Spanos Management, Inc., and the Spanos Corporation, appearing through counsel, for an order for more definite statement re the First Amended Complaint under Federal Rules of Civil Procedure, rule 12(e), came on regularly for hearing on February 26, 2008, at 1:00 p.m., in Courtroom 3 in the above-entitled court,

1 located at 1301 Clay Street, 3rd Floor, Oakland, California, the Honorable Saundra Brown
2 Armstrong presiding. Lee Roy Pierce, Jr. and Thomas H. Keeling appearing on behalf of
3 Defendants, and Michael Allen appearing on behalf of Plaintiffs.
4     Having read and considered the documents submitted in support of and in opposition to
5 the motion and the arguments of counsel, and good cause appearing therefor, the Court rules as
6 follows: (1) the complaint is uncertain with respect to the number of apartment complexes sued
7 on; (2) the allegations of plaintiffs' First Amended Complaint are vague and ambiguous with
8 respect to plaintiffs' standing to sue for damages or injunctive relief under the Fair Housing
9 Amendments Act because plaintiffs do not allege facts sufficient to establish the irreducible
10 constitutional minimum for standing under Article III of the U.S. Constitution. For these
11 reasons,
12     IT IS HEREBY ORDERED that the motion for more definite statement is granted.
13
14 Dated: _____, 2008
                                  Honorable Saundra Brown Armstrong
                                  United States District Judge