1  MAXWELL M. FREEMAN, #31278
   LEE ROY PIERCE, JR., #119318
2  MICHAEL L. GUREV, #163268
   THOMAS H. KEELING, #114979
3  FREEMAN, D'AIUTO, PIERCE,
     GUREV, KEELING & WOLF
4  A PROFESSIONAL LAW CORPORATION
   1818 Grand Canal Boulevard, Suite 4
5  Stockton, California 95207
   Telephone: (209) 474-1818
6  Facsimile: (209) 474-1245
   E-mail:    lrpierce@freemanfirm.com
7             mgurev@freemanfirm.com
              tkeeling@freemanfirm.com
8
   Attorneys for Defendants A.G. Spanos
9  Construction, Inc.; A.G. Spanos
   Development, Inc.; A.G. Spanos
10 Land Company, Inc.; A.G. Spanos
   Management, Inc., The Spanos Corporation
11

12              IN THE UNITED STATED DISTRICT COURT

13            FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 14  National Fair Housing Alliance, Inc., et al., | CASE NO. C07-03255-SBA |
| 15        Plaintiffs, | [PROPOSED] ORDER GRANTING A.G. SPANOS CONSTRUCTION, |
| 16  vs. | INC.; A.G. SPANOS DEVELOPMENT, INC.; A.G. SPANOS LAND |
| 17  A.G. Spanos Construction, Inc., et al. | COMPANY, INC.; A.G. SPANOS MANAGEMENT, INC., AND THE |
| 18        Defendants. | SPANOS CORPORATION'S MOTION TO STRIKE VARIOUS CLAIMS FOR |
| 19 | RELIEF SOUGHT IN PLAINTIFFS' FIRST AMENDED COMPLAINT |
| 20 | Hearing Date: February 26, 2008 |
| 21 | Time:         1:00 p.m. |
|    | Dept.:        Courtroom 3 |
| 22 | |
|    | Complaint Filed: June 20, 2007 |

24     The motion of Defendants A.G. Spanos Construction, Inc., A.G. Spanos

25  Development, Inc., A.G. Spanos Land Company, Inc., A.G. Spanos Management, Inc., and

26  The Spanos Corporation, appearing through counsel, for an order striking various claims for

27  relief sought in Plaintiffs' first amended complaint, came on regularly for hearing on February

28  26, 2008, at 1:00 p.m., in Courtroom 3 in the above-entitled court, located at 1301 Clay

1  Street, 3rd Floor, Oakland, California, the Honorable Saundra Brown Armstrong presiding. Lee Roy Pierce, Jr. and Thomas H. Keeling appearing on behalf of Defendants, and Michael Allen appearing on behalf of Plaintiffs.

Having read and considered the documents submitted in support of and in opposition to the motion and the arguments of counsel, and good cause appearing therefor, the Court rules as follows: (1) plaintiffs' request for compensatory damages is stricken because, as a matter of law, the allegations of the First Amended Complaint do not support a recovery of compensatory damages by these plaintiffs; (2) plaintiffs' request for punitive damages is stricken because, as a matter of law, the allegations of the First Amended Complaint do not support a recovery of punitive damages by these plaintiffs; (3) plaintiffs' request for injunctive relief regarding all apartments previously built is stricken because plaintiffs have failed to state a claim upon which such relief can be granted; (4) those portions of plaintiffs' First Amended Complaint that seek relief barred by the statute of limitations are stricken; and (5) plaintiffs' claim for relief based on the "untested" and "unknown" properties is stricken because plaintiffs could not have suffered injury caused by testing untested or unknown properties. For these reasons,

IT IS HEREBY ORDERED that the motion to strike portions of plaintiffs' First Amended Complaint is granted.

Dated: _____, 2008

_____
Honorable Saundra Brown Armstrong
United States District Judge