ALLEN MATKINS LECK GAMBLE
   MALLORY & NATSIS LLP
STEPHEN S. WALTERS (BAR NO. 54746)
MAKESHA A. PATTERSON (BAR NO. 238250)
Three Embarcadero Center, 12th Floor
San Francisco, CA  94111-4074
Phone:  (415) 837-1515
Fax:  (415) 837-1516
E-Mail:  swalters@allenmatkins.com
         mpatterson@allenmatkins.com

Attorneys for Defendant
KNICKERBOCKER PROPERTIES, INC. XXXVIII

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| National Fair Housing Alliance, Inc.; Fair Housing of Marin, Inc.; Fair Housing Napa Valley, Inc.; Metro Fair Housing Services, Inc.; and Fair Housing Continuum, Inc.,<br><br>Plaintiffs,<br><br>v.<br><br>A.G. Spanos Corporation, Inc.; A.G. Spanos Development, Inc.; A.G. Spanos Land Company, Inc.; A.G. Spanos Management, Inc.; The Spanos Corporation; and<br><br>Knickerbocker Properties, Inc. XXXVIII; and Highpointe Village, L.P., Individually and as Representatives of a Class of All Others Similarly Situated,<br><br>Defendants. | Case No. C07-03255-SBA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT KNICKERBOCKER PROPERTIES, INC. XXXVIII MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Date:  February 26, 2008<br>Time:  1:00 p.m.<br>Ctrm:  3<br><br>Amended Complaint Filed:  October 12, 2007 |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

728603.01/SF

Case No. C07-03255-SBA
[PROPOSED] ORDER GRANTING KNICKERBOCKER'S MOTION TO DISMISS

1  The motion of defendant Knickerbocker Properties, Inc. XXXVIII ("Knickerbocker") for
2  an order dismissing Plaintiffs National Fair Housing Alliance, Inc., Fair Housing of Marin, Inc.,
3  Fair Housing Napa Valley, Inc., Metro Fair Housing Services, Inc., and Fair Housing Continuum,
4  Inc. (collectively "Plaintiffs") claims against Knickerbocker came on regularly for hearing on
5  February 26, 2008, at 1:00 p.m. in Courtroom 3 of the above-entitled court, located at 1301 Clay
6  Street, 3rd Floor, Oakland, California, before the Honorable Saundra Brown Armstrong.

7  Having read and considered the documents submitted in support of and in opposition to
8  Knickerbocker's motion, and the arguments of counsel, and good cause appearing therefore,

9  IT IS HEREBY ORDERED that Knickerbocker's motion to dismiss Plaintiffs' First
10 Amended Complaint is granted.

Dated: _____, 2008

Honorable Saundra Brown Armstrong
United States District Judge

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

728603.01/SF

Case No. C07-03255-SBA
[PROPOSED] ORDER GRANTING KNICKERBOCKER'S MOTION TO DISMISS