1  ALLEN MATKINS LECK GAMBLE
   MALLORY & NATSIS LLP
2  STEPHEN S. WALTERS (BAR NO. 54746)
   MAKESHA A. PATTERSON (BAR NO. 238250)
3  Three Embarcadero Center, 12th Floor
   San Francisco, CA  94111-4074
4  Phone:  (415) 837-1515
   Fax:  (415) 837-1516
5  E-Mail:  swalters@allenmatkins.com
            mpatterson@allenmatkins.com
6
   Attorneys for Defendant
7  KNICKERBOCKER PROPERTIES, INC. XXXVIII

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| National Fair Housing Alliance, Inc.; Fair Housing of Marin, Inc.; Fair Housing Napa Valley, Inc.; Metro Fair Housing Services, Inc.; and Fair Housing Continuum, Inc., <br><br>Plaintiffs, <br><br>v. <br><br>A.G. Spanos Corporation, Inc.; A.G. Spanos Development, Inc.; A.G. Spanos Land Company, Inc.; A.G. Spanos Management, Inc.; The Spanos Corporation; and <br><br>Knickerbocker Properties, Inc. XXXVIII; and Highpointe Village, L.P., Individually and as Representatives of a Class of All Others Similarly Situated, <br><br>Defendants. | Case No. C07-03255-SBA <br><br>**DEFENDANT KNICKERBOCKER PROPERTIES, INC. XXXVIII'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** <br><br>[Civil L.R. 3-16] <br><br>Amended Complaint Filed:  October 12, 2007 |

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

728919.01/SF

- 1 -
DEFENDANT KNICKERBOCKER PROPERTIES, INC. XXXVIII'S
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

1   Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2   associations of persons, firms, partnerships, corporations or other entities (i) have a financial
3   interest in the subject matter in controversy or in a party to the proceedings, or (ii) have a non-
4   financial interest in that subject matter or in a party that could be substantially affected by the
5   outcome of this proceedings:

6   New York State Teachers' Retirement System (NYSTRS):  A public pension system
7   created and existing pursuant to Article 11 of the Education Law of the State of New York and
8   having the powers and privileges of a corporation pursuant to Section 502 thereof.

10  Dated: December 21, 2007          ALLEN MATKINS LECK GAMBLE
11                                    MALLORY & NATSIS LLP

12                                    By:  /s/  *Makesha A. Patterson*
                                         STEPHEN S. WALTERS
13                                       MAKESHA A. PATTERSON
                                         Attorneys for Defendant Knickerbocker
14                                       Properties, Inc. XXXVIII