

STEEFEL, LEVITT & WEISS
A PROFESSIONAL CORPORATION
ONE EMBARCADERO CENTER, 30TH FLOOR · SAN FRANCISCO, CA 94111-3719
Telephone: (415) 788-0900 · Facsimile: (415) 788-2019

1

2

3

4

5

6 UNITED STATES DISTRICT COURT

7 NORTHERN DISTRICT OF CALIFORNIA

8 OAKLAND DIVISION

9

10 National Fair Housing Alliance, Inc.; Fair Housing of Marin, Inc.; Fair Housing Napa Valley, Inc.; Metro Fair Housing Services, Inc.; and Fair Housing Continuum, Inc.,

Case No. C07-3255 (SBA)

11

**[PROPOSED] ORDER GRANTING DEFENDANT HIGHPOINTE VILLAGE, L.P'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED**

12 Plaintiffs,

13 v.

14 A.G. Spanos Construction, Inc.; A.G. Spanos Development, Inc.; A. G. Spanos Land Company, Inc.; A.G. Spanos Management, Inc.; The Spanos Corporation and Knickerbocker Properties, Inc. XXXVIII; and Highpointe Village, L.P. Individually and As Representatives of a Class of All Others Similarly Situated,

Date:        February 26, 2008
Time:        1:00 p.m.
Dept:        Courtroom 3 (3rd Floor)
Judge:       Hon. Saundra Brown Armstrong
Complaint Filed:    June 20, 2007

15

16

17

18

19 Defendants.

20

21

22

23

24

25

26

27

28

1  Defendant Highpointe Village, L.P.'s ("Highpointe Village") Motion to Dismiss the First

2  Amended Complaint, filed by Plaintiffs National Fair Housing Alliance, Inc., Fair Housing of

3  Marin, Inc., Fair Housing Napa Valley, Inc., Metro Fair Housing Services, Inc., and Fair Housing

4  Continuum, Inc. (collectively, "Plaintiffs") came on for hearing on February 26, 2008, at 1:00

5  p.m., in Courtroom 3, of the Honorable Saundra Brown Armstrong, presiding.  Shirley E.

6  Jackson, Esq., appeared on behalf of Defendant Highpointe Village, L.P.  D. Scott Chang, Esq.

7  appeared on behalf of Plaintiffs.  Lee Roy Pierce, Jr., Esq. and Thomas H. Keeling, Esq. appeared

8  on behalf of the A.G. Spanos Defendants.

9  After reviewing and considering the papers submitted by the parties, the files and records

10  in this matter, and having heard and considered oral argument of counsel, and good cause appears

11  therefore:

12  IT IS ORDERED that Defendant Highpointe Village, L.P.'s Motion to Dismiss Plaintiffs'

13  First Amended Complaint is GRANTED.  Pursuant to Federal Rule of Civil Procedure 12(b)(6),

14  Plaintiffs' First Amended Complaint is dismissed with prejudice as to Highpointe Village on the

15  ground that Plaintiffs' claims against Highpointe Village fail to state a claim upon which relief

16  may be granted.

17  IT IS SO ORDERED.

18  Dated: _____, 2008

19

20  _____

21  Honorable Saundra Brown Armstrong
United States District Judge

22

23

24

25

26

27

28

STEEFEL, LEVITT & WEISS
A PROFESSIONAL CORPORATION
ONE EMBARCADERO CENTER, 30TH FLOOR · SAN FRANCISCO, CA  94111-3719
Telephone: (415) 788-0900 · Facsimile: (415) 788-2019