ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
STEPHEN S. WALTERS (BAR NO. 54746)
MAKESHA A. PATTERSON (BAR NO. 238250)
Three Embarcadero Center, 12th Floor
San Francisco, CA  94111-4074
Phone:  (415) 837-1515
Fax:  (415) 837-1516
E-Mail:  swalters@allenmatkins.com
         mpatterson@allenmatkins.com

Attorneys for Defendant
KNICKERBOCKER PROPERTIES, INC. XXXVIII

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| National Fair Housing Alliance, Inc.; Fair Housing of Marin, Inc.; Fair Housing Napa Valley, Inc.; Metro Fair Housing Services, Inc.; and Fair Housing Continuum, Inc.,<br><br>Plaintiffs,<br><br>v.<br><br>A.G. Spanos Corporation, Inc.; A.G. Spanos Development, Inc.; A.G. Spanos Land Company, Inc.; A.G. Spanos Management, Inc.; The Spanos Corporation; and<br><br>Knickerbocker Properties, Inc. XXXVIII; and Highpointe Village, L.P., Individually and as Representatives of a Class of All Others Similarly Situated,<br><br>Defendants. | Case No. C07-03255-SBA<br><br>**DEFENDANT KNICKERBOCKER PROPERTIES, INC. XXXVIII'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>[Civil L.R. 3-16]<br><br>Amended Complaint Filed:   October 12, 2007 |

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2  associations of persons, firms, partnerships, corporations or other entities (i) have a financial
3  interest in the subject matter in controversy or in a party to the proceedings, or (ii) have a non-
4  financial interest in that subject matter or in a party that could be substantially affected by the
5  outcome of this proceedings:

6  New York State Teachers' Retirement System (NYSTRS):  A public pension system
7  created and existing pursuant to Article 11 of the Education Law of the State of New York and
8  having the powers and privileges of a corporation pursuant to Section 502 thereof.

9

10  Dated: December 21, 2007         ALLEN MATKINS LECK GAMBLE
11                                                                  MALLORY & NATSIS LLP

12                                                          By:   /s/  *Makesha A. Patterson*
                                                                 STEPHEN S. WALTERS
13                                                               MAKESHA A. PATTERSON
                                                                 Attorneys for Defendant Knickerbocker
14                                                               Properties, Inc. XXXVIII

15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

728919.01/SF

- 2 -
DEFENDANT KNICKERBOCKER PROPERTIES, INC. XXXVIII'S
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS