```
1  MAXWELL M. FREEMAN, #31278
   LEE ROY PIERCE, JR., #119318
2  MICHAEL L. GUREV, #163268
   THOMAS H. KEELING, #114979
3  FREEMAN, D'AIUTO, PIERCE,
     GUREV, KEELING & WOLF
4  A PROFESSIONAL LAW CORPORATION
   1818 Grand Canal Boulevard, Suite 4
5  Stockton, California 95207
   Telephone: (209) 474-1818
6  Facsimile:  (209) 474-1245
   E-mail:      lrpierce@freemanfirm.com
7                mgurev@freemanfirm.com
                 tkeeling@freemanfirm.com
8
   Attorneys for Defendants A.G. Spanos
9  Construction, Inc.; A.G. Spanos
   Development, Inc.; A.G. Spanos
10 Land Company, Inc.; A.G. Spanos
   Management, Inc., The Spanos Corporation
11
```

## IN THE UNITED STATED DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| National Fair Housing Alliance, Inc., et al., | CASE NO. C07-03255-SBA |
|---|---|
| Plaintiffs, | AMENDED NOTICE OF MOTION AND MOTION OF A.G. SPANOS CONSTRUCTION, INC.; A.G. SPANOS DEVELOPMENT, INC.; A.G. SPANOS LAND COMPANY, INC.; A.G. SPANOS MANAGEMENT, INC., AND THE SPANOS CORPORATION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT FOR FAILURE TO JOIN NECESSARY AND INDISPENSABLE PARTIES |
| vs. | |
| A.G. Spanos Construction, Inc., et al. | |
| Defendants. | |

[Fed. R. Civ. P., Rules 12(b)(7) & 19]]

Hearing Date: March 11, 2008
Time: 1:00 p.m.
Dept.: Courtroom 3

Complaint Filed: June 20, 2007

**TO PLAINTIFFS AND THEIR ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE** that on March 11, 2008, at 1:00 p.m., or as soon thereafter as this matter may be heard, in Courtroom 3 of the above-entitled court, located at 1301 Clay Street, 3rd Floor, Oakland, California, Defendants A.G. Spanos Construction, Inc., A.G.

1  Spanos Development, Inc., A.G. Spanos Land Company, Inc., A.G. Spanos Management,
2  Inc., and The Spanos Corporation ("Spanos Defendants") will and hereby do move this court,
3  pursuant to rule 12(b)(7) of the Federal Rules of Civil Procedure, for an order dismissing
4  Plaintiffs' National Fair Housing Alliance, Inc., Fair Housing Of Marin, Inc., Fair Housing
5  Napa Valley, Inc., Metro Fair Housing Services, Inc., Fair Housing Continuum, Inc.
6  ("Plaintiffs") First Amended Complaint for failure to join necessary and indispensable parties.

7      The basis of this Motion, as set forth more fully in the Memorandum of Points and
8  Authorities, filed on December 21, 2007, is that: (1) the current owners of the affected
9  properties, as well as the tenants living in the affected properties and the lenders whose loans
10 are secured by the affected properties, are necessary and/or indispensable parties to this action,
11 in which plaintiffs seek, among other things, an injunction requiring the rebuilding or
12 retrofitting of the affected properties, and (2) plaintiffs have failed to join the current owners,
13 tenants and secured lenders.

14     This Motion will be based upon this Amended Notice of Motion and Motion, the
15 Memorandum of Points and Authorities in support of this Motion, the Request for Judicial
16 Notice in support of this Motion, and the pleadings, orders, records and documents on file in
17 this case, as well as such oral and documentary evidence as may be properly presented at the
18 time of the hearing on this Motion.

19     Opposition, if any, to the granting of the motion must be served and filed not less than
20 twenty-one (21) days before the hearing date. If the party against whom the motion is directed
21 does not oppose the motion, that party must file with the Court a Statement of Nonopposition
22 within the time for filing and serving any opposition. *See* Local Rule 7-3(a) and 7-3(b).

23 Dated: January 7, 2008

FREEMAN, D'AIUTO, PIERCE, GUREV, KEELING & WOLF

By _____
THOMAS H. KEELING
Attorneys for Defendants A.G. Spanos Construction, Inc.; A.G. Spanos Development, Inc.; A.G. Spanos Land Company, Inc.; A.G. Spanos Management, Inc., The Spanos Corporation