1 | MAXWELL M. FREEMAN, #31278
  | LEE ROY PIERCE, JR., #119318
2 | MICHAEL L. GUREV, #163268
  | THOMAS H. KEELING, #114979
3 | FREEMAN, D'AIUTO, PIERCE,
  |   GUREV, KEELING & WOLF
4 | A PROFESSIONAL LAW CORPORATION
  | 1818 Grand Canal Boulevard, Suite 4
5 | Stockton, California 95207
  | Telephone: (209) 474-1818
6 | Facsimile: (209) 474-1245
  | E-mail:    lrpierce@freemanfirm.com
7 |            mgurev@freemanfirm.com
  |            tkeeling@freemanfirm.com
8 |
  | Attorneys for Defendants A.G. Spanos
9 | Construction, Inc.; A.G. Spanos
  | Development, Inc.; A.G. Spanos
10| Land Company, Inc.; A.G. Spanos
  | Management, Inc., The Spanos Corporation

IN THE UNITED STATED DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| National Fair Housing Alliance, Inc., et al., | ) | CASE NO. C07-03255-SBA |
|---|---|---|
| Plaintiffs, | ) ) ) | AMENDED NOTICE OF MOTION AND MOTION OF DEFENDANTS A.G. |
| vs. | ) ) | SPANOS CONSTRUCTION, INC.; A.G. SPANOS DEVELOPMENT, INC.; A.G. |
| A.G. Spanos Construction, Inc., et al. | ) ) | SPANOS LAND COMPANY, INC.; A.G. SPANOS MANAGEMENT, INC., AND |
| Defendants. | ) ) ) | THE SPANOS CORPORATION FOR MORE DEFINITE STATEMENT RE FIRST AMENDED COMPLAINT |

[Fed. R. Civ. P. 12(e)]

Hearing Date: March 11, 2008
Time:         1:00 p.m.
Dept.:        Courtroom 3

Complaint Filed: June 20, 2007

**TO PLAINTIFFS AND THEIR ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE** that on March 11, 2008, at 1:00 p.m., or as soon thereafter as this matter may be heard, in Courtroom 3 of the above-entitled court, located at 1301 Clay Street, 3rd Floor, Oakland, California, Defendants A.G. Spanos Construction, Inc., A.G. Spanos Development, Inc., A.G. Spanos Land Company, Inc., A.G. Spanos Management,

Inc., and the Spanos Corporation ("Defendants") will and hereby do move this court, pursuant to Rule 12(e) of the Federal Rules of Civil Procedure, for an order requiring Plaintiffs National Fair Housing Alliance, Inc., Fair Housing of Marin, Inc., Fair Housing Napa Valley, Inc., Metro Fair Housing Services, Inc., Fair Housing Continuum, Inc. ("Plaintiffs") to amend their first amended complaint to clarify the "vague" and "ambiguous" allegations contained therein.

The basis of this Motion, as set forth more fully in the Memorandum of Points and Authorities, filed on December 21, 2007, is that:

I. THE COMPLAINT IS UNCERTAIN RE THE NUMBER OF COMPLEXES SUED ON.

II. THE ALLEGATIONS OF PLAINTIFFS' COMPLAINT ARE "VAGUE AND AMBIGUOUS" REGARDING PLAINTIFFS' STANDING TO SUE FOR DAMAGES OR INJUNCTIVE RELIEF UNDER THE FHAA BECAUSE PLAINTIFFS DO NOT ALLEGE FACTS SUFFICIENT TO ESTABLISH THE "IRREDUCIBLE CONSTITUTIONAL MINIMUM" FOR STANDING UNDER ARTICLE III OF THE U.S. CONSTITUTION

   A. Plaintiffs Do Not Claim To Be Members of a Protected Class under the FHAA, Nor Do They Purport to Sue on Behalf of Any Member of a Protected Class; Therefore, They Have No Standing to Sue

   B. Plaintiffs Do Not Allege Facts Sufficient To Establish the "Irreducible Constitutional Minimum" for Standing

   C. Plaintiffs Have Not Alleged Facts Sufficient to Establish Standing to Seek Damages

   D. Plaintiffs Have Failed to Allege Facts Sufficient to Establish Standing to Seek Injunctive Relief Under The FHAA re The Subject Properties

This Motion will be based upon this Amended Notice of Motion and Motion, the Memorandum of Points and Authorities in support of this Motion, the Request for Judicial Notice in support of this Motion, and the pleadings, orders, records and documents on file in this case, as well as such oral and documentary evidence as may be properly presented at the time of the hearing on this Motion.

Opposition, if any, to the granting of the motion must be served and filed not less than twenty-one (21) days before the hearing date. If the party against whom the motion is directed does not oppose the motion, that party must file with the Court a Statement of Nonopposition

/ / /

1 | within the time for filing and serving any opposition. *See* Local Rule 7-3(a) and 7-3(b).

Dated: January 7, 2008

FREEMAN, D'AIUTO, PIERCE, GUREV, KEELING & WOLF

By _____
LEE ROY PIERCE, JR.
Attorneys for Defendants A.G. Spanos Construction, Inc.; A.G. Spanos Development, Inc.; A.G. Spanos Land Company, Inc.; A.G. Spanos Management, Inc., the Spanos Corporation