1 | ALLEN MATKINS LECK GAMBLE
      MALLORY & NATSIS LLP
2 | STEPHEN S. WALTERS (BAR NO. 54746)
MAKESHA A. PATTERSON (BAR NO. 238250)
3 | Three Embarcadero Center, 12th Floor
San Francisco, CA  94111-4074
4 | Phone:  (415) 837-1515
Fax:  (415) 837-1516
5 | E-Mail:  swalters@allenmatkins.com
            mpatterson@allenmatkins.com
6 |
Attorneys for Defendant
7 | KNICKERBOCKER PROPERTIES, INC. XXXVIII

8 |

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 |

| | |
|---|---|
| 12  National Fair Housing Alliance, Inc.; Fair Housing of Marin, Inc.; Fair Housing Napa Valley, Inc.; Metro Fair Housing Services, Inc.; and Fair Housing Continuum, Inc., | Case No. C07-03255-SBA |
| 13 | **AMENDED NOTICE OF MOTION AND MOTION OF DEFENDANT KNICKERBOCKER PROPERTIES, INC. XXXVIII TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** |
| 14                                  Plaintiffs, | |
| 15                    v. | |
| 16 | [Fed. R. Civ. P. 12(b)(6)] |
| 17  A.G. Spanos Corporation, Inc.; A.G. Spanos Development, Inc.; A.G. Spanos Land Company, Inc.; A.G. Spanos Management, Inc.; | Date:   March 11, 2008 Time:   1:00 p.m. |
| 18  The Spanos Corporation; and | Ctrm:  3 |
| 19  Knickerbocker Properties, Inc. XXXVIII; and Highpointe Village, L.P., Individually and as Representatives of a Class of All Others Similarly Situated, | Amended Complaint Filed:   October 12, 2007 |
| 20 | |
| 21                       Defendants. | |
| 22 | |

23 |

24 |

25 |

26 |

27 |

28 |

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

727509.01/SF

Case No.  C07-03255-SBA
AMENDED NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT

1    **TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

2    **PLEASE TAKE NOTICE** that on March 11, 2008, at 1:00 p.m., or as soon thereafter as

3    the matter may be heard in the above-entitled court, located at 1301 Clay Street, 3rd Floor,

4    Courtroom 3, Oakland, California, Defendant Knickerbocker Properties, Inc. XXXVIII

5    ("Knickerbocker") will, and does, hereby move pursuant to Rule 12(b)(6) of the Federal Rules of

6    Civil Procedure, for an order dismissing the claims of Plaintiffs National Fair Housing Alliance,

7    Inc., Fair Housing of Marin, Inc., Fair Housing Napa Valley, Inc., Metro Fair Housing Services,

8    Inc., and Fair Housing Continuum, Inc. (collectively "Plaintiffs") against Knickerbocker.

9    This Motion is made on the grounds that Plaintiffs' claim against Knickerbocker fails to

10   state a claim upon which relief can be granted, and Plaintiffs' complaint fails to allege facts

11   sufficient to establish standing to bring this lawsuit.

12   This Motion is based on this Notice of Motion and Motion, the Memorandum of Points

13   and Authorities previously filed on December 21, 2007 in support of this Motion, the complete file

14   and records of this action, and such other oral and documentary evidence as may be presented at

15   the hearing on this Motion.

16

17
     Dated: January 7, 2007                    ALLEN MATKINS LECK GAMBLE
18                                                 MALLORY & NATSIS LLP

19                                            By: :  _/s/  Stephen S. Walters_____
                                                  STEPHEN S. WALTERS
20                                                MAKESHA A. PATTERSON
                                                  Attorneys for Defendant Knickerbocker
21                                                Properties, Inc. XXXVIII

22

23

24

25

26

27

28

LAW OFFICES
**Allen Matkins Leck Gamble**
**Mallory & Natsis LLP**

727509.01/SF

Case No.  C07-03255-SBA
AMENDED NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT