1  CLAYTON B. GANTZ (State Bar No. 116765)
   SHIRLEY E. JACKSON (State Bar No. 205872)
2  STEEFEL, LEVITT & WEISS
   A Professional Corporation
3  One Embarcadero Center, 30th Floor
   San Francisco, CA  94111-3719
4  Telephone:    (415) 788-0900
   Facsimile:    (415) 788-2019
5  Email:        cgantz@steefel.com, sjackson@steefel.com
   Attorneys for Defendant Highpointe Village, L.P.
6

7              UNITED STATES DISTRICT COURT

8             NORTHERN DISTRICT OF CALIFORNIA

9                    OAKLAND DIVISION

10
   National Fair Housing Alliance, Inc.; Fair       Case No. C07-3255 (SBA)
11 Housing of Marin, Inc.; Fair Housing Napa
   Valley, Inc.; Metro Fair Housing Services,       **AMENDED NOTICE OF MOTION
12 Inc.; and Fair Housing Continuum, Inc.,          AND MOTION OF DEFENDANT
                                                    HIGHPOINTE VILLAGE, L.P. TO
13                Plaintiffs,                        DISMISS PLAINTIFFS' FIRST
                                                    AMENDED COMPLAINT FOR
14         v.                                        FAILURE TO STATE A CLAIM UPON
                                                    WHICH RELIEF MAY BE GRANTED**
15 A.G. Spanos Construction, Inc.; A.G.
   Spanos Development, Inc.; A. G. Spanos           **[FED. RULE CIV. PROC. 12(b)(6)]**
16 Land Company, Inc.; A.G. Spanos
   Management, Inc.; The Spanos                     Date:      March 11, 2008
17 Corporation and Knickerbocker Properties,        Time:      1:00 p.m.
   Inc. XXXVIII; and Highpointe Village,            Dept:      Courtroom 3
18 L.P. Individually and As Representatives of      Judge:     Hon. Saundra Brown Armstrong
   a Class of All Others Similarly Situated,
19                                                  Complaint Filed:    June 20, 2007
                Defendants.                         Amended Complaint Filed:   October 12, 2007
20

21

22

23

24

25

26

27

28

STEEFEL, LEVITT & WEISS
A PROFESSIONAL CORPORATION
ONE EMBARCADERO CENTER, 30TH FLOOR · SAN FRANCISCO, CA  94111-3719
Telephone: (415) 788-0900 · Facsimile: (415) 788-2019

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on **March 11, 2008**, at **1:00 p.m.**, or as soon thereafter as the matter may be heard in the above-entitled court, located at 1301 Clay Street, 3rd Floor, Courtroom 3, Oakland, California, Defendant Highpointe Village, L.P. ("Highpointe") will and does hereby move pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an Order dismissing the claims of Plaintiffs National Fair Housing Alliance, Inc., Fair Housing of Marin, Inc., Fair Housing Napa Valley, Inc., Metro Fair Housing Services, Inc., and Fair Housing Continuum, Inc. (collectively, "Plaintiffs") against Highpointe.

This Motion is made on the grounds that Plaintiffs' claim against Highpointe fails to state a claim upon which relief may be granted. Plaintiffs' claim for alleged violations of the accessibility requirements of the Fair Housing Act, as amended in 1988 (the "FHA"), on which Plaintiffs base their claim for injunctive relief against Highpointe, is barred by the two-year statute of limitations. *See, e.g.*, 42 U.S.C. § 3613(a)(1)(A). Additionally, Plaintiffs' have failed to allege facts sufficient to state a cause of action under the FHA, which is necessary to support their claim for injunctive relief. Further, Plaintiffs have failed to allege facts sufficient to show standing.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities and Request for Judicial Notice previously filed and served on December 21, 2007 in support of this Motion, the complete file and records of this action, and such other oral and documentary evidence as may be presented at the hearing on this Motion.

Dated: January 9, 2008

STEEFEL, LEVITT & WEISS
A Professional Corporation

By:    /s/
      Shirley E. Jackson
      Attorneys for Defendant HIGHPOINTE
      VILLAGE , L.P.

STEEFEL, LEVITT & WEISS
A PROFESSIONAL CORPORATION
ONE EMBARCADERO CENTER, 30TH FLOOR · SAN FRANCISCO, CA 94111-3719
Telephone: (415) 788-0900 · Facsimile: (415) 788-2019