1   MAXWELL M. FREEMAN, #31278
    LEE ROY PIERCE, JR., #119318
2   MICHAEL L. GUREV, #163268
    THOMAS H. KEELING, #114979
3   FREEMAN, D'AIUTO, PIERCE,
      GUREV, KEELING & WOLF
4   A PROFESSIONAL LAW CORPORATION
    1818 Grand Canal Boulevard, Suite 4
5   Stockton, California  95207
    Telephone: (209) 474-1818
6   Facsimile:  (209) 474-1245
    E-mail:     lrpierce@freemanfirm.com
7               mgurev@freemanfirm.com
                tkeeling@freemanfirm.com
8
    Attorneys for Defendants A.G. Spanos
9   Construction, Inc.; A.G. Spanos
    Development, Inc.; A.G. Spanos
10  Land Company, Inc.; A.G. Spanos
    Management, Inc., The Spanos Corporation
11

12              IN THE UNITED STATED DISTRICT COURT

13          FOR THE NORTHERN DISTRICT OF CALIFORNIA

14  National Fair Housing Alliance, Inc., et al.,   )   CASE NO.  C07-03255-SBA
                                                    )
15                    Plaintiffs,                   )   **NOTIFICATION OF CHANGE IN
                                                    )   STATUS OF AUTHORITY CITED**
16  vs.                                             )
                                                    )   Hearing Date: March 11, 2008
17  A.G. Spanos Construction, Inc., et al.          )   Time:          1:00 p.m.
                                                    )   Dept.:         Courtroom 3
18                    Defendants.                   )
                                                    )   Complaint Filed: June 20, 2007
19  _____            )

20

21          **PLEASE TAKE NOTICE** that the decision in *Garcia v. Brockway*, 503 F.3d 1092 (9th

22  Cir. 2007), cited in various motions filed on December 21, 2007 by Defendants, A.G. Spanos

23  Construction, Inc., A.G. Spanos Development, Inc., A.G. Spanos Land Company, Inc., A.G.

24  Spanos Management, Inc., and The Spanos Corporation, can no longer be cited as precedent.  On

25  January 7, 2008 the Ninth Circuit ordered a rehearing *en banc* under Circuit Rule 35-3 in *Garcia*

26  *v. Brockway*.  The order provides that "[T]he three-judge panel opinion shall not be cited as

27

28  / / /

1  precedent by or to any court of the Ninth Circuit."

2  Dated: February 6, 2008                    FREEMAN, D'AIUTO, PIERCE, GUREV,
3                                             KEELING & WOLF

4
5  By _____
                  THOMAS H. KEELING
6  Attorneys    for    Defendants    A.G.    Spanos
   Construction, Inc.; A.G. Spanos Development, Inc.;
7  A.G. Spanos Land Company, Inc.; A.G. Spanos
   Management, Inc., The Spanos Corporation
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28