MANATT, PHELPS & PHILLIPS, LLP
CLAYTON B. GANTZ (State Bar No. 116765)
E-mail: cgantz@manatt.com
SHIRLEY E. JACKSON (State Bar No. 205872)
E-mail: sjackson@manatt.com
ERIN STAGG (State Bar No. 252948)
E-mail: estagg@manatt.com
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
Telephone: (415) 291-7400
Facsimile: (415) 291-7474

Attorneys for Defendant
HIGHPOINTE VILLAGE, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| National Fair Housing Alliance, Inc.; Fair Housing of Marin, Inc.; Fair Housing Napa Valley, Inc.; Metro Fair Housing Services, Inc.; and Fair Housing Continuum, Inc.,<br><br>Plaintiffs,<br><br>vs.<br><br>A.G. Spanos Construction, Inc.; A.G. Spanos Development, Inc.; A. G. Spanos Land Company, Inc.; A.G. Spanos Management, Inc.; The Spanos Corporation and Knickerbocker Properties, Inc. XXXVIII; and Highpointe Village, L.P. Individually and As Representatives of a Class of All Others Similarly Situated,<br><br>Defendant. | No. C07-03255 (SBA)<br><br>**NOTICE OF CHANGE OF FIRM NAME** |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**NOTICE OF CHANGE OF FIRM NAME [Case No. C07-03255 (SBA)]**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on February 1, 2008, Steefel, Levitt & Weiss, P.C., counsel of record for Defendant Highpointe Village, L.P., combined with the law firm of Manatt, Phelps & Phillips, LLP, and is now operating under the name of Manatt, Phelps & Phillips, LLP. Although our mailing address remains the same, our telephone number, fax number, and e-mail addresses have changed. Our new contact information is as follows:

> MANATT, PHELPS & PHILLIPS, LLP
> One Embarcadero Center, 30th Floor
> San Francisco, CA 94111
> Telephone: (415) 291-7400
> Facsimile: (415) 291-7474
> cgantz@manatt.com
> sjackson@manatt.com
> estagg@manatt.com

Dated: February 11, 2008        MANATT, PHELPS & PHILLIPS, LLP

By: /s/ Shirley E. Jackson
    Shirley E. Jackson
    *Attorneys for Defendant*
    HIGHPOINTE VILLAGE, L.P.

90003134.1