Michael Allen
Stephen M. Dane
John P. Relman
Thomas J. Keary
Pending admission *pro hac vice*
D. Scott Chang, # 146403
Relman & Dane, PLLC
1225 19th Street, NW, Suite 600
Washington, DC 20036
Telephone: (202) 728-1888
Fax: (202) 728-0848
*Attorneys for Plaintiffs*

Maxwell M. Freeman #31278
Lee Roy Pierce, Jr. #119318
Michael L. Gurev #163268
Thomas H. Keeling #114979
Freeman, D'Aiuto, Pierce
  Gurev, Keeling & Wolf, PLC
1818 Grand Canal Boulevard, Suite 4
Stockton, California 95207
Telephone (209) 474-1818
Fax: (209) 474-1245
*Attorneys for Defendants A.G. Spanos Construction, Inc.,*
*A.G. Spanos Development, Inc., A.G. Spanos Land Company, Inc.,*
*and A.G. Spanos Management, Inc.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| National Fair Housing Alliance, Inc., et al., ) | Case No. C07-3255 - SBA |
| ) | |
| Plaintiffs, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER INCREASING PAGE LIMITS** |
| v. ) | **FOR CONSOLIDATED OPPOSITION** |
| ) | **BRIEF TO SPANOS DEFENDANTS'** |
| A.G. Spanos Construction, Inc.; et al., ) | **MOTIONS (1) TO DISMISS** |
| ) | **PLAINTIFFS' FIRST AMENDED** |
| Defendants. ) | **COMPLAINT, (2) FOR MORE** |
| ) | **DEFINITE STATEMENT RE FIRST** |
| ) | **AMENDED COMPLAINT, (3) TO** |
| ) | **DISMISS FOR FAILURE TO JOIN** |
| ) | **NECESSARY AND INDISPENSABLE** |
| ) | **PARTIES, AND (4) TO STRIKE** |
| ) | **VARIOUS CLAIMS FOR RELIEF** |
| ) | **SOUGHT IN PLANTIFFS' FIRST** |
| ) | **AMENDED COMPLAINT** |
| ) | **AND FOR CONSOLIDATED REPLY** |
| ) | **BRIEF** |

1

SUBJECT TO COURT APPROVAL, Plaintiffs and Defendants A.G. Spanos Construction, Inc.; A.G. Spanos Development, Inc.; A.G. Spanos Land Company, Inc.; A.G. Spanos Management, Inc., and The Spanos Corporation (collectively "the Spanos Defendants), through their attorneys of record, (collectively, "the Parties") **HEREBY STIPULATE AS FOLLOWS:**

WHEREAS, on December 21, 2007, the Spanos Defendants filed motions (1) to Dismiss Plaintiffs' First Amended Complaint or, Alternatively, for Partial Dismissal of Plaintiffs' First Amended Complaint; (2) for More Definite Statement Re First Amended Complaint; (3) to Dismiss Plaintiffs' First Amended Complaint for Failure to Join Necessary and/or Indispensable Parties; and (4) to Strike Various Claims for Relief Sought in Plaintiffs' First Amended Complaint.

WHEREAS, four separate briefs in opposition to these motions and four separate reply briefs in support of these motions would likely generate overlapping and duplicative arguments.

WHEREAS, the Parties can consolidate their arguments as to all four motions within a single opposition or reply brief, although not within the page limits set forth in Local Rule 7-3(c).

Based upon the foregoing, the Parties hereto STIPULATE that, pursuant to this Honorable Court's approval, a single consolidated brief opposing all four motions filed on December 21, 2007 shall not exceed 60 pages and a single consolidated reply brief shall not exceed 40 pages. Both are increases to the page limits for opposition and reply briefs set forth in Local Rule 7-3(c).

2

Respectfully Submitted,

_D. Scott Chang_

Michael Allen
Stephen M. Dane
John P. Relman
Thomas J. Keary
Pending admission *pro hac vice*
D. Scott Chang, Bar No. 146403
Relman & Dane, PLLC
1225 19th Street, NW, Suite 600
Washington DC 20036
Telephone: (202) 728-1888
Fax: (202) 728-0848
*Attorneys for Plaintiffs*

Dated: February _13_, 2008

_Thomas H. Keeling_

Maxwell M. Freeman #31278
Lee Roy Pierce, Jr. #119318
Michael L. Gurev  #163268
Thomas H. Keeling #114979
Freeman, D'Aiuto, Pierce
  Gurev, Keeling & Wolf, PLC
1818 Grand Canal Boulevard, Suite 4
Stockton, California 95207
Telephone (209) 474-1818
Fax: (209) 474-1245
*Attorneys for Defendants A.G. Spanos
Construction, Inc., A.G. Spanos Development,
Inc., A.G. Spanos Land Company, Inc., A.G.
Spanos Management, Inc., and The Spanos
Corporation*

Dated: February _13_, 2008

3

**CERTIFICATE OF SERVICE**
**NORTHERN DISTRICT OF CALIFORNIA**

I hereby certify that on February 13, 2008, a copy of the foregoing Stipulation

and [Proposed] Order Increasing Page Limits for Consolidated Opposition Brief and

Reply Brief was served upon the following by electronic mail:

Maxwell M. Freeman
Lee Roy Pierce, Jr
Michael L. Gurev
Thomas H. Keeling
Freeman, D'Aiuto, Pierce, Gurev,
  Keeling & Wolf, PLC
1818 Grand Canal Boulevard, Suite 4
Stockton, California 95207
209/474-1818
Fax: 415/972-6301
Email: tkeeling@freemanfirm.com

_____
Nicholas Cain

5