## [PROPOSED] ORDER

Having considered the foregoing Stipulation, **IT IS HEREBY ORDERED** as follows:

1. A consolidated brief opposing the Spanos Defendants' motions filed on December 21, 2007—(1) to Dismiss Plaintiffs' First Amended Complaint, (2) for More Definite Statement Re: First Amended Complaint, (3) to Dismiss for Failure to Join Necessary and Indispensable Parties, and (4) to Strike Various Claims for Relief Sought in Plaintiffs' First Amended Complaint—shall not exceed 60 pages.

2. A consolidated reply brief in support of these motions shall not exceed 40 pages.

Dated:

_____
Hon. Saundra B. Armstrong

4

STIPUTLATION AND [PROPOSED] ORDER INCREASING PAGE LIMITS FOR CONSOLIDATED OPPOSITION BRIEF AND FOR CONSOLIDATED REPLY BRIEF; CASE NO. C-07-3255-SBA