# EXHIBIT 1

## Chronology of Dates of Issuance of Last Occupancy Permits

| Year | Month/Day | Complex (Exhibit no. from Spanos RFJN) | AG Spanos admits timely |
|---|---|---|---|
| 1970 | Unknown | Pinewood (106) | |
| 1975 | Unknown | Canyon Club (146)* | |
| 1990 | June 13 | Sterling Heights (92) | |
| 1991 | July 17 | Bayridge (118) | |
| 1995 | July 17 | Diamons Sands (143)* | |
| | August 31 | Eagle Ranch II (138) | |
| | October 11 | Egret's Landing (120) | |
| | December 9 | Summit Trails (147) | |
| | Unknown | Orion at Roswell Village (131) | |
| 1996 | October 5 | Alexander Gardens (142)* | |
| | December 13 | Villa Serena (139)* | |
| | Unknown | Spring Canyon (112) | |
| 1997 | January 9 | The Conventry at City View (158)* | Yes |
| | May 9 | Crescent Cove (168)* | |
| | June 6 | Statton Park (155) | |
| | August 21 | Eagle Crest (Phases I & II) (144)* | |
| | December 2 | Timberlake Apartments (141)* | |
| | November 18 | Andover Place (121) | |
| | Unknown | Pine Bluffs (113) | |
| 1998 | March 5 | Cheswyk (Phase I) (137) | |
| | April 8 | Park del Mar (124) | |
| | April 21 | View Point (101) | |
| | May 29 | Eastland Hills (150)* | |
| | July 9 | Ocotillo Bay (86) | |
| | July 9 | Big Horn/Horizon Bluffs (140) | |
| | July 10 | Summer Winds (145)* | |
| | September 28 | Sheridan Park (169)* | |
| | October 14 | Cobble Oaks (104) | |
| 1999 | January 20 | Portofino (123) | |
| | March 15 | Parkside (136) | |
| | March 17 | Chandler Park (164) | |
| | May 25 | Arrowhead Landing (88) | |
| | May 28 | Avery Pointe at City View (159)* | |
| | September 13 | Tuscany Ridge (108) | |
| | December 14 | Wade Crossing (162)* | |
| 2000 | January 7 | The Oaks (132) | |
| | January 10 | River Oaks (109) | |
| | March 27 | Addison Park (122) | |
| | April 6 | Idlewylde (130) | |
| | June 20 | Versant Place (117) | |
| | July 19 | Benton Pointe (151) | |
| | August 29 | The Fairway at Southshore (167) | |

|      |              |                                                   |     |
|------|--------------|---------------------------------------------------|-----|
|      | November 13  | Alexandria (Phase I) (119)                        |     |
| 2001 | February 8   | Asperey Place (114)                               |     |
|      | April 6      | Rolling Oaks (93)                                 |     |
|      | May 21       | Willow Springs (95)                               |     |
|      | May 31       | Berkeley Place (135)                              |     |
|      | October 3    | Biscayne Bay (Phases I & II) (87)                 |     |
|      | November 4   | Aventine (96)                                     |     |
|      | November 15  | Canyon Vista (Phase I) (148)*                     |     |
| 2002 | April 12     | Amesbury Court (163)*                             |     |
|      | May 13       | Sonoma Ridge (89)                                 |     |
|      | July 10      | Lucerne at Lake (115)                             |     |
|      | July 18      | The Commons (110)*                                |     |
|      | September 5  | Mountain Shadows (102)*                           |     |
|      | September 5  | Escalon at Canyon Creek (Phase I) (156)           |     |
|      | October 10   | Lansbrook at Twin Creeks (152)*                   |     |
| 2003 | July 22      | Cambria at Coyote Ridge (157)                     |     |
|      | October 7    | Bristol Bay at Desert Highlands (149)*            |     |
|      | November 17  | Highpointe Village (134)*                         |     |
|      | November 25  | Hawthorne Village (98)*                           |     |
|      | December 12  | Tuscany Ridge (90)                                |     |
| 2004 | April 8      | The Pavillions (107)*                             |     |
|      | June 8       | The Hamlin at Lake Brandon (116)                  |     |
|      | October 20   | North Pointe (111)*                               |     |
| 2005 | January 12   | The Enclave (97)                                  |     |
|      | March 8      | Fairmont (160)                                    |     |
|      | September 22 | Park Crossing (94)*                               | Yes |
|      | September 26 | Highlands (Phase II of Highpointe Village) (134A) | Yes |
|      | October 31   | Auberry at Twin Creeks (153)*                     | Yes |
|      | November 21  | Cheval (165)                                      | Yes |
| 2006 | March 21     | Belterra (161)*                                   | Yes |
|      | April 21     | Stone Canyon (100)                                | Yes |
|      | May 17       | Tamarron (91)*                                    | Yes |
|      | June 8       | Windsor at Redwoodd Creek (103)*                  | Yes |
|      | July 13      | Arlington at Northwood (125)*                     | Yes |
|      | October 17   | Ashgrove Place (99)                               | Yes |
|      | November 14  | Delano at Cypress Creek (126)*                    | Yes |
| 2007 | January 16   | Sycamore Terrace (105)*                           | Yes |
|      | January 22   | The Battery at Chamblee (129)*                    | Yes |
|      |              |                                                   |     |
| Under Construction not issued | | The Alexander at the District (127)   | Yes |
|      |              | The Alexander at the Perimeter (128)              | Yes |
|      |              | Corbin Crossing (133)                             | Yes |
|      |              | Wyndhaven (154)                                   | Yes |
|      |              | Monterra (166)                                    | Yes |

*Starred properties have been tested by NFHA.