Michael G. Allen
RELMAN & DANE, PLLC
1225 19th Street, NW, Suite 600
Washington, DC 20036
(202) 728-1888

FILED

2008 MAR 14  AM 10: 24

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

National Fair Housing Alliance, Inc., et al.,

                                                CASE NO. C07-03255-SBA

                    Plaintiff(s),

            v.                                  **APPLICATION FOR**
                                                **ADMISSION OF ATTORNEY**
A.G. Spanos Construction, Inc., et al.,         *PRO HAC VICE*

_____ Defendant(s).        /

    Pursuant to Civil L.R. 11-3, Michael G. Allen                    , an active member in

good standing of the bar of  the District of Columbia                    , hereby applies

for admission to practice in the Northern District of California on a pro hac vice basis

representing  Plaintiffs NFHA, Inc., et al.,           in the above-entitled action.

    In support of this application, I certify on oath that:

    1.    I am an active member in good standing of a United States Court or of the highest

          court of another State or the District of Columbia, as indicated above;

    2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local

          Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to

          become familiar with the Local Rules and the Alternative Dispute Resolution

          programs of this Court; and,

    3.    An attorney who is a member of the bar of this Court in good standing and who

          maintains an office within the State of California has been designated as co-

          counsel in the above-entitled action. The name, address and telephone number of

          that attorney is:

          Peter G. Lomhoff, 1300 Clay Street, Suite 820, Oakland, CA 94612
          (510) 763-5611

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3/7/08

Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611001932
Cashier ID: collink
Transaction Date: 03/14/2008
Payer Name: Relman and Dane, PLLC
------------------------------------
PRO HAC VICE
 For: Michael G. Allen
 Case/Party: D-CAN-4-08-AT-PROHAC-001
 Amount:       $210.00
------------------------------------
CHECK
 Check/Money Order Num: 4043
 Amt Tendered: $210.00
------------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

C-07-3255-SBA  for Michael G. Allen


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.