RECEIVED

1 MAR 1 4 2008

2 RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

Northern District of California

4

5  National Fair Housing Alliance, Inc., et al.,

6                                                    CASE NO.  C07-03255-SBA

7                                                    (Proposed)
                    Plaintiff(s),                    ORDER GRANTING APPLICATION
8          v.                                        FOR ADMISSION OF ATTORNEY
                                                     *PRO HAC VICE*
9  A.G. Spanos Construction, Inc., et al.,

10

11

                    Defendant(s).
12  _____ /

13  Michael G. Allen                          , an active member in good standing of the bar of

14  the District of Columbia                  whose business address and telephone number

15  (particular court to which applicant is admitted)

16  is  RELMAN & DANE, PLLC
        1225 19th Street, NW, Suite 600
17      Washington, DC 20036
        (202) 728-1888
18                                                                                    ,

19  having applied in the above-entitled action for admission to practice in the Northern District of

20  California on a *pro hac vice* basis, representing Plaintiffs, National Fair Housing Alliance, Inc. et al.

21       IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

22  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

23  *vice*. Service of papers upon and communication with co-counsel designed in the application will

24  constitute notice to the party. All future filings in this action are subject to the requirements

25  contained in General Order No. 45, *Electronic Case Filing*.

26

27  Dated:

28                                          _____

                                            United States District      Judge
                                            Saundra Brown Armstrong