| | |
|---|---|
| Clerk's Use Only<br>Initial for fee pd.:  | |

Thomas J. Keary
RELMAN & DANE, PLLC
1225 19th Street, NW, Suite 600
Washington, DC 20036
(202) 728-1888

**FILED**
MAR 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

National Fair Housing Alliance, Inc., et al.,

            Plaintiff(s),

v.

A.G. Spanos Construction, Inc., et al.,

            Defendant(s).

CASE NO. C07-03255-SBA

**APPLICATION FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*



Pursuant to Civil L.R. 11-3, Thomas J. Keary, an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiffs NFHA, Inc., et al., in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

    Peter G. Lomhoff, 1300 Clay Street, Suite 820, Oakland, CA 94612
    (510) 763-5611

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3/8/08



```
Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611001938
Cashier ID: collink
Transaction Date: 03/14/2008
Payer Name: Kelman and Dane PLLC
------------------------------------
PRO HAC VICE
 For: Thomas J. Keary
 Case/Party: D-CAN-4-08-AT-PROHAC-001
 Amount:        $210.00
------------------------------------
CHECK
 Check/Money Order Num: 4045
 Amt Tendered:  $210.00
------------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

C-07-3255-SBA for Thomas J. Keary


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```