**RECEIVED**

MAR 1 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| National Fair Housing Alliance, Inc., et al., | CASE NO. C07-03255-SBA |
| Plaintiff(s), | **(Proposed)** **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |
| v. | |
| A.G. Spanos Construction, Inc., et al., | |
| Defendant(s). | |

Stephen M. Dane                               , an active member in good standing of the bar of

U.S. District Court - Southern District of Ohio       whose business address and telephone number

(particular court to which applicant is admitted)

is  RELMAN & DANE, PLLC
    1225 19th Street, NW, Suite 600
    Washington, DC 20036
    (202) 728-1888                                                                    ,

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing Plaintiffs, National Fair Housing Alliance, Inc. et al.

   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated:

                                                           _____
                                                           United States District    Judge
                                                           Saundra Brown Armstrong

UNITED STATES DISTRICT COURT
For the Northern District of California