**RECEIVED**

MAR 14 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**FILED**

MAR 17 2008

RICHARD W. WIEKING
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| National Fair Housing Alliance, Inc., et al., | CASE NO. C07-03255-SBA |
| Plaintiff(s), | **(Proposed)** **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| v. | |
| A.G. Spanos Construction, Inc., et al., | |
| Defendant(s). | |

Stephen M. Dane , an active member in good standing of the bar of U.S. District Court - Southern District of Ohio whose business address and telephone number (particular court to which applicant is admitted) is RELMAN & DANE, PLLC
1225 19th Street, NW, Suite 600
Washington, DC 20036
(202) 728-1888

,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs, National Fair Housing Alliance, Inc. et al.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 3-14-08

_____
United States District     Judge
Saundra Brown Armstrong