**RECEIVED**

MAR 1 4 2008

RICHARD W. WIEKING
CLERK, U.S. D STRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**FILED**

UNITED STATES DISTRICT COURT

Northern District of California    MAR 1 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | |
|---|---|
| National Fair Housing Alliance, Inc., et al., | |
| | **CASE NO. C07-03255-SBA** |
| Plaintiff(s), | **(Proposed)** |
| v. | **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** |
| A.G. Spanos Construction, Inc., et al., | ***PRO HAC VICE*** |
| Defendant(s). / | |

Thomas J. Keary                                    , an active member in good standing of the bar of

the District of Columbia                                    whose business address and telephone number

(particular court to which applicant is admitted)

is  RELMAN & DANE, PLLC
    1225 19th Street, NW, Suite 600
    Washington, DC 20036
    (202) 728-1888

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing Plaintiffs, National Fair Housing Alliance, Inc. et al.

    IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac

vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.


Dated:  3-14-08


_____
United States District      Judge
Saundra Brown Armstrong

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**