ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
STEPHEN S. WALTERS (BAR NO. 54746)
MAKESHA A. PATTERSON (BAR NO. 238250)
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
Phone: (415) 837-1515
Fax: (415) 837-1516
E-Mail: swalters@allenmatkins.com
        mpatterson@allenmatkins.com

Attorneys for Defendant
KNICKERBOCKER PROPERTIES, INC. XXXVIII

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| National Fair Housing Alliance, Inc.; Fair Housing of Marin, Inc.; Fair Housing Napa Valley, Inc.; Metro Fair Housing Services, Inc.; and Fair Housing Continuum, Inc.,<br><br>Plaintiffs,<br><br>v.<br><br>A.G. Spanos Corporation, Inc.; A.G. Spanos Development, Inc.; A.G. Spanos Land Company, Inc.; A.G. Spanos Management, Inc.; The Spanos Corporation; and<br><br>Knickerbocker Properties, Inc. XXXVIII; and Highpointe Village, L.P., Individually and as Representatives of a Class of All Others Similarly Situated,<br><br>Defendants. | Case No. C07-03255-SBA<br><br>**STIPULATION TO EXTEND THE TIME FOR DEFENDANT KNICKERBOCKER PROPERTIES, INC. XXXVIII TO ANSWER FIRST AMENDED COMPLAINT**<br><br>[Civil L.R. 6-1]<br><br>Amended Complaint Filed: October 12, 2007 |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

736644.01/SF

STIPULATION TO EXTEND THE TIME FOR DEFENDANT KNICKERBOCKER
PROPERTIES, INC. XXXVIII TO RESPOND TO FIRST AMENDED COMPLAINT

1  **IT IS HEREBY STIPULATED** by and between Plaintiffs National Fair Housing
2  Alliance, Inc., Fair Housing of Marin, Inc., Fair Housing Napa Valley, Inc., Metro Fair Housing
3  Services, Inc., and Fair Housing Continuum, Inc. (collectively "Plaintiffs"), on the one hand, and
4  Defendant Knickerbocker Properties, Inc. XXXVIII ("Knickerbocker"), on the other hand, by and
5  through their respective attorneys, in the action entitled, *National Fair Housing Alliance, Inc. et
6  al. v. A.G. Spanos Construction, Inc., et al.,* ND C07-03255-SBA, as follows:
7      1. On October 12, 2007, Plaintiffs filed their First Amended Complaint ("Amended
8  Complaint") in the Northern District of California, against numerous defendants, including
9  Knickerbocker.
10     2. On December 21, 2007, Knickerbocker filed a Motion to Dismiss Plaintiffs' Amended
11 Complaint. On April 4, 2008, the Honorable Saundra Brown Armstrong issued an Order denying
12 Knickerbocker's Motion to Dismiss.
13     3. Knickerbocker's response to the Amended Complaint is currently due to be filed on or
14 before April 14, 2008.
15     4. A case management conference in this matter is scheduled for April 24, 2008.
16     5. Subject to any deadlines that may be agreed to between the parties or set by the Court
17 at the case management conference, Plaintiffs and Knickerbocker stipulate and agree that
18 Knickerbocker shall have a twenty-one (21) day extension of time, to and through May 5, 2008, to
19 answer Plaintiffs' Amended Complaint.
20
21     IT IS SO STIPULATED.

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

736644.01/SF    STIPULATION TO EXTEND THE TIME FOR DEFENDANT KNICKERBOCKER
PROPERTIES, INC. XXXVIII TO RESPOND TO FIRST AMENDED COMPLAINT

1  Dated: April 9, 2008         RELMAN & DANE PLLC

2                                By: /s/ Michael Allen

3                                MICHAEL ALLEN
                                 STEPHEN M. DANE
                                 THOMAS J. KEARY
4                                D. SCOTT CHANG
                                 Attorneys for Plaintiffs

5

6

7  Dated: April 9, 2008         ALLEN MATKINS LECK GAMBLE
                                 MALLORY & NATSIS LLP
8
                                By: /s/ Stephen S. Walters
9
                                 STEPHEN S. WALTERS
                                 MAKESHA A. PATTERSON
10                               Attorneys for Defendant Knickerbocker
                                 Properties, Inc. XXXVIII

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

736644.01/SF   STIPULATION TO EXTEND THE TIME FOR DEFENDANT KNICKERBOCKER
               PROPERTIES, INC. XXXVIII TO RESPOND TO FIRST AMENDED COMPLAINT