| | |
|---|---|
| 1 | MAXWELL M. FREEMAN, #31278 |
|   | LEE ROY PIERCE, JR., #119318 |
| 2 | THOMAS H. KEELING, #114979 |
|   | FREEMAN, D'AIUTO, PIERCE, |
| 3 |   GUREV, KEELING & WOLF |
|   | A PROFESSIONAL LAW CORPORATION |
| 4 | 1818 Grand Canal Boulevard, Suite 4 |
|   | Stockton, California 95207 |
| 5 | Telephone: (209) 474-1818 |
|   | Facsimile:  (209) 474-1245 |
| 6 | E-mail:       lrpierce@freemanfirm.com |
|   |               tkeeling@freemanfirm.com |
| 7 | |
|   | Attorneys for Defendants A.G. Spanos |
| 8 | Construction, Inc.; A.G. Spanos |
|   | Development, Inc.; A.G. Spanos |
| 9 | Land Company, Inc.; A.G. Spanos |
|   | Management, Inc., The Spanos Corporation |

IN THE UNITED STATED DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| National Fair Housing Alliance, Inc., et al., | CASE NO. C07-03255-SBA |
| Plaintiffs, | STIPULATION TO EXTEND THE TIME FOR DEFENDANTS A.G. SPANOS CONSTRUCTION, INC., A.G. SPANOS DEVELOPMENT, INC., A.G. SPANOS LAND COMPANY, INC., A.G. SPANOS MANAGEMENT, INC., AND THE SPANOS CORPORATION TO RESPOND TO FIRST AMENDED COMPLAINT |
| vs. | |
| A.G. Spanos Construction, Inc., et al. | |
| Defendants. | |
| | [Civil L.R. 6-1] |
| | Original Complaint Filed: June 20, 2007 |
| | Amended Complaint Filed: Oct. 12, 2007 |

IT IS HEREBY STIPULATED by and between plaintiffs National Fair Housing Alliance, Inc., Fair Housing of Marin, Inc., Fair Housing Napa Valley, Inc., Metro Fair Housing Services, Inc., and Fair Housing Continuum, Inc. (collectively, "Plaintiffs"), on the one hand, and defendants A.G. Spanos Construction, Inc., A.G. Spanos Development, Inc., A.G. Spanos Land Company, Inc., A.G. Spanos Management, Inc., and The Spanos Corporation (collectively, "Spanos Defendants"), on the other, by and through their respective attorneys herein, as follows:

1. On June 20, 2007, Plaintiffs commenced this action by filing their Complaint.

2. On October 12, 2007, Plaintiffs filed their First Amended Complaint herein, naming multiple defendants, including the Spanos Defendants.

3. On December 21, 2007, the Spanos Defendants filed a Motion to Dismiss the Amended Complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure, as well as three related motions, in response to Plaintiffs' First Amended Complaint. On April 4, 2008, the Honorable Saundra Brown Armstrong issued an Order denying the Spanos Defendants' motions.

4. The Spanos Defendants' response to the First Amended Complaint is currently due on or before April 14, 2008.

5. A case management conference in this matter is currently scheduled for April 24, 2008.

6. Subject to any deadlines that may be agreed to between the parties or set by the Court at the case management conference, Plaintiffs and the Spanos Defendants stipulate and agree that the Spanos Defendants shall have a forty-five (45) day extension of time, to and through May 29, 2008, to respond to Plaintiffs' First Amended Complaint.

Dated: April 10, 2008

FREEMAN, D'AIUTO, PIERCE,
 GUREV, KEELING & WOLF
A PROFESSIONAL LAW CORPORATION

By: _____
THOMAS H. KEELING
Attorneys for Defendants A.G. Spanos Construction, Inc.; A.G. Spanos Development, Inc.; A.G. Spanos Land Company, Inc.; A.G. Spanos Management, Inc.; The Spanos Corporation

Dated: April 10, 2008

RELMAN & DANE PLLC

By: _____ FOR
Michael Allen, Esq.
Attorneys for Plaintiffs