1  MANATT, PHELPS & PHILLIPS, LLP
   ANDREW A. BASSAK (State Bar No. 162440)
2  SHIRLEY E. JACKSON (State Bar No. 205872)
   One Embarcadero Center, 30th Floor
3  San Francisco, CA 94111
   Telephone: (415) 291-7400
4  Facsimile: (415) 291-7474
   E-mail:    abassak@manatt.com
5             sjackson@manatt.com

6  Attorneys for Defendant
   HIGHPOINTE VILLAGE, L.P.
7

8                UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT

10

11 | National Fair Housing Alliance, Inc.; Fair Housing of Marin, Inc.; Fair Housing Napa Valley, Inc.; Metro Fair Housing Services, Inc.; and Fair Housing Continuum, Inc., | No. C07-03255-SBA |
   | --- | --- |
   | Plaintiffs, | **STIPULATION TO EXTEND THE TIME FOR DEFENDANT HIGHPOINTE VILLAGE, L.P. TO RESPOND TO THE FIRST AMENDED COMPLAINT** |
   | vs. | [Civil. L.R. 6-1] |
   | A.G. Spanos Construction, Inc.; A.G. Spanos Development, Inc.; A.G. Spanos Land Company, Inc.; A.G. Spanos Management, Inc.; The Spanos Corporation; and | Amended Complaint Filed: October 12, 2007 |
   | Knickerbocker Properties, Inc. XXXVIII; and Highpointe Village, L.P., Individually and as Representatives of a Class of All Others Similarly Situated, | |
   | Defendants. | |

24  **IT IS HEREBY STIPULATED** by and between Plaintiffs National Fair Housing
25  Alliance, Inc., Fair Housing of Marin, Inc., Fair Housing Napa Valley, Inc., Metro Fair Housing
26  Services, Inc., and Fair Housing Continuum, Inc. (collectively "Plaintiffs"), on the one hand, and
27  Defendant Highpointe Village, Inc. ("Highpointe"), on the other hand, by and through their
28  respective attorneys, in the above-captioned action entitled as follows:

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION TO EXTEND THE TIME TO
RESPOND TO FIRST AMENDED COMPLAINT,
NO. C07-03255-SBA

1. On October 12, 2007, Plaintiffs filed their First Amended Complaint ("Amended Complaint") in the Northern District of California, against numerous Defendants, including Highpointe.

2. On December 21, 2007, Highpointe filed a Motion to Dismiss Plaintiffs' Amended Complaint. On April 4, 2008, the Honorable Saundra Brown Armstrong issued an Order denying Highpointe's Motion to Dismiss.

3. Highpointe's response to the Amended Complaint is currently due to be filed on or before April 14, 2008.

4. A case management conference in this matter is scheduled for April 24, 2008.

5. Subject to any deadlines that may be agreed to between the parties or set by the Court at the case management conference, Plaintiffs and Highpointe stipulate and agree that Highpointe shall have a twenty-two (22) day extension of time, to and through May 6, 2008, to answer Plaintiffs' Amended Complaint.

**IT IS SO STIPULATED.**

Dated: April 11, 2008    RELMAN & DANE PLLC


By: _D. Scott Chang_
D. Scott Chang
Michael Allen
Stephen M. Dane
Thomas J. Keary
Attorneys for Plaintiffs


Dated: April 11, 2008    Manatt, Phelps & Phillips, LLP


By: _Shirley E. Jackson_
Shirley E. Jackson
Attorneys for Defendants
HIGHPOINTE VILLAGE, L.P.

Manatt, Phelps & Phillips, LLP
Attorneys At Law
San Francisco

2

STIPULATION TO EXTEND THE TIME TO
RESPOND TO FIRST AMENDED COMPLAINT,
NO. C07-03255-SBA