MAXWELL M. FREEMAN, #31278
LEE ROY PIERCE, JR., #119318
MICHAEL L. GUREV, #163268
THOMAS H. KEELING, #114979
FREEMAN, D'AIUTO, PIERCE,
  GUREV, KEELING & WOLF
A PROFESSIONAL LAW CORPORATION
1818 Grand Canal Boulevard, Suite 4
Stockton, California 95207
Telephone: (209) 474-1818
Facsimile: (209) 474-1245
E-mail:     lrpierce@freemanfirm.com
            mgurev@freemanfirm.com
            tkeeling@freemanfirm.com

Attorneys for Defendants A.G. Spanos
Construction, Inc.; A.G. Spanos
Development, Inc.; A.G. Spanos
Land Company, Inc.; A.G. Spanos
Management, Inc., The Spanos Corporation

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| National Fair Housing Alliance, Inc., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> A.G. Spanos Construction, Inc., et al. <br><br> Defendants. | CASE NO. C07-03255-SBA <br><br> **PROPOSED ORDER GRANTING PETITION OF DEFENDANTS A.G. SPANOS CONSTRUCTION, INC., A.G. SPANOS DEVELOPMENT, INC., A.G. SPANOS LAND COMPANY, INC., A.G. SPANOS MANAGEMENT, INC., AND THE SPANOS CORPORATION FOR CERTIFICATION PURSUANT TO 28 U.S.C. SEC. 1292(b)** <br><br> **Hearing date: June 3, 2008** <br> **Time:         1:00 p.m.** <br> **Dept:         Courtroom 3** <br><br> **Complaint Filed: June 20, 2007** |

This Court had considered the arguments of Defendants A.G. Spanos Construction, Inc.; A.G. Spanos Development, Inc.; A.G. Spanos Land Company, Inc.; A.G. Spanos Management, Inc., The Spanos Corporation's ("Spanos") made in their petition to amend the Order of March 26, 2008, to certify it for immediate appeal.

1    This Court hereby incorporates the Order of March 26, 2008 herein in its entirety, and

2    further makes the finding that the Order involves controlling questions of law, as to which

3    there is substantial ground for differences of opinion, and that an immediate appeal from the

4    Order may materially advance the ultimate termination of this litigation.  The matter is

5    therefore hereby certified for appeal pursuant to 28 U.S.C., section 1292(b).

6    IT IS SO ORDERED.

7    Dated: _____, 2008

8

9

10    UNITED STATES DISTRICT COURT

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28