UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL CASE MANAGEMENT CONFERENCE MINUTES

Date: 4/24/08

C-07-03255 SBA          JUDGE: SAUNDRA BROWN ARMSTRONG

Title: NATIONAL FAIR HOUSING ALLIANCE INC ET AL vs. A.G. SPANOS CONSTRUCTION INC ET AL

Atty.: TOM KEARY          SHIRLEY JACKSON
                          ANDREW BASSICK
       MICHAEL ALLEN      STEVE WALTERS

Deputy Clerk: Lisa R. Clark          Court Reporter: N/R

**PROCEEDINGS**
Plt  DFT
( )  ( ) 1. TELEPHONE CASE MANAGEMENT CONFERENCE - HELD
( )  ( ) 2.
( )  ( ) 3.
( )  ( ) 4.
( ) Motion(s)    ( ) Granted    ( ) Denied    ( ) Off Calendar
         ( ) Granted/Part  ( ) Denied/Part  ( ) Submitted
(X) Order to be prepared by ( ) Plaintiff ( )Deft (X) Court

**RESULT OF CASE MANAGEMENT CONFERENCE**
Case Continued to _____ for a Telephone Case Management Conference at p.m.
Case Continued to _____ for OSC RE: _____
Case Continued to _____ for _____ Motion Hearing
Brief Sched. Motion papers by _____ Opposition by _____ Reply by _____
General Discovery Cut-off 4/1/09    Expert Discovery Cut-off 7/1/09
Plft to name Experts by 3/2/09    Deft to name Experts by 3/2/09
All Dispositive Motions to be heard by ( Motion Cut-off) 9/15/09
Case Continued to 10/27/09 for Pretrial Conference at 1:00 p.m.
Pretrial Papers Due 10/6/09   Motions in limine/objections to evidence due 10/13/09
Responses to motions in limine and/or responses to objections to evidence due 10/20/09
Case Continued to 11/2/09 for Trial(Court/Jury: 12 Days) at 8:30 a.m.
(X) REFERRED TO MAGISTRATE   TO BE ASSIGNED   FOR SETTLEMENT CONFERENCE
( ) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR ALL DISCOVERY MATTERS
Notes: LAST DAY TO ADD PARTIES AND OR AMEND THE COMPLAINT IS 8/1/08; EXPERT INITIAL REPORTS ARE DUE BY 5/1/09; MANDATORY SETTLEMENT CONFERENCE TO BE HELD BETWEEN 9/16-10/2/09 BEFORE A MAGISTRATE JUDGE cc: WINGS HOM VIA FAX