1  MAXWELL M. FREEMAN, #31278
   LEE ROY PIERCE, JR., #119318
2  MICHAEL L. GUREV, #163268
   THOMAS H. KEELING, #114979
3  FREEMAN, D'AIUTO, PIERCE,
     GUREV, KEELING & WOLF
4  A PROFESSIONAL LAW CORPORATION
   1818 Grand Canal Boulevard, Suite 4
5  Stockton, California 95207
   Telephone: (209) 474-1818
6  Facsimile: (209) 474-1245
   E-mail:    lrpierce@freemanfirm.com
7             mgurev@freemanfirm.com
              tkeeling@freemanfirm.com
8
   Attorneys for Defendants A.G. Spanos
9  Construction, Inc.; A.G. Spanos
   Development, Inc.; A.G. Spanos
10 Land Company, Inc.; A.G. Spanos
   Management, Inc., The Spanos Corporation
11

12              IN THE UNITED STATES DISTRICT COURT

13             FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| National Fair Housing Alliance, Inc., et al., | CASE NO. C07-03255-SBA |
| Plaintiffs, | **PROPOSED ORDER GRANTING PETITION OF DEFENDANTS A.G. SPANOS CONSTRUCTION, INC., A.G. SPANOS DEVELOPMENT, INC., A.G. SPANOS LAND COMPANY, INC., A.G. SPANOS MANAGEMENT, INC., AND THE SPANOS CORPORATION FOR CERTIFICATION PURSUANT TO 28 U.S.C. SEC. 1292(b)** |
| vs. | |
| A.G. Spanos Construction, Inc., et al. | |
| Defendants. | |
| | **Hearing date:** June 10, 2008<br>**Time:** 1:00 p.m.<br>**Dept:** Courtroom 3 |
| | **Complaint Filed:** June 20, 2007 |

24      This Court had considered the arguments of Defendants A.G. Spanos

25 Construction, Inc.; A.G. Spanos Development, Inc.; A.G. Spanos Land Company, Inc.; A.G.

26 Spanos Management, Inc., The Spanos Corporation's ("Spanos") made in their petition to

27 amend the Order of March 26, 2008, to certify it for immediate appeal.

28      This Court hereby incorporates the Order of March 26, 2008 herein in its entirety, and

---

1  further makes the finding that the Order involves controlling questions of law, as to which
2  there is substantial ground for differences of opinion, and that an immediate appeal from the
3  Order may materially advance the ultimate termination of this litigation.  The matter is
4  therefore hereby certified for appeal pursuant to 28 U.S.C., section 1292(b).
5      IT IS SO ORDERED.
6  Dated: _____, 2008

                                          _____
                                          UNITED STATES DISTRICT COURT