MANATT, PHELPS & PHILLIPS, LLP
ANDREW A. BASSAK (State Bar No. 162440)
SHIRLEY E. JACKSON (State Bar No. 205872)
BENJAMIN T. BENUMOF (State Bar No. 227340)
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
Telephone: (415) 291-7400
Facsimile: (415) 291-7474
E-mail:    abassak@manatt.com
           sjackson@manatt.com

Attorneys for Defendant
HIGHPOINTE VILLAGE, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| National Fair Housing Alliance, Inc.; Fair Housing of Marin, Inc.; Fair Housing Napa Valley, Inc.; Metro Fair Housing Services, Inc.; and Fair Housing Continuum, Inc., <br><br>  Plaintiffs, <br><br>  vs. <br><br> A.G. Spanos Construction, Inc.; A.G. Spanos Development, Inc.; A.G. Spanos Land Company, Inc.; A.G. Spanos Management, Inc.; The Spanos Corporation; and <br><br> Knickerbocker Properties, Inc. XXXVIII; and Highpointe Village, L.P., Individually and as Representatives of a Class of All Others Similarly Situated, <br><br>  Defendants. | No. C07-03255-SBA <br><br> **STIPULATION TO FURTHER EXTEND THE TIME FOR DEFENDANTS HIGHPOINTE VILLAGE, L.P. AND KNICKERBOCKER PROPERTIES, INC. XXXVIII TO RESPOND TO THE FIRST AMENDED COMPLAINT AND SERVE INITIAL DISCLOSURES** <br><br> [Civil. L.R. 6-1] <br><br> Amended Complaint Filed: October 12, 2007 |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION TO EXTEND TIME TO RESPOND
TO FIRST AMEND. COMPLAINT, & SERVE
INITIAL DISCLOSURES (CASE NO. C07-03255-SBA)

1  **IT IS HEREBY STIPULATED** by and between Plaintiffs National Fair Housing Alliance, Inc., Fair Housing of Marin, Inc., Fair Housing Napa Valley, Inc., Metro Fair Housing Services, Inc., and Fair Housing Continuum, Inc. (collectively "Plaintiffs"), on the one hand, and Defendants Highpointe Village, Inc. ("Highpointe") and Knickerbocker Properties, Inc. XXXVIII ("Knickerbocker"), on the other hand, by and through their respective attorneys, in the above-captioned action entitled as follows:

1. On October 12, 2007, Plaintiffs filed their First Amended Complaint ("Amended Complaint") in the Northern District of California, against numerous Defendants, including Highpointe.

2. On December 21, 2007, Highpointe and Knickerbocker filed Motions to Dismiss Plaintiffs' Amended Complaint. On April 4, 2008, the Honorable Saundra Brown Armstrong issued an Order denying such Motions to Dismiss.

3. On April 9, 2008, Plaintiffs and Knickerbocker entered into a written stipulation extending the time for Knickerbocker to answer Plaintiffs' Amended Complaint from April 14, 2008 to and through May 5, 2008.

4. On April 11, 2008, Plaintiffs and Highpointe entered into a written stipulation extending the time for Highpointe to answer Plaintiffs' Amended Complaint from April 14, 2008 to and through May 6, 2008.

5. Plaintiffs, Highpointe and Knickerbocker now stipulate and agree that Highpointe and Knickerbocker shall have an additional extension of time, up to and including May 20, 2008, to answer Plaintiffs' Amended Complaint. The parties agree that such extension of time will not alter the date of any event or any deadline already fixed by Court order.

///
///
///
///
///
///

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2    STIPULATION TO EXTEND TIME TO RESPOND
TO FIRST AMEND. COMPLAINT, & SERVE
INITIAL DISCLOSURES (CASE NO. C07-03255-SBA)

6. Plaintiffs, Highpointe and Knickerbocker also stipulate and agree that Highpointe and Knickerbocker shall have up to and including May 20, 2008 to serve their initial disclosures.

**IT IS SO STIPULATED.**

Dated: May 2, 2008                          RELMAN & DANE PLLC

By: _____
Michael Allen
Stephen M. Dane
Thomas J. Keary
Attorneys for Plaintiffs
NATIONAL FAIR HOUSING ALLIANCE, INC., FAIR HOUSING OF MARIN, INC., FAIR HOUSING NAPA VALLEY, INC., METRO FAIR HOUSING SERVICES, INC., AND FAIR HOUSING CONTINUUM, INC.

Dated: May 2, 2008                          MANATT, PHELPS & PHILLIPS, LLP

By: _____
Andrew A. Bassak
Shirley E. Jackson
Attorneys for Defendant
HIGHPOINTE VILLAGE, L.P.

Dated: May 2, 2008                          ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP

By: _____
Stephen S. Walters
Makesha A. Patterson
Attorneys for Defendant
KNICKERBOCKER PROPERTIES, INC. XXXVIII

90013932.1