MAXWELL M. FREEMAN, #31278
LEE ROY PIERCE, JR., #119318
MICHAEL L. GUREV, #163268
THOMAS H. KEELING, #114979
FREEMAN, D'AIUTO, PIERCE,
  GUREV, KEELING & WOLF
A PROFESSIONAL LAW CORPORATION
1818 Grand Canal Boulevard, Suite 4
Stockton, California 95207
Telephone: (209) 474-1818
Facsimile: (209) 474-1245
E-mail:   lrpierce@freemanfirm.com
          mgurev@freemanfirm.com
          tkeeling@freemanfirm.com

Attorneys for Defendants A.G. Spanos
Construction, Inc.; A.G. Spanos
Development, Inc.; A.G. Spanos
Land Company, Inc.; A.G. Spanos
Management, Inc., The Spanos Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| National Fair Housing Alliance, Inc., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> A.G. Spanos Construction, Inc., et al. <br><br> Defendants. | CASE NO. C07-03255-SBA <br><br> NOTICE OF CHANGE OF HEARING DATE ON PETITION OF DEFENDANTS A.G. SPANOS CONSTRUCTION, INC., A.G. SPANOS DEVELOPMENT, INC., A.G. SPANOS LAND COMPANY, INC., A.G. SPANOS MANAGEMENT, INC., AND THE SPANOS CORPORATION FOR CERTIFICATION PURSUANT TO 28 U.S.C. SEC. 1292(b) <br><br> Hearing date: July 15, 2008 <br> Time: 1:00 p.m. <br> Dept: Courtroom 3 <br><br> **Complaint Filed: June 20, 2007** |

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that defendants, A.G. Spanos Construction, Inc., A.G. Spanos Development, Inc., A.G. Spanos Land Company, Inc., A.G. Spanos Management, Inc., and The Spanos Corporation (collectively the "Spanos Defendants"), at the request of

---

1  Plaintiffs, hereby change the hearing date on Defendants' motion for certification that this
2  court's order of March 26, 2008, denying the Spanos Defendants' motion to dismiss plaintiffs'
3  claims pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6), is appropriate for
4  immediate appeal pursuant to 28 U.S.C., section 1292(b), filed with this court on April 25,
5  2008 (docket no: 107) from June 10, 2008, at 1:00 p.m. in Courtroom 3 to **July 15, 2008, at**
6  **1:00 p.m. in Courtroom 3**.

Dated: May 14, 2008

Respectfully submitted,

FREEMAN, D'AIUTO, PIERCE, GUREV, KEELING & WOLF

By _____
THOMAS H. KEELING
Attorneys for Petitioners/Defendants A.G. Spanos Construction, Inc.; A.G. Spanos Development, Inc.; A.G. Spanos Land Company, Inc.; A.G. Spanos Management, Inc., The Spanos Corporation