1  MANATT, PHELPS & PHILLIPS, LLP
   ANDREW A. BASSAK (State Bar No. 162440)
2  SHIRLEY E. JACKSON (State Bar No. 205872)
   One Embarcadero Center, 30th Floor
3  San Francisco, CA  94111
   Telephone:  (415) 291-7400
4  Facsimile:  (415) 291-7474
   E-mail:  ABassak@manatt.com
5           SJackson@manatt.com

6  Attorneys for Defendant
   HIGHPOINTE VILLAGE, L.P.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         OAKLAND DIVISION

11

12 | National Fair Housing Alliance, Inc., et al. | No.  C07-03255-SBA

13 |       Plaintiffs,                            | **NOTICE OF NON-OPPOSITION TO PETITION OF THE SPANOS DEFENDANTS FOR CERTIFICATION PURSUANT TO 28 U.S.C. § 1292(b)**
14 |       vs.                                    |
15 | A.G. Spanos Construction, Inc., et al.       | Hearing date: June 10, 2008
16 |       Defendants.                            | Time:         1:00 p.m.
                                                    Dept:         Courtroom 3
17
                                                    Complaint Filed:  June 20, 2007
18

90016236.1

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF NON-OPPOSITION TO PETITION OF SPANOS DEFENDANTS FOR CERTIFICATION
PURSUANT TO 28 U.S.C. § 1292(b) [CASE NO. C07-03255-SBA]

1

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant Highpointe Village, L.P. ("Highpointe") does not oppose the Petition of Defendants A.G. Spanos Construction, Inc., A.G. Spanos Development, Inc., A.G. Spanos Land Company, Inc., A.G. Spanos Management, Inc., and the Spanos Corporation (collectively, the "Spanos Defendants") for Certification Pursuant to 28 U.S.C. § 1292(b). Highpointe reserves its right to oppose or take other positions with respect to any pleadings filed by any other party or any nonparty, including, without limitation, any pleadings subsequently filed by the Spanos Defendants.

Dated: May 20, 2008                                         Manatt, Phelps & Phillips, LLP


By:_____/s/_____
    Andrew A. Bassak
    Attorneys for Defendant
    HIGHPOINTE VILLAGE, L.P.

Manatt, Phelps & Phillips, LLP
Attorneys At Law
San Francisco

90016236.1

2

NOTICE OF NON-OPPOSITION TO PETITION OF SPANOS DEFENDANTS FOR CERTIFICATION PURSUANT TO 28 U.S.C. § 1292(b) [CASE NO. C07-03255-SBA]