1  MAXWELL M. FREEMAN, #31278
   LEE ROY PIERCE, JR., #119318
2  THOMAS H. KEELING, #114979
   FREEMAN, D'AIUTO, PIERCE,
3    GUREV, KEELING & WOLF
   A PROFESSIONAL LAW CORPORATION
4  1818 Grand Canal Boulevard, Suite 4
   Stockton, California 95207
5  Telephone: (209) 474-1818
   Facsimile:  (209) 474-1245
6  E-mail:       lrpierce@freemanfirm.com
                 tkeeling@freemanfirm.com
7
   Attorneys for Defendants A.G. Spanos
8  Construction, Inc.; A.G. Spanos
   Development, Inc.; A.G. Spanos
9  Land Company, Inc.; A.G. Spanos
   Management, Inc., The Spanos Corporation
10

11                    IN THE UNITED STATES DISTRICT COURT

12                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

13 | National Fair Housing Alliance, Inc., et al., ) | CASE NO. C07-03255-SBA
14 | Plaintiffs, ) | STIPULATION TO FURTHER EXTEND TIME FOR DEFENDANTS
15 | vs. ) | A.G. SPANOS CONSTRUCTION, INC., A.G. SPANOS DEVELOPMENT, INC.,
16 | A.G. Spanos Construction, Inc., et al. ) | A.G. SPANOS LAND COMPANY, INC., A.G. SPANOS MANAGEMENT,
17 | Defendants. ) | INC., AND THE SPANOS CORPORATION TO RESPOND TO
18 |   | FIRST AMENDED COMPLAINT

19                                              [Civil L.R. 6-1]

20                                              Original Complaint Filed: June 20, 2007
                                                Amended Complaint Filed: Oct. 12, 2007
21

22         **IT IS HEREBY STIPULATED** by and between plaintiffs National Fair Housing Alliance,

23  Inc., Fair Housing of Marin, Inc., Fair Housing Napa Valley, Inc., Metro Fair Housing Services,

24  Inc., and Fair Housing Continuum, Inc. (collectively, "Plaintiffs"), on the one hand, and

25  defendants A.G. Spanos Construction, Inc., A.G. Spanos Development, Inc., A.G. Spanos Land

26  Company, Inc., A.G. Spanos Management, Inc., and The Spanos Corporation (collectively,

27  "Spanos Defendants"), on the other, by and through their respective attorneys herein, as follows:

28         1.      On June 20, 2007, Plaintiffs commenced this action by filing their Complaint.

2. On October 12, 2007, Plaintiffs filed their First Amended Complaint herein, naming multiple defendants, including the Spanos Defendants.

3. On December 21, 2007, the Spanos Defendants filed a Motion to Dismiss the Amended Complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure, as well as related motions, in response to Plaintiffs' First Amended Complaint. On April 4, 2008, the Court issued an Order denying the Spanos Defendants' motions.

4. On April 10, 2008, Plaintiffs and Spanos Defendants entered into a stipulation extending the time for the Spanos Defendants to answer the First Amended Complaint from April 14, 2008 to May 29, 2008.

5. A hearing on the Spanos Defendants' Petition for Certification of Order, which was filed on or about April 25, 2008, is currently scheduled for July 15, 2008.

6. Plaintiffs and the Spanos Defendants now stipulate and agree that the Spanos Defendants shall have an additional time of sixty (60) days beyond May 29, 2008 -- to and including July 28, 2008 -- in which to respond to the First Amended Complaint. The parties agree that such extension of time will not alter the date of any event or any deadline already fixed by Court order.

Dated: May 27, 2008

FREEMAN, D'AIUTO, PIERCE,
GUREV, KEELING & WOLF
A PROFESSIONAL LAW CORPORATION

By: _____
THOMAS H. KEELING
Attorneys for Defendants A.G. Spanos Construction, Inc.; A.G. Spanos Development, Inc.; A.G. Spanos Land Company, Inc.; A.G. Spanos Management, Inc.; The Spanos Corporation

Dated: May 27, 2008

RELMAN & DANE PLLC

By: _____
Michael Allen, Esq.
Attorneys for Plaintiffs