MAXWELL M. FREEMAN, #31278
LEE ROY PIERCE, JR., #119318
MICHAEL L. GUREV, #163268
THOMAS H. KEELING, #114979
FREEMAN, D'AIUTO, PIERCE,
  GUREV, KEELING & WOLF
A PROFESSIONAL LAW CORPORATION
1818 Grand Canal Boulevard, Suite 4
Stockton, California 95207
Telephone: (209) 474-1818
Facsimile:  (209) 474-1245
E-mail:     lrpierce@freemanfirm.com
            mgurev@freemanfirm.com
            tkeeling@freemanfirm.com

Attorneys for Defendants A.G. Spanos
Construction, Inc.; A.G. Spanos
Development, Inc.; A.G. Spanos
Land Company, Inc.; A.G. Spanos
Management, Inc., The Spanos Corporation

IN THE UNITED STATED DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| National Fair Housing Alliance, Inc., et al., | CASE NO. C07-03255-SBA |
|---|---|
| Plaintiffs, | NOTIFICATION OF ADDITIONAL NINTH CIRCUIT AUTHORITY RELEVANT TO THE SPANOS DEFENDANTS' PENDING MOTION FOR CERTIFICATION PURSUANT TO 28 U.S.C. SECTION 1292 (b) |
| vs. | |
| A.G. Spanos Construction, Inc., et al. | |
| Defendants. | |
|  | Hearing Date: July 15, 2008<br>Time:         1:00 p.m.<br>Dept.:        Courtroom 3 |
|  | Complaint Filed: June 20, 2007 |

PLEASE TAKE NOTICE that on May 13, 2008 -- after the filing of the Spanos Defendants' Petition for Certification pursuant to pursuant to 28 U.S.C., section 1292(b) -- the United States Court of Appeals for the Ninth Circuit issued its *en banc* decision in *Garcia v. Brockway*, __ F.3d __, 2008 U.S. App. LEXIS 10258 (9th Cir. 2008). The Spanos Defendants respectfully submit that the Ninth Circuit's *en banc* Opinion in *Garcia v. Brockway* is relevant to

the pending petition for certification under 28 U.S.C., section 1292(b), specifically with respect to the discussion of the statute of limitations on claims brought under 42 U.S.C. section 3604(f)(3)(c).

Dated: June 2, 2008

FREEMAN, D'AIUTO, PIERCE, GUREV, KEELING & WOLF

By /s/ Thomas H. Keeling
THOMAS H. KEELING
Attorneys for Defendants A.G. Spanos Construction, Inc.; A.G. Spanos Development, Inc.; A.G. Spanos Land Company, Inc.; A.G. Spanos Management, Inc., The Spanos Corporation