MAXWELL M. FREEMAN, #31278
LEE ROY PIERCE, JR., #119318
MICHAEL L. GUREV, #163268
THOMAS H. KEELING, #114979
FREEMAN, D'AIUTO, PIERCE,
GUREV, KEELING & WOLF
A PROFESSIONAL LAW CORPORATION
1818 Grand Canal Boulevard, Suite 4
Stockton, California 95207
Telephone: (209) 474-1818
Facsimile: (209) 474-1245
E-mail: lrpierce@freemanfirm.com
mgurev@freemanfirm.com
tkeeling@freemanfirm.com

Attorneys for Defendants A.G. Spanos Construction, Inc.; A.G. Spanos Development, Inc.; A.G. Spanos Land Company, Inc.; A.G. Spanos Management, Inc., The Spanos Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| National Fair Housing Alliance, Inc., et al., Plaintiffs, vs. A.G. Spanos Construction, Inc., et al. Defendants. | CASE NO. C07-03255-SBA<br><br>**REQUEST BY THE SPANOS DEFENDANTS FOR LEAVE TO NOTICE A MOTION FOR RECONSIDERATION; PROPOSED ORDER; PROPOSED POINTS AND AUTHORITIES**<br><br>[N.D. Cal. Local Rule 7-3]<br><br>Hearing Date:<br>Time:<br>Dept:<br><br>Complaint Filed: June 20, 2007 |

**REQUEST**

Pursuant to Northern District Local Rule 7-9, the Spanos Defendants respectfully request leave to notice a motion to reconsider. By order issued on April 4, 2008, this court denied the Spanos defendants' entire motion to dismiss. Footnote 2 to this court's order states:

> The Ninth Circuit recently addressed the question of when the FHA's two-year statute of limitations begins to run in *Garcia v.*

> *Brockway*, 503 F.3d 1092, 1101 (9th Cir. 2007). However, the Ninth Circuit has agreed to rehear the case *en banc*, and therefore *Garcia* cannot provide any guidance to this Court. *See* 512 F.3d 1089 ("The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit")

Order, p. 7, fn 2.

This court's order also explained:

> Plaintiffs have clearly alleged a "continuing violation" of the FHA by the Spanos Defendants, alleging that they "engaged in a continuous pattern and practice of discrimination against people with disabilities" since 1991 by "designing and/or constructing" apartment complexes that deny full access to and use of the facilities as required under the FHA, FAC, ¶ 4, and therefore none of the claims of the FAC against the Spanos Defendants are barred by the statute of limitations.

Order, p. 9:15-20.

On May 13, 2008, the Ninth Circuit (en banc) issued its opinion in *Garcia v. Brockway* ___ F.3d __, 2008 U.S. App. LEXIS 10258 (9th Cir. 2008). The opinion explains that the continuing violation doctrine is inapplicable to "design and construct" discrimination claims brought under 42 U.S.C. section 3604(f)(3)(c). See *id.*, 2008 U.S.App. LEXIS 10258 at pp. *12-*14; and see Proposed Memorandum of Points and Authorities filed concurrently herewith.

**CONCLUSION**

The above change in the law presents good cause for this court to issue an order allowing the Spanos Defendants to notice a motion for reconsideration.

Dated: June 2, 2008

FREEMAN, D'AIUTO, PIERCE, GUREV, KEELING & WOLF

By ______________________
LEE ROY PIERCE, JR.
Attorneys for Defendants A.G. Spanos Construction, Inc.; A.G. Spanos Development, Inc.; A.G. Spanos Land Company, Inc.; A.G. Spanos Management, Inc., The Spanos Corporation