MAXWELL M. FREEMAN, #31278
LEE ROY PIERCE, JR., #119318
MICHAEL L. GUREV, #163268
THOMAS H. KEELING, #114979
FREEMAN, D'AIUTO, PIERCE,
  GUREV, KEELING & WOLF
A PROFESSIONAL LAW CORPORATION
1818 Grand Canal Boulevard, Suite 4
Stockton, California 95207
Telephone: (209) 474-1818
Facsimile: (209) 474-1245
E-mail:     lrpierce@freemanfirm.com
            mgurev@freemanfirm.com
            tkeeling@freemanfirm.com

Attorneys for Defendants A.G. Spanos
Construction, Inc.; A.G. Spanos
Development, Inc.; A.G. Spanos
Land Company, Inc.; A.G. Spanos
Management, Inc., The Spanos Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| National Fair Housing Alliance, Inc., et al., ) | CASE NO. C07-03255-SBA |
| ) | |
| Plaintiffs, ) | **[PROPOSED] ORDER GRANTING REQUEST BY THE SPANOS DEFENDANTS FOR LEAVE TO NOTICE A MOTION FOR RECONSIDERATION** |
| ) | |
| vs. ) | |
| ) | |
| A.G. Spanos Construction, Inc., et al. ) | |
| ) | |
| Defendants. ) | [N.D. Cal. Local Rule 7-3] |
| ) | |
| | Hearing Date: |
| | Time: |
| | Dept: |
| | Complaint Filed: June 20, 2007 |

### ORDER

Pursuant to Northern District Local Rule 7-9 and good cause appearing therefore,

IT IS HEREBY ORDERED that the Spanos Defendants may forthwith notice a motion for reconsideration of this court's order issued on April 4, 2008 denying the Spanos Defendants' entire motion to dismiss. The motion for reconsideration is limited to the issue of

---

1
PROPOSED ORDER GRANTING THE SPANOS REQUEST TO FILE
MOTION FOR RECONSIDERATION [CASE NO. C07-03255-SBA]

whether the Ninth Circuit's recent opinion in *Garcia v. Brockway*, 2008 U.S. App. LEXIS 10258 (9th Cit. May 13, 2008) constitutes a change in law such that this court should reconsider its order denying the Spanos Defendants' motion to dismiss on statute of limitations grounds.

IT IS SO ORDERED.

Dated: _____, 2008.

                                                                             _____
SAUNDRA BROWN ARMSTRONG
United States District Judge