1  MAXWELL M. FREEMAN, #31278
   LEE ROY PIERCE, JR., #119318
2  MICHAEL L. GUREV, #163268
   THOMAS H. KEELING, #114979
3  FREEMAN, D'AIUTO, PIERCE,
     GUREV, KEELING & WOLF
4  A PROFESSIONAL LAW CORPORATION
   1818 Grand Canal Boulevard, Suite 4
5  Stockton, California 95207
   Telephone: (209) 474-1818
6  Facsimile: (209) 474-1245
   E-mail:     lrpierce@freemanfirm.com
7              mgurev@freemanfirm.com
               tkeeling@freemanfirm.com
8
   Attorneys for Defendants A.G. Spanos
9  Construction, Inc.; A.G. Spanos
   Development, Inc.; A.G. Spanos
10 Land Company, Inc.; A.G. Spanos
   Management, Inc., The Spanos Corporation
11

12                     IN THE UNITED STATES DISTRICT COURT

13                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

14 National Fair Housing Alliance, Inc., et al.,  )  CASE NO. C07-03255-SBA
                                                  )
15                Plaintiffs,                     )  **THE SPANOS DEFENDANTS'**
                                                  )  **NOTICE OF MOTION AND MOTION**
16 vs.                                            )  **FOR RECONSIDERATION**
                                                  )
17 A.G. Spanos Construction, Inc., et al.         )  [N.D. Cal. Local Rule 7-9]
                                                  )
18                Defendants.                     )  Hearing Date: September 23, 2008
                                                  )  Time: 1:00 p.m.
19 _____         )  Dept: Courtroom 3

20                                                   Complaint Filed: June 20, 2007

21

22 **TO PLAINTIFFS AND THEIR ATTORNEY OF RECORD:**

23       **PLEASE TAKE NOTICE** that on September 23, 2008 at 1:00 p.m., or as soon

24 thereafter as this matter may be heard, in Courtroom 3 of the above-entitled court, located at

25 1301 Clay Street, 3rd Floor, Oakland, California, A.G. Spanos Construction, Inc., A.G.

26 Spanos, Development, Inc.; A.G. Spanos, Land Company, Inc.; A.G. Spanos

27 Management, Inc., and The Spanos Corporation ("Spanos Defendants") will and hereby do

28 move this court, pursuant to N.D. Cal. Local Rule 7-9, for an order of reconsideration of the

---
                                              1
SPANOS DEFENDANTS' NOTICE OF MOTION FOR RECONSIDERATION [CASE NO. C07-03255-SBA]

1  order issued on April 4, 2008.

2  This Motion will be based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities in support of this Motion, and the pleadings, orders, records and documents on file in this case, as well as such oral and documentary evidence as may be properly presented at the time of the hearing on this Motion.

Opposition, if any, to the granting of the motion must be served and filed not less than twenty-one (21) days before the hearing date.

If the party against whom the motion is directed does not oppose the motion, that party must file with the Court a Statement of Nonopposition within the time for filing and serving any opposition. *See* Local Rule 7-3(a) and 7-3(b).

Dated: July 21, 2008

FREEMAN, D'AIUTO, PIERCE, GUREV, KEELING & WOLF

By _____
LEE ROY PIERCE, JR.
Attorneys for Defendants A.G. Spanos Construction, Inc.; A.G. Spanos Development, Inc.; A.G. Spanos Land Company, Inc.; A.G. Spanos Management, Inc., The Spanos Corporation