1   MAXWELL M. FREEMAN, #31278
    LEE ROY PIERCE, JR., #119318
2   MICHAEL L. GUREV, #163268
    THOMAS H. KEELING, #114979
3   FREEMAN, D'AIUTO, PIERCE,
      GUREV, KEELING & WOLF
4   A PROFESSIONAL LAW CORPORATION
    1818 Grand Canal Boulevard, Suite 4
5   Stockton, California  95207
    Telephone: (209) 474-1818
6   Facsimile:  (209) 474-1245
    E-mail:       lrpierce@freemanfirm.com
7                 mgurev@freemanfirm.com
                  tkeeling@freemanfirm.com
8
    Attorneys for Defendants A.G. Spanos
9   Construction, Inc.; A.G. Spanos
    Development, Inc.; A.G. Spanos
10  Land Company, Inc.; A.G. Spanos
    Management, Inc., The Spanos Corporation
11

12                 IN THE UNITED STATES DISTRICT COURT

13            FOR THE NORTHERN DISTRICT OF CALIFORNIA

14  National Fair Housing Alliance, Inc., et al.,    )    CASE NO.  C07-03255-SBA
                                                     )
15                        Plaintiffs,                )    [PROPOSED] ORDER GRANTING
                                                     )    THE SPANOS DEFENDANTS'
16  vs.                                              )    MOTION FOR RECONSIDERATION
                                                     )
17  A.G. Spanos Construction, Inc., et al.           )    [N.D. Cal. Local Rule 7-9]
                                                     )
18                        Defendants.                )    Hearing Date: September 23, 2008
    _____        )    Time:  1:00 p.m.
19                                                        Dept:  Courtroom 3

20                                                        Complaint Filed: June 20, 2007

21          The motion of Defendants A.G. Spanos Construction, Inc., A.G. Spanos

22  Development, Inc., A.G. Spanos Land Company, Inc., A.G. Spanos Management, Inc., and

23  The Spanos Corporation (the "Spanos Defendants") for reconsideration of this Court's Order

24  of April 4, 2008, denying the Spanos Defendants' motion to dismiss Plaintiffs' First Amended

25  Complaint, came on regularly for hearing on September 23, 2008, at 1:00 p.m. in Courtroom

26  3 in the above-entitled court, located at  1301 Clay Street, 3rd Floor, Oakland, California, the

27  Honorable Saundra Brown Armstrong presiding.  Thomas H. Keeling and Lee Roy Pierce, Jr.

28

appeared on behalf of the Spanos Defendants, and Michael Allen appeared on behalf of Plaintiffs.

Pursuant to Northern District Local Rule 7-9 and good cause appearing therefore,

IT IS HEREBY ORDERED that:

The Spanos Defendants motion for reconsideration of this Court's Order issued on April 4, 2008 denying the Spanos Defendants' entire motion to dismiss, is GRANTED.

Having reconsidered the Court's April 4, 2008 Order in light of the Ninth Circuit's *en banc* decision in *Garcia v. Brockway,* 503 F.3d 1092 (9th Cir. 2008), the Court concludes that under the Fair Housing Act's two-year statute of limitations, 42 U.S.C. § 3613(a)(l)(A), Plaintiffs' claims are barred except as to those properties sued upon for which the last certificate of occupancy was issued on or after June 20, 2005, i.e.,  within two years of the filing of this action on June 20, 2007.

This Order Granting the Spanos Defendants' Motion for Reconsideration is limited to that portion of the April 4, 2008 Order which addressed defenses based on the statute of limitations.  In all other respects, this Court's Order of April 4, 2008 remains unchanged.

IT IS SO ORDERED.


Dated: _____, 2008.



_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

PROPOSED ORDER GRANTING THE SPANOS DEFENDANTS'
MOTION FOR RECONSIDERATION  [CASE NO. C07-03255-SBA]