1  MAXWELL M. FREEMAN, #31278
   LEE ROY PIERCE, JR., #119318
2  THOMAS H. KEELING, #114979
   FREEMAN, D'AIUTO, PIERCE,
3    GUREV, KEELING & WOLF
   A PROFESSIONAL LAW CORPORATION
4  1818 Grand Canal Boulevard, Suite 4
   Stockton, California 95207
5  Telephone: (209) 474-1818
   Facsimile: (209) 474-1245
6  E-mail:      lrpierce@freemanfirm.com
                tkeeling@freemanfirm.com
7
   Attorneys for Defendants A.G. Spanos
8  Construction, Inc.; A.G. Spanos
   Development, Inc.; A.G. Spanos
9  Land Company, Inc.; A.G. Spanos
   Management, Inc., The Spanos Corporation
10

11              IN THE UNITED STATES DISTRICT COURT

12           FOR THE NORTHERN DISTRICT OF CALIFORNIA

13  National Fair Housing Alliance, Inc., et al.,    )  CASE NO. C07-03255-SBA
                                                     )
14                Plaintiffs,                        )  STIPULATION TO FURTHER
                                                     )  EXTEND TIME FOR DEFENDANTS
15  vs.                                              )  A.G. SPANOS CONSTRUCTION, INC.,
                                                     )  A.G. SPANOS DEVELOPMENT, INC.,
16  A.G. Spanos Construction, Inc., et al.           )  A.G. SPANOS LAND COMPANY,
                                                     )  INC., A.G. SPANOS MANAGEMENT,
17                Defendants.                        )  INC., AND THE SPANOS
                                                     )  CORPORATION TO RESPOND TO
18  _____                )  FIRST AMENDED COMPLAINT

19                                                      [Civil L.R. 6-1]

20                                                      Original Complaint Filed: June 20, 2007
                                                        Amended Complaint Filed: Oct. 12, 2007
21

22

23        **IT IS HEREBY STIPULATED** by and between plaintiffs National Fair Housing Alliance,

24  Inc., Fair Housing of Marin, Inc., Fair Housing Napa Valley, Inc., Metro Fair Housing Services,

25  Inc., and Fair Housing Continuum, Inc. (collectively, "Plaintiffs"), on the one hand, and

26  defendants A.G. Spanos Construction, Inc., A.G. Spanos Development, Inc., A.G. Spanos Land

27  Company, Inc., A.G. Spanos Management, Inc., and The Spanos Corporation (collectively,

28  "Spanos Defendants"), on the other, by and through their respective attorneys herein, as follows:

1      1.     On June 20, 2007, Plaintiffs commenced this action by filing their Complaint.

2      2.     On October 12, 2007, Plaintiffs filed their First Amended Complaint herein,
3 naming multiple defendants, including the Spanos Defendants.

4      3.     On December 21, 2007, the Spanos Defendants filed a Motion to Dismiss the
5 Amended Complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure, as well as
6 related motions, in response to Plaintiffs' First Amended Complaint. On April 4, 2008, the Court
7 issued an Order denying the Spanos Defendants' motions.

8      4.     On April 10, 2008, Plaintiffs and Spanos Defendants entered into a stipulation
9 extending the time for the Spanos Defendants to answer the First Amended Complaint from April
10 14, 2008 to May 29, 2008.

11      5.     On May 27, 2008, Plaintiffs and Spanos Defendants entered into a stipulation
12 extending the time for the Spanos Defendants to answer the First Amended Complaint from May
13 29, 2008 to July 28, 2008.

14      6.     On June 4, 2008, the Spanos Defendants filed a Request for leave to file a
15 Motion for Reconsideration of the Court's April 4, 2008, Order. On July 11, 2008, the Court
16 granted that Request, and, on July 22, 2008, the Spanos Defendants filed their Motion for
17 Reconsideration. Hearing on the Spanos Defendants' Motion for Reconsideration is currently set
18 for September 23, 2008.

19      7.     Plaintiffs and the Spanos Defendants now stipulate and agree that the Spanos
20 Defendants shall have to and including October 31, 2008 -- in which to respond to the First
21 Amended Complaint. The parties agree that such extension of time will not alter the date of any
22 event or any deadline already fixed by Court order.

23 Dated: July 28, 2008

FREEMAN, D'AIUTO, PIERCE,
24         GUREV, KEELING & WOLF
A PROFESSIONAL LAW CORPORATION

25

26 By: _____
THOMAS H. KEELING
27 Attorneys for Defendants A.G. Spanos
Construction, Inc.; A.G. Spanos Development, Inc.;
A.G. Spanos Land Company, Inc.; A.G. Spanos
28 Management, Inc.; The Spanos Corporation

FURTHER STIPULATION TO EXTEND TIME FOR THE SPANOS DEFENDANTS
TO RESPOND TO FIRST AMENDED COMPLAINT [CASE NO. C07-03255-SBA]

1   Dated: July 28, 2008               RELMAN & DANE PLLC

2

3                                      By: _____

4                                          Michael Allen, Esq.
                                           Attorneys for Plaintiffs

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FURTHER STIPULATION TO EXTEND TIME FOR THE SPANOS DEFENDANTS
TO RESPOND TO FIRST AMENDED COMPLAINT [CASE NO. C07-03255-SBA]