GRACE CHUNG BECKER
Acting Assistant Attorney General
Civil Rights Division
STEVEN H. ROSENBAUM
Chief, Housing and Civil Enforcement Section
REBECCA B. BOND (CA Bar #202220)
Deputy Chief, Housing and Civil Enforcement Section
JOSEPH GAETA (RI Bar #6477)
Attorney, Housing and Civil Enforcement Section
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Northwestern Building, 7th Floor
Washington, D.C. 20530
Phone:   (202) 353-9062
Fax:     (202) 514-1116
Email:   joe.gaeta@usdoj.gov

*Attorneys for Amicus Curiae United States of America*

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
(San Francisco)**

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> A.G. SPANOS CONSTRUCTION, INC., et al. ) <br> ) <br> Defendants. ) <br> _____ ) | C.A. No. C07-3255-SBA |

**<u>NOTICE OF APPEARANCE OF COUNSEL FOR THE
UNITED STATES OF AMERICA</u>**

Please take notice that Joseph Gaeta, Esq., Trial Attorney in the Housing and Civil Enforcement Section, Civil Rights Division of the United States Department of Justice, hereby enters his appearance on behalf of proposed *amicus curiae* United States of America.

Mr. Gaeta is a active member in good standing of the State Bars of Rhode Island and New York.

Respectfully submitted,
GRACE CHUNG BECKER
Acting Assistant Attorney General
Civil Rights Division

/s/ Joseph Gaeta (RI Bar # 6477)
STEVEN H. ROSENBAUM
Chief, Housing and
   Civil Enforcement Section
Civil Rights Division
REBECCA B. BOND (CA Bar #202220)
Deputy Chief
JOSEPH GAETA (RI Bar # 6477)
Attorney
Housing and Civil Enforcement Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Northwestern Building, 7th Floor
Washington, D.C. 20530
Phone:   (202) 353-9062
Fax:     (202) 514-1116
Email:   joe.gaeta@usdoj.gov

Dated: September 2, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2008, I electronically filed this Notice of Appearance using the ECF system which will send notification of such filing to the following:

John P. Relman
Michael Allen
D. Scott Chang
Stephen M. Dane
Thomas J. Keary
Relman & Dane
1225 19th St. NW
Suite 600
Washington, DC 20036
202-728-1888

Andrew A. Bassak
Shirley Jackson
Manatt, Phelps & Phillips, LLP
One Embarcadero Center
30th Floor
San Francisco, CA 94111-3719
415-291-7400

Thomas Harvey Keeling
Lee Roy Pierce, Jr.
Freeman, D'Aiuto, Pierce, Gurev, Keeling & Wolf
1818 Grand Canal Boulevard
Suite 4
Stockton, CA 95207
209-474-1818

Makesha Antoinette Patterson
Stephen Scott Walters
Allen Matkins Leck Gamble Mallory & Natsis LLP
3 Embarcadero Center
12th Floor
San Francisco, CA 94111
415-273-8407

/s/ Joseph Gaeta
Joseph Gaeta
Trial Attorney
Housing and Civil Enforcement Section
Civil Rights Division
U.S. Department of Justice - G St.
950 Pennsylvania Avenue NW
Washington, D.C.  20530
Telephone:  (202) 353-9062
Fax: (202) 514-1116
joe.gaeta@usdoj.gov