GRACE CHUNG BECKER
Acting Assistant Attorney General
Civil Rights Division
STEVEN H. ROSENBAUM
Chief, Housing and Civil Enforcement Section
REBECCA B. BOND (CA Bar #202220)
Deputy Chief, Housing and Civil Enforcement Section
JOSEPH GAETA (RI Bar #6477)
Attorney, Housing and Civil Enforcement Section
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Northwestern Building, 7th Floor
Washington, D.C. 20530
Phone:   (202) 353-9062
Fax:      (202) 514-1116
Email:   joe.gaeta@usdoj.gov

*Attorneys for Amicus Curiae United States of America*

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE, et al., )<br>                                               )<br>   Plaintiffs,                                )<br>                                               )<br>v.                                             )<br>                                               )<br>A.G. SPANOS CONSTRUCTION, INC., et al.         )<br>                                               )<br>   Defendants.                                 )<br>_____) | C.A. No. C07-3255-SBA<br><br>Hearing Date:   Sept. 23, 2008<br>Time:           1:00 p.m.<br>Dept:           Courtroom 3 |

**THE UNITED STATES OF AMERICA'S
MOTION FOR LEAVE TO FILE AMICUS BRIEF**

The United States of America hereby moves this Court for leave to file the attached brief (Exhibit A) as *amicus curiae* to assist the Court in ruling on Defendants' Motion for Reconsideration. (Doc. 120.)

In their motion, Defendants request that this Court reconsider its April 4, 2008 Order denying their motion to dismiss in light of the Ninth Circuit Court of Appeals subsequent *en*

*banc* decision in *Garcia v. Brockway*, 526 F.3d 456 (9th Cir. 2008), *petition for cert. filed*, 2008 WL 3165825 (U.S. Jul. 31, 2008) (No. 08-140).  As set forth more fully in our *amicus* brief, we request that this Court deny Defendants' motion and affirm its April 4, 2008 Order because *Garcia* does not address the statute of limitations questions raised in this case.

The United States has important enforcement responsibilities under the FHA.   For instance, the Attorney General may initiate civil proceedings on behalf of the United States in "pattern or practice" cases, 42 U.S.C. § 3614(a), or on behalf of an aggrieved person, following a determination by the Department of Housing and Urban Development ("HUD") of reasonable cause and an election by either the complainant or respondent to a complaint of housing discrimination filed with HUD to proceed in federal court.  *See* 42 U.S.C. § 3612(o).[1] Furthermore, under the FHA private litigation is an important supplement to government enforcement.  *See Trafficante* v. *Metropolitan Life Ins. Co.*, 409 U.S. 205, 211 (1972); 42 U.S.C. § 3616a (authorizing the Secretary of HUD to contract with private, non-profit fair housing organizations to conduct testing, investigation, and litigation under the FHA).  Permitting persons to appear as friends of the court through the filing of *amicus* briefs "can contribute to [a] court's understanding" of the issues involved in a particular lawsuit.  *Harris v. Pernsley*, 820 F.2d 592, 603 (3d Cir. 1987); *San Francisco NAACP v. San Francisco Unified School Dist.*, 59 F. Supp. 2d 1021, 1033 (N.D. Cal. 1999).

On September 2, 2008, we attempted to consult with counsel for plaintiffs and defendants regarding the filing of this brief.  Counsel for the plaintiff Thomas Keary stated he did not object to the United States' motion.  Counsel for Knickerbocker Properties, Inc., Stephen Walters also represented that he had no objection to the United States' motion.  Counsel for the United States spoke with Thomas Keeling, who represents the A.G. Spanos Defendants, and exchanged

---

[1] HUD has also been charged with providing technical assistance to implement the requirements of Section 804(f)(3)(C), *see* 42 U.S.C. § 3604(f)(5)(C), and issuing rules to implement the Act. 42 U.S.C. § 3614a. To that end, HUD has issued regulations, 24 C.F.R. §100.205, implementing the accessibility provisions of the Act, and more detailed Fair Housing Accessibility Guidelines.  *See* 56 Fed. Reg. 9472 (Mar. 6, 1991).

voicemail messages with Shirley Jackson, who represents Defendant Highpoint Village.  Neither were able to indicate their clients' position before the United States filed its motion.

The United States further requests that if the Court entertains oral argument from the parties it be allowed to participate.  For these reasons, we request the Court to direct the Clerk to file the attached brief.  A proposed order is attached as Exhibit B.

                                Respectfully submitted,
                                GRACE CHUNG BECKER
                                Acting Assistant Attorney General
                                Civil Rights Division

                                /s/ Joseph Gaeta (Bar#91362)
                                STEVEN H. ROSENBAUM
                                Chief, Housing and
                                    Civil Enforcement Section
                                Civil Rights Division
                                REBECCA B. BOND
                                Deputy Chief
                                JOSEPH GAETA (Bar#91362)
                                Attorney
                                Housing and Civil Enforcement Section
                                Civil Rights Division
                                U.S. Department of Justice
                                950 Pennsylvania Avenue, N.W.
                                Northwestern Building, 7th Floor
                                Washington, D.C. 20530
                                Phone:   (202) 353-9062
                                Fax:      (202) 514-1116
                                Email:    joe.gaeta@usdoj.gov

Dated: September 2, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2008, I electronically filed this Motion with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

John P. Relman
Michael Allen
D. Scott Chang
Stephen M. Dane
Thomas J. Keary
Relman & Dane
1225 19th St. NW
Suite 600
Washington, DC 20036
202-728-1888

Andrew A. Bassak
Shirley Jackson
Manatt, Phelps & Phillips, LLP
One Embarcadero Center
30th Floor
San Francisco, CA 94111-3719
415-291-7400

Thomas Harvey Keeling
Lee Roy Pierce, Jr.
Freeman, D'Aiuto, Pierce, Gurev, Keeling & Wolf
1818 Grand Canal Boulevard
Suite 4
Stockton, CA 95207
209-474-1818

Makesha Antoinette Patterson
Stephen Scott Walters
Allen Matkins Leck Gamble Mallory & Natsis LLP
3 Embarcadero Center
12th Floor
San Francisco, CA 94111
415-273-8407

/s/ Joseph Gaeta
Joseph Gaeta
Trial Attorney
Housing and Civil Enforcement Section
Civil Rights Division
U.S. Department of Justice - G St.
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Telephone: (202) 353-9062
Fax: (202) 514-1116
joe.gaeta@usdoj.gov