# EXHIBIT B
(proposed order)

### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>A.G. SPANOS CONSTRUCTION, INC., et al. )<br>)<br>)<br>Defendants. )<br>_____ ) | C.A. No. C07-3255-SBA |

### **ORDER**

For the reasons stated in the United States' motion, and for good cause shown, the United States' motion for leave to file *amicus* brief is GRANTED. The Clerk of the Court is hereby DIRECTED to file the brief attached as Exhibit A (with four supporting exhibits) to the United States' Motion in the above-captioned case.

_____
Hon. Saundra Brown Armstrong
United States District Court Judge